# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | Civil Action No. **7:16-CV-00141-WLS** |
| ) | |
| BRANDON BELL, et al., ) | |
| ) | |
| Defendants. ) | |

## SUMMONS IN A CIVIL ACTION

To:    Branden Bell, Defendant
       C/O M. Brice Ladson
       LADSON LAW FIRM
       10385 Ford Avenue
       Richmond Hill, GA 31324

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Chevene B. King, Jr.
       P. O. Box 3468
       Albany, GA 31706-3468

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11-14-16



_____
*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT
for the
**Middle District of Georgia**

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., ) | |
| ) | |
| Plaintiffs ) | Civil Action No. **7:16-CV-00141-WLS** |
| v. ) | |
| BRANDON BELL, et al., ) | |
| Defendants. ) | |

### SUMMONS IN A CIVIL ACTION

To:   Branden Bell, Defendant
      C/O Patrick T. O'Connor
      OLIVER MANER, LLP
      218 W. State Street
      Savannah, GA 31401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Chevene B. King, Jr.
   P. O. Box 3468
   Albany, GA 31706-3468

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11-14-16



_Signature of Clerk or Deputy Clerk_

## UNITED STATES DISTRICT COURT
for the
**Middle District of Georgia**

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., | ) |
| Plaintiffs | ) |
| v. | ) Civil Action No. **7:16-CV-00141-WLS** |
| BRANDON BELL, et al., | ) |
| Defendants. | ) |

### SUMMONS IN A CIVIL ACTION

To:   Branden Bell, Defendant
C/O Mark Glidewell
BRANNEN, SEARCY & SMITH, LLP
22 E. 34th Street
Savannah, GA 31401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Chevene B. King, Jr.
   P. O. Box 3468
   Albany, GA 31706-3468

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 11-14-16

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*