# UNITED STATES DISTRICT COURT
for the
## Middle District of Georgia

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., </br></br>Plaintiffs</br></br>v.</br></br>BRANDON BELL, et al.,</br></br>Defendants. | )</br>)</br>)</br>)  Civil Action No. **7:16-CV-00141-WLS**</br>)</br>)</br>) |

## SUMMONS IN A CIVIL ACTION

To:   LINDSAY MARCHANT, Defendant
      C/O RONALD S. BOYTER, JR.
      OFFICE OF THE ATTORNEY GENERAL
      STATE OF GEORGIA
      40 Capitol Square
      Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Chevene B. King, Jr.
   P. O. Box 3468
   Albany, GA 31706-3468

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 11-14-16

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*