IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON, et al., * <br> * <br> Plaintiffs, * <br> * <br> v. * <br> * <br> BRANDEN BELL, et al.. * <br> * <br> Defendants. * | Civil Action <br> File No. 7:16-CV-00141-WLS |

***SPECIAL APPEARANCE* OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO COMPLETE AND PERFECT SERVICE OF PROCESS BY DEFENDANTS CHRIS PRINE, MICHAEL ADAMS, TROY BLACK, CHRISTOPHER BURKE, WANDA EDWARDS, HOWARD FISHER, CHRISTI GRIFFIN, ROY HART, LOGAN HENDERSON, STRYDE JONES, RANDY LIGHTSEY, JOHN MARION, MARK MASKULE, JACK PRIDDY, AARON PRITCHETT, KERRY QUINN, JAMES D. THORNTON, BRYCE WHITENER AND JACK WINNINGHAM**

DEFENDANTS CHRIS PRINE, MICHAEL ADAMS, TROY BLACK, CHRISTOPHER BURKE, WANDA EDWARDS, HOWARD FISHER, CHRISTI GRIFFIN, ROY HART, LOGAN HENDERSON, STRYDE JONES, RANDY LIGHTSEY, JOHN MARION, MARK MASKULE, JACK PRIDDY, AARON PRITCHETT, KERRY QUINN, JAMES D. THORNTON, BRYCE WHITENER AND JACK WINNINGHAM (collectively, "the LCSO Defendants") oppose Plaintiffs' Motion for Extension of Time to Complete and Perfect Service of Process ("Motion for Extension").[1]

---

[1] The LCSO Defendants make this special appearance without waiving, and expressly preserving, their defenses of failure of service, failure of service of process, and lack of personal jurisdiction.

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 1 of 4

Plaintiffs have failed to perfect service of process upon any of the LCSO Defendants within the 90-day period prescribed by FRCP 4(m).  In fact, as the Court's record reflects, Plaintiffs waited until the 89th day of that 90-day period to even cause summonses to be issued by the Clerk or Court.  (Docs. 3 – 38).  The Court should deny the Motion for Extension because (1) Plaintiffs have failed to show "good cause" for the failure to perfect service of process within the 90-day period prescribed in FRCP 4(m); and (2) the circumstances surrounding the instant motion do not warrant an extension of the 90-day period.  In support of their opposition, the LCSO Defendants adopt and incorporate herein the authorities cited and arguments made by the Bell Defendants in their opposition (Doc. 43) to Plaintiffs' Motion. [2]

Based on the foregoing, the LCSO Defendants respectfully request that the Court deny the Motion for Extension.

This 17th day of November, 2016.

                                           ELLIOTT, BLACKBURN & GOODING, PC

                                           By:  /s/ James L. Elliott
                                                 James L. Elliott
                                                 GA Bar No. 244244

Elliott, Blackburn & Gooding, PC
Attorneys at Law
3016 North Patterson Street
Valdosta, GA 31602
Phone: (229) 242-3333
Fax: (229) 242-0696
jelliott@ebbglaw.com

---

[2] There are three (3) other cases either now or previously pending in this court that are related to this case.  Those cases are Bell, et al. v. Rosen, et al. Civil Action No. 7:16-CV-16-HL; Johnson, et al. v. Lowndes County Board of Education, et al. Civil Action No. 7:14-CV-157-HL; and Johnson et al. v. Lowndes County Board of Education, et al. Civil Action No. 7:14-CV-158-HL.  These Defendants respectfully bring these other cases to the Court's attention so the Court may determine which Judge of the Court should address these matters.

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 2 of 4

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 3 of 4

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing the following by filing the same with the Court's CM/ECF electronic filing system:

Chevene B. King, Jr.
The C.B. King Law Firm
Post Office Drawer 3468
Albany, GA 31706

Paul Threlkeld
Oliver Maner, LLP
P.O. Box 10186
Savannah, GA 31412

      This 17th day of November, 2016.

                                        ELLIOTT, BLACKBURN & GOODING, PC

                                        By:  /s/ James L. Elliott
                                               James L. Elliott
                                               GA Bar No. 244244

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 4 of 4