IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., | : : : | |
| Plaintiffs, | : : | CASE NO.: 7:16-CV-141 (WLS) |
| v. | : : | |
| BRIAN BELL, et al., | : : | |
| Defendants. | : : | |

## ORDER

Before the Court is Plaintiffs Kenneth Johnson and Jacquelyn Johnson's Motion for Extension of Time to Complete and Perfect Service of Process (Doc. 42). Defendants Brian Bell, Brandon Bell,[1] and Rick Bell (collectively "Bell Defendants") have entered a special appearance to file a motion in opposition (Doc. 43). Defendants Chris Prine, Michael Adams, Troy Black, Christopher Burke, Wanda Edwards, Howard Fisher, Christi Griffin, Roy Hart, Logan Henderson, Stryde Jones, Randy Lightsey, John Marion, Mark Maskule, Jack Priddy, Aaron Pritchett, Kerry Quinn, James D. Thornton, Bryce Whitener, and Jack Winningham (collectively "LCSO Defendants") have also made a special appearance to submit their own response in opposition, adopting the Bell Defendants' arguments. (Doc. 44.) The Johnsons, Bell Defendants, and LCSO Defendants are **ORDERED** to appear for a hearing on the motion at **2:30 PM on Wednesday, December 14, 2016**. Additional responses from any remaining defendants are due to the Court no later than **Tuesday, November 29, 2016**. Any defendants who file a response are **ORDERED** to appear at the

---

[1] The correct spelling of which the Court is uncertain. (*Compare* Doc. 3 (Plaintiffs' summons spelling "Brandon" in caption, but "Branden" in motion) *with* Doc. 43 (Bell Defendants' motion spelling "Branden" in caption, but "Brandon" in motion).)

1

Wednesday, December 14, 2016 hearing. If the Johnsons wish to file a reply brief, they must do so no later than **Tuesday, December 6, 2016**.

    **SO ORDERED**, this 18th day of November, 2016.

                                       **/s/ W. Louis Sands**
                                       **W. LOUIS SANDS, SR. JUDGE**
                                       **UNITED STATES DISTRICT COURT**