## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

KENNETH JOHNSON and JACQUELYN
JOHNSON, individually, as personal
representative of Kendrick Lamar Johnson, and
as administrators for and on behalf of the Estate
of Kendrick Lamar Johnson,

       Plaintiffs,

      vs.                                                       Civ. Case No. 7:16-cv-00141-WLS

BRIAN BELL, *et al.*,

       Defendants.

### VALDOSTA DEFENDANTS' SPECIAL APPEARANCE MOTION IN OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO COMPLETE AND PERFECT SERVICE OF PROCESS

COME NOW City of Valdosta, Georgia, Larry Hanson, Frank Simons and Ray McGraw

(hereinafter referred to as the "Valdosta Defendants") and make a special appearance opposing

Plaintiffs' Motion for Extension of Time to Complete and Perfect Service of Process ("Motion

for Extension").[1]   Specifically, the Court should deny the Motion for Extension because (1)

Plaintiffs have failed to show "good cause" for the failure to perfect service of process within the

90-day period prescribed in Fed. R. Civ. P. 4(m); and (2) the circumstances surrounding the

instant motion do not warrant an extension of the 90-day period.

Plaintiff originally filed suit against all Defendants on January 12, 2015 in the Superior

Court of DeKalb County.   After transfer to Lowndes Superior Court, on March 1, 2016, when

Defendants' respective dispositive motions became ripe for ruling, Plaintiffs voluntarily

dismissed their claims.   Plaintiffs filed the instant complaint, which is purportedly a renewed

---

[1] Valdosta Defendants make this special appearance without waiving, and expressly preserving, their defenses of failure of service, failure of service of process, and lack of personal jurisdiction.

suit[2], on August 17, 2016.  Instead of proceeding with service, Plaintiffs waited until the very last moment (90th day) to file this instant motion.

Plaintiffs assert the reason for not having served Defendants is their desire to take strategic advantage of the Fed. R. Civ. P. 15(a)(1)(A) which allows amendment of a complaint prior to the service of Defendants' answers or other responsive pleading[3].  *See* Doc. 42, P. 2, ¶4. This, combined with Plaintiffs erroneous assumption they had 120 days to serve all Defendants, is basis for Plaintiffs' instant motion.

Plaintiffs should not be allowed to use their knowledge of the Federal Rules of Civil Procedure to seek a strategic advantage but be allowed to plead ignorance of the same rules when they have failed to live by them.  Plaintiffs have not demonstrated good cause and their motion should be denied.  *See Pallman Maschinenfabrik GmbH & Co. vs. Evergreen Composite Tech.*, LLC 2009 WL 112683 (M.D. Ga. Jan. 16, 2009).

Respectfully submitted this 21st day of November, 2016.

COLEMAN TALLEY LLP
s/Tim Tanner
TIMOTHY M. TANNER
Georgia Bar No. 697683

910 N. Patterson Street
Valdosta, Georgia
229-242-7562
229-333-0885(facsimile)
tim.tanner@colemantalley.com

---

[2] Plaintiff cannot file a renewed suit against the Valdosta Defendants because they were never served properly, or at all, in the original suit.

[3] Defendants note that in the underlying suit in Lowndes Superior Court, Plaintiffs amended their Complaint six times.

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, individually, as personal representative of Kendrick Lamar Johnson, and as administrators for and on behalf of the Estate of Kendrick Lamar Johnson,<br><br>          Plaintiffs,<br><br>     vs.<br><br>BRIAN BELL, *et al.*,<br><br>          Defendants. | Civ. Case No. 7:16-cv-00141-WLS |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the *VALDOSTA DEFENDANTS' SPECIAL APPEARANCE MOTION IN OPPOSITION TO PLAINTIFFS'MOTION FOR EXTENSION OF TIME TO COMPLETE AND PERFECT SERVICE OF PROCESS* upon all parties in the above-captioned case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing to the following:

Chevene B. King, Jr.
The C.B. King Law Firm
Post Office Drawer 3648
Albany, Georgia  31706

Ronald S. Boyter, Jr.
Kirsten S. Daughdril
State of Georgia, Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia  30334

John Gee Edwards
108 East Valley Street
Valdosta, Georgia  31601

[1975742/1]

James L. Elliott
Elliott, Blackburn & Gooding, P.C.
3016 North Patterson Street
Valdosta, Georgia  31602

M. Brice Ladson
Ladson Law Firm, P.C.
Post Office Box 2819
Richmond Hill, Georgia  31324


Wayne S. Melnick
A. Ali Sabzevari
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia  30339

Patrick T. O'Connor
Paul H. Threlkeld
Oliver Maner LLP
218 West State Street
Savannah, Georgia  31401

L. Warren Turner, Jr.
Post Office Box 157
Valdosta, Georgia 31603-0157


Respectfully submitted, this 21st day of November, 2016.

COLEMAN TALLEY LLP

s/Tim Tanner
TIMOTHY M. TANNER
Georgia Bar No. 697683

[1975742/1]