**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| KENNETH JOHNSON, ET AL.                )  | |
|                                                                  )  | |
|     Plaintiffs,                            )  | |
|                                                                  )  | |
| v.                                                              )  | CIVIL ACTION |
|                                                                  )  | NO.: 7:16-cv-00141-WLS |
| BRIAN BELL, ET AL.                              )  | |
|                                                                  )  | |
|     Defendants.                       )  | |

**SPECIAL APPEARANCE NOTICE OF CONFLICT AND MOTION FOR**
**CONTINUANCE (OR FOR LEAVE TO APPEAR FOR HEARING VIA TELEPHONE)**

COME NOW Defendants William "Wes" Taylor ("Taylor"), the Lowndes County School District (the "School District"), Fred Wetherington ("Wetherington"), and Jay Floyd ("Floyd") (collectively "these defendants"), by way of special appearance and without waiving and specifically reserving all defenses available to them, and pursuant to Local Rule 6.1, hereby file this Notice of Conflict and Motion for Continuance.

On November 18, 2016, counsel for these defendants received an Order setting plaintiffs' Motion for Extension of Time to Complete and Perfect Service of Process (Doc. 42) for a hearing on Wednesday, December 14, 2016 at 2:30 PM. Contemporaneously with the filing of this notice of conflict, these defendants are filing their special appearance response to plaintiffs' Motion for Extension and therefore counsel for these defendants are ordered to appear at the hearing. Wayne S. Melnick, lead trial attorney for these defendants, has a previously scheduled oral argument at the United States Court of Appeals for the Eleventh Circuit in Atlanta, Georgia that same day at 8:30 AM in the matter styled <u>Treneshia Dukes v. Nicholas Deaton, et al.</u>, Case

- 2 -

No. 15-14373.[1]  Due to the time of the oral argument in Atlanta, Georgia, Mr. Melnick will be unable to make travel arrangements that would allow him to be in Albany, Georgia by 2:30 PM on December 14, 2016.  However, undersigned counsel expects that the 11th Circuit Oral Argument will be completed in enough time to allow him to appear via telephone for the hearing in the above-referenced case the same day.

This Notice of Conflict and Request for Continuance is filed in good faith and in the interest of justice and not for the purpose of undue delay.

WHEREFORE, these defendants respectfully request that the Court enter an order resetting the hearing for Thursday, December 15, 2016, or alternatively, that Mr. Melnick be granted leave to appear at the hearing by telephone.

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

*/s/ Wayne S. Melnick*
Theodore Freeman
Georgia Bar No. 276350
tfreeman@fmglaw.com
Wayne S. Melnick
Georgia Bar No. 501267
wmelnick@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

Attorneys for Defendants William "Wes" Taylor, the Lowndes County School District, Fred Wetherington, and Jay Floyd

100 Galleria Parkway
Suite 1600

---

[1] A true and correct copy of the oral argument calendar of the 11th Circuit for the week of December 12, 2016 is attached hereto as Exhibit A.

Atlanta, Georgia  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **SPECIAL APPEARANCE NOTICE OF CONFLICT AND MOTION FOR CONTINUANCE (OR FOR LEAVE TO APPEAR FOR HEARING VIA TELEPHONE)** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification to the following:

Chevene B. King, Jr.
The C.B. King Law Firm
PO Drawer 3468
Albany, Georgia 31706

Paul Threlkeld
Oliver Manner, LLP
P.O. Box 10186
Savannah, Georgia 31412

James L. Elliott
Elliott, Blackburn & Gooding, PC
3016 North Patterson Street
Valdosta, Georgia 31602

Timothy M. Tanner
Coleman Talley LLP
910 N. Patterson Street
Valdosta, Georgia 31602

This 22nd day of November, 2016.

/s/ Wayne S. Melnick
Wayne S. Melnick
Georgia Bar No. 501267
wmelnick@fmglaw.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948

(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

2