# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

| | HEARING LOCATION | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing | Courtroom 339<br>Elbert P. Tuttle United States Court of Appeals Building<br>56 Forsyth Street, N.W.<br>ATLANTA, GEORGIA | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |
| Clerk's Office<br>56 Forsyth Street, N.W.<br>Atlanta, Georgia 30303<br>(404) 335-6131 | COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | |

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked ∗ will not exceed thirty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, DECEMBER 13, 2016

| | |
|---|---|
| 15-14283 | United States v. Damien Osborne, Appellant |
| 15-12095 & 15-14399 | CSX Transportation, Inc., Appellant v. General Mills, Inc. |
| 15-15417 | Elaine Marshall, Appellant v. Frederick J. Hanna and Associates PC |
| 15-12974 | Ruth Denham, Appellant v. Corizon Health, Inc, et al. |

### WEDNESDAY, DECEMBER 14, 2016

| | |
|---|---|
| 15-10415 | United States v. John Castelberry, et al., Appellants |
| 16-11048 | Julian Almanza, et al., Appellants v. United Airlines, Inc., et al. |
| 15-14373 | Treneshia Dukes, Appellant v. Nicholas Deaton, et al. |

### THURSDAY, DECEMBER 15, 2016

| | |
|---|---|
| 15-11867 | United States v. Mark Tomlinson, Appellant |
| 16-11911 | R. Scott Appling, Appellant v. Lamar, Archer & Cofrin, LLP |
| 15-15234 | Jameka Evans, Appellant v. Georgia Regional Hospital, et al. |

### FRIDAY, DECEMBER 16, 2016

| | |
|---|---|
| 16-10715 | Randall Jones v. Officer S. Fransen, et al., Appellants |
| 15-14904 | Sentinel Capital Orlando, LLC, Appellant v. Centennial Bank |
| 16-11578 | Jon Lunsford, Sr., Appellant v. Process Technologies Services, LLC |

ATLANTA, GEORGIA
09/29/16 - #5

**COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 A.M. ON MORNING OF ORAL ARGUMENT.**