# Exhibit A

IN THE SUPERIOR COURT OF LOWNDES COUNTY
STATE OF GEORGIA

LOWNDES COUNTY, GEORGIA

2015 JUL -6  AM 7: 56

Beth C. Greene
CLERK OF SUPERIOR STATE

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CIVIL ACTION |
| BRANDON BELL, et al., | ) | FILE NO. 2015 CV 706 |
| Defendants. | ) | |
| | ) | |

## PLAINTIFFS' SECOND AMENDMENT TO COMPLAINT

NOW COMES KENNETH JOHNSON and JACQUELYN JOHNSON, plaintiffs in such action, prior to any pretrial order, and in the above-styled action, amend their complaint as follows:

1.

By striking in their entirety Plaintiffs' "**Preliminary Statement**" and substituting, in lieu thereof, the following:

### "Preliminary Statement

Plaintiffs KENNETH JOHNSON and JACQUELYN JOHNSON are the parents of Kendrick Lamar Johnson, who was killed while attending school on or about January 10, 2013 at the Lowndes High School located in Valdosta, Lowndes County, Georgia. Defendants BRANDON BELL, BRIAN BELL, RYAN HALL, JANE DOE and JOHN DOE, each of whom were assisted by each other, as well as, certain other unknown individuals, hereinafter identified

as JANE DOE and JOHN DOE, deliberately, maliciously and unlawfully conspired to violently

assault and kill Kendrick Lamar Johnson, or in the alternative, to engage in negligent and

reckless conduct which led to the death of Kendrick Lamar Johnson. Plaintiffs also assert

through this action that Defendants BRANDON BELL, BRIAN BELL, RYAN HALL, JANE

DOE and JOHN DOE, each of whom were acting alone and independent of each other or in

concert with each other, deliberately, maliciously and unlawfully violently assaulted and killed

Kendrick Lamar Johnson, or in the alternative, engaged in negligent and reckless conduct which

led to the death of Kendrick Lamar Johnson. Plaintiffs also assert that Defendant RICK BELL, a

parent of Defendants BRANDON BELL and BRIAN BELL encouraged Defendants BRANDON

BELL and BRIAN BELL, as well as, certain other unknown individuals, hereinafter identified as

JANE DOE 2 and JOHN DOE 2, to engage in negligent and reckless conduct which has led to

the death of Kendrick Lamar Johnson. As a result of the accomplishment of the aforesaid

conspiracy and resulting death of Kendrick Lamar Johnson, Defendants RICK BELL,

BRANDON BELL, BRIAN BELL, RYAN HALL, JANE DOE and JOHN DOE are each liable

for the wrongful death of Kendrick Lamar Johnson.

Following the aforementioned death of Kendrick Lamar Johnson, and by virtue of

Defendant RICK BELL's status a parent of Defendants BRANDON BELL and BRIAN BELL

and as a law enforcement officer and agent with the Federal Bureau of Investigation, Defendant

RICK BELL maliciously conspired and engaged in a deliberate and corrupt effort to cover-up the

involvement of each of the defendants named herein, including but not limited to Defendants

BRANDON BELL and BRIAN BELL.

Following the aforementioned death of Kendrick Lamar Johnson, and by virtue of

Defendant WILLIAM WESLEY "WES" TAYLOR's status as school superintendent of the

Lowndes County School District and parent of students at Lowndes High School, maliciously conspired and engaged in a deliberate and corrupt effort to cover-up the involvement of each of the defendants named herein, including but not limited to Defendants BRANDON BELL, BRIAN BELL, RYAN HALL, JANE DOE and JOHN DOE.

Both Defendant RICK BELL and Defendant WILLIAM WESLEY "WES" TAYLOR, with the assistance of Chris Prine as Sheriff of Lowndes County, Georgia, William Watson as Coroner for Lowndes County, Georgia, Antonio Harrington, as well as, each of the defendants named herein, including but not limited to Defendants VERNON KEENAN, MARYANNE GAFFNEY-KRAFT, KRISTEN PERRY, RODNEY BRYAN, LINDSAY MARCHANT, AMY BRASWELL, MIKE CALLAHAN, STEVE TURNER, and STEVE OWENS, while acting in concert with each other, deliberately, maliciously conspired to unlawfully interfere with and thereby frustrate the rights of Plaintiffs KENNETH JOHNSON and JACQUELYN JOHNSON to have access to the courts of this state for purposes of seeking legal redress.

Each of the aforesaid defendants, including but not limited to Defendants BRANDON BELL, BRIAN BELL, RICK BELL, RYAN HALL, JOHN DOE and JANE DOE, are liable to plaintiffs based upon their involvement in a conspiracy to cover up and protect against the criminal and civil prosecution the direct or indirect involvement of certain individuals, regardless of whether said individuals have been specifically identified herein, for causing the death of Kendrick Johnson.

In addition, and in the course of causing the aforesaid cover-up, each of the defendants have caused Plaintiffs KENNETH JOHNSON and JACQUELYN JOHNSON to suffer great physical and emotional pain, as well as, great expense and financial loss and, therefore, are liable for intentional infliction of emotional distress, as well as, certain other violations of state law."

