# Exhibit C

IN THE SUPERIOR COURT OF LOWNDES COUNTY
STATE OF GEORGIA

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON BELL, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>FILE NO. 15CV706 |

## ORDER

Having read and considered the State Defendants' Motion to Dismiss along with its supporting briefs and having read and considered Plaintiffs' responses, the State Defendants' Motion to Dismiss is hereby GRANTED and Defendants Vernon Keenan, Rodney Bryan, Amy Braswell, Steve Turner, Dr. Maryanne Gaffney-Kraft, Mike Callahan, Kristen Perry, Wes Horne, and Lindsay Marchant's are hereby DIMISSED from the above referenced action.

Oct. 14, 2014

J. Richard Porter, III, Judge
Superior Court of South Georgia
Judicial Circuit

Prepared by:
Ron Boyter
Assistant Attorney General