# Exhibit D

# IN THE SUPERIOR COURT OF LOWNDES COUNTY
## STATE OF GEORGIA

2016 MAR -1 PM 2:58

KENNETH JOHNSON and JACQUELYN JOHNSON, )

    Plaintiffs, )

)

vs. )   CIVIL ACTION
)   FILE NO. **2015 CV 706**

BRANDON BELL, et al., )

    Defendants. )

)

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby voluntarily dismiss the above styled action without prejudice.

This 1st day of March 2016.

            THE C.B. KING LAW FIRM

            BY: _____
                Chevene B. King, Jr.
                Attorney for Plaintiffs
                State Bar No.: 420105

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(229)436-0524