IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., | : : : | |
| Plaintiffs, | : : | CASE NO.: 7:16-CV-141 (WLS) |
| v. | : : | |
| BRIAN BELL, et al., | : : | |
| Defendants. | : : | |

**ORDER**

Before the Court is William Taylor, the Lowndes County School District, Fred Wetherington, and Jay Floyd's (the "Lowndes Defendants") Special Appearance Notice of Conflict and Motion for Continuance (or for Leave to Appear for Hearing via Telephone) (Doc. 48). The Lowndes Defendants filed a response to Plaintiffs' Motion for Extension of Time to Complete and Perfect Service of Process (Doc. 42) on November 22, 2016. (Doc. 47.) At the same time, they filed the instant motion informing the Court that counsel has a previously scheduled oral argument with the Eleventh Circuit Court of Appeals in Atlanta, Georgia on the morning of December 14, 2016, the same day the Court scheduled a hearing on Plaintiffs' Motion. (Docs. 48; 45.) Counsel requests a continuance or permission to appear by telephone.

For good cause shown, the Motion for Continuance (Doc. 48) is **GRANTED**. The hearing scheduled for Wednesday, December 14, 2016 at 2:30 PM is **CONTINUED**. The matter will be reset by separate notice.

**SO ORDERED**, this 1st day of December, 2016.

                                        /s/ W. Louis Sands
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**