IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs | | |
| v. | ) | Civil Action |
| | | File No. **7:16-CV-00141-(WLS**) |
| BRANDEN BELL; et al., | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

NOW COMES Plaintiffs KENNETH JOHNSON and JACQUELYN, by and through the undersigned, who move for a 6-day extension of time, or until December 12, 2016, in which to file their reply brief, and in support thereof, respectfully show as follows:

1. The Court issued an order dated November 18, 2016 (Doc #45) advising plaintiffs that if they wished to file a reply brief, they must do so, no later than Tuesday, December 6, 2016.

2. That the plaintiffs wish to file a reply brief, but that the undersigned has been involved in two (2) murder trials as sole counsel for the defense. The first such trial began on November 28, 2016 (State vs. Myron Mitchell, Brooks County Superior Court), with the second of which is scheduled to begin on December 6, 2016 (State vs. Timothy Israel Rutland, Berrien County Superior Court).

3. As a result of the foregoing circumstances and the anticipation that the aforesaid second trial will consume the next four (4) days, the undersigned has not had the opportunity to prepare a reply brief in the above styled matter, and therefore, is in need of additional time in which to prepare, said brief.

4. Lastly, inasmuch as the Court has issued an order dated December 1, 2016 (Doc #51), thereby continuing the hearing previously scheduled for Wednesday, December 14, 2016 to a date yet to be determined, the plaintiffs' foregoing request for additional time to file a reply brief would not appear to interfere with the orderly disposition of any matter now pending before the Court.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion for a 6-day extension of time, or until December 12, 2016, in which to file Plaintiffs' reply brief.

This 6th day of December, 2016.

THE C. B. KING LAW FIRM

By: /s/Chevene B. King, Jr.
Chevene B. King, Jr.
Attorney for Plaintiffs
State Bar No.: 420105

Prepared by:
The C. B. King Law Firm
P.O. Box 3468
Albany, GA 31706
(229) 436-0524