**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs | | |
| v. | ) | Civil Action |
| | | File No. **7:16-CV-00141-(WLS**) |
| BRANDEN BELL; et al., | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2016, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

**James Elliott**
**Patrick O'Connor**
**L. Warren Turner**

THE C.B. KING LAW FIRM
BY: /s/Chevene B. King, Jr.
    Chevene B. King, Jr.,
    Attorney for Plaintiffs

Post Office Drawer 3468
Albany, GA 31706
(229) 436-0524
Ga. State Bar #420105