IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH JOHNSON and | : | |
| JACQUELYN JOHNSON, et al., | : | |
| | : | |
| Plaintiffs, | : | CASE NO.: 7:16-CV-141 (WLS) |
| | : | |
| v. | : | |
| | : | |
| BRIAN BELL, et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**ORDER**

Before the Court is Plaintiffs Kenneth Johnson and Jacquelyn Johnson's Motion for Extension of Time to File Reply Brief (Doc. 52.) Plaintiffs seek to extend the filing deadline for their reply brief on the Motion for Extension of Time to Complete and Perfect Service of Process (Doc. 42) from Tuesday, December 6, 2016 to Monday, December 12, 2016. The Court placed the Motion on an expedited briefing schedule to avoid further delaying the case. (Doc. 45.) Platintiffs' counsel explains he is sole counsel in two murder trials, one of which began on November 28, 2016, the same day the final Defendant responses were filed (*see* Docs. 49; 50), and the other on December 6, 2016, the day the reply brief was due. (Doc. 52.)

For good cause shown, the Motion for Extension of Time to File Reply Brief (Doc. 52) is **GRANTED**. Plaintiffs' reply brief is due no later than **Monday, December 12, 2016**. No further extensions will be granted except to prevent manifest injustice upon timely written motion for good cause shown upon grounds not reasonably foreseeable or avoidable by the moving Party or Parties.

In the future, motions for extensions must be made **no later than two business**

1

**days before the expiration of the time period sought to be extended**. Failure to comply with this rule may be grounds for denial of the motion.

**SO ORDERED**, this 7th day of December, 2016.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
