IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs | | |
| v. | ) | Civil Action |
| | | File No. **7:16-CV-00141-(WLS**) |
| BRANDEN BELL; et al., | ) | |
| Defendants. | ) | |

**PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME**

COME NOW the Plaintiffs KENNETH JOHNSON and JACQUELYN JOHNSON, individually, and JACQUELYN JOHNSON as Temporary Administrator to the Estate of Kendrick Johnson and file this, their Second Motion for Extension of Time to File Their Reply Brief to the responses filed by each of the various defendants in opposition to Plaintiffs' Motion for Extension of Time to Complete and Perfect Service of Process, showing the Court as follows:

Upon reviewing responses filed by each of the various defendants to the Plaintiffs' Motion for Extension of Time to Complete and Perfect Service of Process concede that their aforementioned motion for extension of time (Doc.42) would be futile, at least as to the state law claims which were filed on behalf of Plaintiffs KENNETH JOHNSON and JACQUELYN JOHNSON, individually, as well as, to any claims in which service of process was not perfected or accomplished. However, with regards to the plaintiffs' federal law claims and their admitted failure to serve process within the 90-day time period set forth by Rule 4(m), it is possible that plaintiffs may be able to show good cause for such failure to accomplish service in a timely

manner.

The plaintiffs have in their motion for extension of time sought to good cause. However, due to the undersigned's involvement in at least 2 murder trials, he has not had an adequate opportunity to prepare a reply brief to set forth a showing of good cause. Although the Court has previously granted the plaintiffs until December 12, 2016 in which to submit a reply brief, the undersigned is still involved in the trial of the second murder case (<u>State v. Israel Timothy Rutland, Berrien County Superior Court</u>), and, as a consequence, requests that plaintiffs be granted additional time or until Friday, December 16, 2016 in which to file plaintiffs' reply brief.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion for a 4-day extension of time, or until December 16, 2016, in which to file Plaintiffs' reply brief.

This 12th day of December, 2016.

                          THE C. B. KING LAW FIRM

                          By: /s/Chevene B. King, Jr.
                          Chevene B. King, Jr.
                          Attorney for Plaintiffs
                          State Bar No.: 420105

Prepared by:
The C. B. King Law Firm
P.O. Box 3468
Albany, GA 31706
(229) 436-0524