Plaintiffs