**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs | | |
| v. | ) | Civil Action |
| | | File No. **7:16-CV-00141-(WLS**) |
| BRANDEN BELL; et al., | ) | |
| Defendants. | ) | |

**DECLARATION OF TECHNICAL DIFFICULTY**

Please take notice that I was unable to file in a timely manner due to technical difficulties. The deadline for filing was December 12, 2016. The reason that I was unable to file in a timely manner Plaintiffs' Second Motion for Extension of Time to File Their Reply Brief and the good faith efforts I made prior to the filing deadline to both file in a timely manner and to inform the court and the other parties that I could not do so are set forth below.

I have either installed some software onto my primary computer or been exposed to a virus of some type which caused my computer to act erratically, including locking up so that I could not complete or download the documents that were apart of what I was attempting to file on December 12, 2016. Due to the hour at which I had incurred the aforementioned difficulty, that being after the closing of the clerk's office, I was unable to inform the Court of the aforementioned difficulties.