IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs | | |
| v. | ) | Civil Action |
| | | File No. **7:16-CV-00141-(WLS**) |
| BRANDEN BELL; et al., | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2016, I electronically filed the foregoing

**DECLARATION OF TECHNICAL DIFFICULTY** with the Clerk of the Court using the

CM/ECF system which will send notification of such

filing to:

**James Elliott, George Talley, Paul Threlkeld
Patrick O'Connor, Brice Ladson, Wayne Melnick
L. Warren Turner, and Timothy Tanner**

THE C.B. KING LAW FIRM<br>
BY: /s/Chevene B. King, Jr.<br>
Chevene B. King, Jr.,<br>
Attorney for Plaintiffs

Post Office Drawer 3468
Albany, GA 31706
(229) 436-0524
Ga. State Bar #420105