IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON, et al., \* <br> \* <br> Plaintiffs, \* <br> \* <br> v. \* <br> \* <br> BRANDEN BELL, et al.. \* <br> \* <br> Defendants. \* | Civil Action <br> File No. 7:16-CV-00141-WLS |

### *SPECIAL APPEARANCE* OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME BY DEFENDANTS CHRIS PRINE, MICHAEL ADAMS, TROY BLACK, CHRISTOPHER BURKE, WANDA EDWARDS, HOWARD FISHER, CHRISTI GRIFFIN, ROY HART, LOGAN HENDERSON, STRYDE JONES, RANDY LIGHTSEY, JOHN MARION, MARK MASKULE, JACK PRIDDY, AARON PRITCHETT, KERRY QUINN, JAMES D. THORNTON, BRYCE WHITENER AND JACK WINNINGHAM

DEFENDANTS CHRIS PRINE, MICHAEL ADAMS, TROY BLACK, CHRISTOPHER BURKE, WANDA EDWARDS, HOWARD FISHER, CHRISTI GRIFFIN, ROY HART, LOGAN HENDERSON, STRYDE JONES, RANDY LIGHTSEY, JOHN MARION, MARK MASKULE, JACK PRIDDY, AARON PRITCHETT, KERRY QUINN, JAMES D. THORNTON, BRYCE WHITENER AND JACK WINNINGHAM (collectively, "the LCSO Defendants") oppose Plaintiffs' Second Motion for Extension of Time (**Doc. 54**) to file a reply brief.[1]

---

[1] The LCSO Defendants make this special appearance without waiving, and expressly preserving, their defenses of failure of service, failure of service of process, and lack of personal jurisdiction.

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 1 of 3

On December 7, 2016 the Court granted Plaintiffs' first Motion for Extension of Time to File Reply Brief and ordered Plaintiffs to file their reply brief by December 12, 2016 (**Doc. 53**). That Order expressly stated that future "motions for extension must be made **no later than two business days before the expiration of the time period sought to be extended**." (Emphasis in original).

Not only did Plaintiffs fail to meet the December 12, 2016 deadline for filing their reply brief, they also failed to comply with the Order of the Court that motions for extension must be made no later than two business days before the expiration of the time period sought to be extended. Plaintiffs' deadline for filing a reply brief has passed and their Second Motion for Extension of Time is out of time. Plaintiffs' motion should be denied.

Based on the foregoing, the LCSO Defendants respectfully request that the Court deny the Motion for Extension.

This 13th day of December, 2016.

                                                 ELLIOTT, BLACKBURN & GOODING, PC

                                                 By:  /s/ James L. Elliott
                                                      James L. Elliott
                                                      GA Bar No. 244244

Elliott, Blackburn & Gooding, PC
Attorneys at Law
3016 North Patterson Street
Valdosta, GA 31602
Phone: (229) 242-3333
Fax: (229) 242-0696
jelliott@ebbglaw.com

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 2 of 3

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing the following by filing the same with the Court's CM/ECF electronic filing system:

CHEVENE B. KING, JR.
THE C.B. KING LAW FIRM
POST OFFICE DRAWER 3468
ALBANY, GA 31706

PATRICK T. O'CONNOR
PAUL THRELKELD
OLIVER MANER, LLP
P.O. BOX 10186
SAVANNAH, GA 31412

TIMOTHY M TANNER
910 N PATTERSON ST
VALDOSTA, GA 31601

THEODORE FREEMAN
WAYNE S. MELNICK
ARASH ALI SABZEVARI
661 FOREST PKWY
FOREST PARK, GA 30297

DEVON ORLAND
40 CAPITOL SQUARE, S.W.
ATLANTA, GA 30334-1300

JOHN GEE EDWARDS
108 E VALLEY ST
VALDOSTA, GA 31601

This 13th day of December, 2016.

        ELLIOTT, BLACKBURN & GOODING, PC

        By: /s/ James L. Elliott
            James L. Elliott
            GA Bar No. 244244

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 3 of 3