**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., ) | |
| ) | |
| Plaintiffs | |
| v.  ) | Civil Action |
|  | File No. **7:16-CV-00141-(WLS**) |
| BRANDEN BELL; et al., ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2016, I electronically filed the foregoing letter informing the various courts of the undersigned's **NOTICE OF CONFLICT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Theodore Freeman (*via* tfreeman@fmglaw.com & CM ECF)

James L. Elliott (*via* jelliott@ebbglaw.com & CM ECF)

Patrick O'Connor (*via* pto@olivermaner.com & CM ECF)

Davon Orland (*via* dorland@law.ga.gov & CM ECF)

Paul H. Threlkeld (*via* pht@olivermaner.com & CM ECF)

John Gee Edwards (*via* johngeeedwards@gmail.com & CM ECF)

Wayne Melnick (*via* wmelnick@fmglaw.com & CM ECF)

Timothy M. Tanner (*via* tim.tanner@colemantalley.com & CM ECF)

THE C.B. KING LAW FIRM
BY: /s/Chevene B. King, Jr.
Chevene B. King, Jr.,
Attorney for Plaintiffs

Post Office Drawer 3468
Albany, GA 31706
(229) 436-0524
Ga. State Bar #420105