2.

By striking in their entirety Plaintiffs' FOURTH, FIFTH, SIXTH, SEVENTH and

EIGHTH CAUSES OF ACTION as they appear in PLAINTIFFS' FIRST AMENDMENT TO

COMPLAINT, Paragraphs 111 through 125 , inclusive, and substituting, in lieu thereof, and **as**

**against Defendants VERNON KEENAN, KRISTEN PERRY, LINDSAY MARCHANT,**

**MIKE CALLAHAN, AMY BRASWELL, STEVE TURNER, DR. MARYANNE**

**GAFFNEY-KRAFT, and RODNEY BRYAN only,** Paragraphs 111 through 125 the following:

### "FOURTH CAUSE OF ACTION
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
(Only As Against Defendants Vernon Keenan, Kristen Perry, Lindsay Marchant, Mike
Callahan, Amy Braswell, Steve Turner, Dr. Maryanne Gaffney-Kraft, and Rodney Bryan,
Each in Their Individual and Official Capacities, and Pursuant to the 1983 Georgia
Constitution Only)

.     The Plaintiffs re-allege and incorporate herein, as if set forth in full, each and every

allegation contained in the preceding paragraphs and further allege:

111.  The Defendants VERNON KEENAN, KRISTEN PERRY, LINDSAY

MARCHANT, MIKE CALLAHAN, AMY BRASWELL, STEVE TURNER, DR. MARYANNE

GAFFNEY-KRAFT, and RODNEY BRYAN engaged in a conspiracy to cover up the

misconduct of certain individuals, including but not limited to defendants BRANDON BELL,

BRIAN BELL, and RICK BELL, and as a consequence, was directed toward the Plaintiffs, as

described herein. As such, said defendants' conduct was intentional, unlawful, and malicious. It

is so outrageous that it is not tolerated by civilized society.

112.  As a direct and proximate result of said Defendants' conduct, the Plaintiffs suffered

serious mental injuries and emotional distress that no reasonable person could be expected to

endure or adequately cope with.

116. Said Defendants' conduct, in their individual capacities, were so willful, wanton, and malicious that plaintiffs are entitled to punitive damages against them in their individual capacities.

## SIXTH CAUSE OF ACTION
### CONSPIRACY TO COVER UP A FAILURE TO INVESTIGATE
(Only As Against Defendants Vernon Keenan, Kristen Perry, Lindsay Marchant, Mike Callahan, Amy Braswell, Steve Turner, Dr. Maryanne Gaffney-Kraft, and Rodney Bryan, Each in Their Individual and Official Capacities, and Pursuant to the 1983 Georgia Constitution Only)

. The Plaintiffs re-allege and incorporate herein, as if set forth in full, each and every allegation contained in the preceding paragraphs and further allege:

117. At all material times, the Defendants VERNON KEENAN, KRISTEN PERRY, LINDSAY MARCHANT, MIKE CALLAHAN, AMY BRASWELL, STEVE TURNER, DR. MARYANNE GAFFNEY-KRAFT, and RODNEY BRYAN owed a duty to intervene and prevent or report the failure of defendant members of the Lowndes County Sheriff's Department, including but not limited to Defendant CHRIS PRINE, to conduct a proper criminal investigation into the death of plaintiff's decedent, Kendrick Johnson.

118. To the extent that such failure on the part of said defendant members of the Lowndes County Sheriff's Department involved a conspiracy to hide or cover up the involvement of persons responsible for the death of Kendrick Johnson, Defendants VERNON KEENAN, KRISTEN PERRY, LINDSAY MARCHANT, MIKE CALLAHAN, AMY BRASWELL, STEVE TURNER, DR. MARYANNE GAFFNEY-KRAFT, and RODNEY BRYAN joined in said conspiracy, or, in the alternative, conspired amongst themselves to hide or cover up the failure of defendant members of the Lowndes County Sheriff's Department, including but not

limited to Defendant CHRIS PRINE, to conduct a proper criminal investigation into the death of

plaintiff's decedent, Kendrick Johnson.

119. Said Defendants' conduct, in their individual capacities, were so willful, wanton,

and malicious that plaintiffs are entitled to punitive damages against them in their individual

capacities.

### SEVENTH CAUSE OF ACTION
### CONSPIRACY TO DEPRIVE PLAINTIFFS OF THEIR DUE PROCESS RIGHT TO ACCESS TO THE COURTS
**(Only As Against Defendants Vernon Keenan, Kristen Perry, Lindsay Marchant, Mike Callahan, Amy Braswell, Steve Turner, Dr. Maryanne Gaffney-Kraft, and Rodney Bryan, Each in Their Individual and Official Capacities, and Pursuant to the 1983 Georgia Constitution, Article 1, §1, ¶ 1 Only)**

. The Plaintiffs re-allege and incorporate herein, as if set forth in full, each and every

allegation contained in the preceding paragraphs and further allege:

120. At all material times, the Defendants VERNON KEENAN, KRISTEN PERRY,

LINDSAY MARCHANT, MIKE CALLAHAN, AMY BRASWELL, STEVE TURNER, DR.

MARYANNE GAFFNEY-KRAFT, and RODNEY BRYAN owed a duty to intervene and

prevent or report the failure of defendant members of the Lowndes County Sheriff's Department,

including but not limited to Defendant CHRIS PRINE, to conduct a proper criminal investigation

into the death of plaintiffs' decedent, Kendrick Johnson.

121. To the extent that such failure on the part of said defendant members of the Lowndes

County Sheriff's Department involved a conspiracy to deprive plaintiffs of their due process right

to have access to the courts to litigate the underlying misconduct of not only those persons who

were responsible for the death of plaintiffs' decedent, Kendrick Johnson, but also defendant

members of the Lowndes County Sheriff's Department, including but not limited to Defendant

CHRIS PRINE, for their conspiracy to prevent the proper prosecution of such individuals,

Defendants VERNON KEENAN, KRISTEN PERRY, LINDSAY MARCHANT, MIKE

CALLAHAN, AMY BRASWELL, STEVE TURNER, DR. MARYANNE GAFFNEY-KRAFT,

and RODNEY BRYAN joined in said conspiracy, or, in the alternative, conspired amongst

themselves deprive plaintiffs of their due process right to litigate the aforesaid misconduct.

122. Said Defendants' conduct, in their individual capacities, were so willful, wanton,

and malicious that plaintiffs are entitled to punitive damages against them in their individual

capacities.


## EIGHTH CAUSE OF ACTION
### CONSPIRACY TO DEPRIVE PLAINTIFFS OF EQUAL PROTECTION OF THE LAWS OR OF EQUAL PRIVILEGES AND IMMUNITIES UNDER THE LAWS AND TO PROPERLY INVESTIGATE BASED UPON DISCRIMINATORY ANIMUS
(Only As Against Defendants Vernon Keenan, Kristen Perry, Lindsay Marchant, Mike Callahan, Amy Braswell, Steve Turner, Dr. Maryanne Gaffney-Kraft, and Rodney Bryan, Each in Their Individual and Official Capacities, and Pursuant to the 1983 Georgia Constitution, Article 1, §1, ¶ 2 Only)

. The Plaintiffs re-allege and incorporate herein, as if set forth in full, each and every

allegation contained in the preceding paragraphs and further allege:

123. At all material times, the Defendants VERNON KEENAN, KRISTEN PERRY,

LINDSAY MARCHANT, MIKE CALLAHAN, AMY BRASWELL, STEVE TURNER, DR.

MARYANNE GAFFNEY-KRAFT, and RODNEY BRYAN owed a duty to conduct a proper

criminal investigation into the death of plaintiffs' decedent, Kendrick Johnson, or more

specifically, the misconduct of certain individuals, including but not limited to defendants

BRANDON BELL,  BRIAN BELL, and RICK BELL.

124. To the extent that plaintiffs are African-Americans, said defendants sought to engage

in a conspiracy to hide or cover up the misconduct of persons responsible for the death of

plaintiffs' decedent, as well as, the misconduct of deprive plaintiffs of defendant members of the

Lowndes County Sheriff's Department, including but not limited to Defendant CHRIS PRINE,

for their conspiracy to prevent the proper investigation and prosecution of any such individuals,

Defendants VERNON KEENAN, KRISTEN PERRY, LINDSAY MARCHANT, MIKE

CALLAHAN, AMY BRASWELL, STEVE TURNER, DR. MARYANNE GAFFNEY-KRAFT,

and RODNEY BRYAN violated plaintiffs' right to equal protection of the laws or of equal

privileges and immunities under the law based upon and motivated by plaintiffs' race.

125. Said Defendants' conduct, in their individual capacities, were so willful, wanton,

and malicious that plaintiffs are entitled to punitive damages against them in their individual

capacities."

This _6th_ day of July 2015.

THE C.B. KING LAW FIRM

BY:

Chevene B. King, Jr.
Attorney for Plaintiffs
State Bar No.: 420105

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(229)436-0524

## CERTIFICATE OF SERVICE

I hereby certify that I have served PLAINTIFFS' SECOND AMENDMENT TO

COMPLAINT, by U.S. Mail on the following counsel of record:

Patrick O'Connor.
Oliver Maner, LLP
PO Box 10186
Savannah, GA 31412

James L Elliott
Elliott, Blackburn & Gooding, PC
3016 N. Patterson Street
Valdosta, GA 31602

George T. Talley
Coleman Talley, LLP
PO Box 5437
Valdosta, GA 31603 –5437

Paul Threlkeld
Oliver Manor, LLP
PO Box 10186
Savannah, GA 31412

L. Warren Turner, Jr.
Post Office Box 157
Valdosta, GA 31603

Brice Ladson
Ladson Law Firm, PC
PO Box 2819
Richmond Hill, GA 31324

Ron S. Boyter
Assistant Attorney General
40 Capitol Sq., S.W.
Atlanta, GA 30334 –1300

This ⸰ᷤ͡ day of June 2015.

THE C.B. KING LAW FIRM

BY:_____
Chevene B. King, Jr.
Attorney for Plaintiffs
State Bar No.: 420105

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(229)436-0524