*The*
# C. B. KING LAW FIRM
510 W. BROAD AVENUE, SUITE C
ALBANY, GEORGIA 31701
TELEPHONE (229) 436-0524
TELECOPIER (229) 883-6382
*thecbkinglawfirm@bellsouth.net*

C. B. KING (1924-1988)
CHEVENE B. KING, JR.

*Mailing Address:*
POST OFFICE DRAWER 3468
ALBANY, GEORGIA 31706-3468

December 19, 2016

### *Via FACSIMILE* (229) 431-2174
### & First-Class U.S. Mail
Hon. Stephen S. Goss
Dougherty County Superior Court
225 Pine Ave.
Albany, GA 31701

### *Via FACSIMILE* (229) 430-8559
### & CM/ECF
Hon. W. Louis Sands
United States District Court
   for the Middle District of Georgia
201 West Broad Ave.
Albany, GA 31701

### *Via FACSIMILE* (229) 995-2062
### & First-Class U.S. Mail
Hon. Richard M. Cowart
Lowndes County Superior Court
327 North Ashley St.
Valdosta, GA 31603

      Re:    **NOTICE OF CONFLICT**
              **State of Georgia v. Karen D. Emerson**
              Dougherty County Superior Court
              Case No. : **2014 R 1018**
              Criminal Offense(s): Violation of Probation
              Type of Proceeding: Probation Revocation Hearing
              Date and Time of Proceeding: December 20, 2016 @10:30 a.m.
              Anticipated Length: More than 2 hours

NOTICE OF CONFLICT
December 19, 2016
Page 2 of 3

      **Kenneth Johnson, et al. v. Brandon Bell, et al.**
      United States District Court/ Albany location
      Case No. : **7:16-CV-00141 WLS**
      Type of Proceeding: Motion Hearing
      Date and Time of Proceeding: December 20, 2016 @ 2: 00 p.m.
      Anticipated Length: More than 1 hour

      **State of Georgia v. Kimberly Pickett**
      Lowndes County Superior Court
      Case No.: **2016 CV 1416**
      Type of Proceeding: Motion Hearing
      Date and Time of Proceeding: December 20, 2016 @ 9:30 a.m.
      Anticipated Length: More than one (1) hour

Dear Judges Goss, Sands and Cowart:

    Pursuant to Rule 17 of the Uniform Superior Court Rules of this state, you are hereby advised that the undersigned is lead and sole counsel for defendants **Karen D. Emerson** and **Kimberly Pickett**, as well as for plaintiffs **Jacquelyn Johnson** and **Kenneth Johnson**, each of whom is identified as a party in the above-referenced cases.

    The undersigned certifies that these matters cannot be adequately handled, nor the clients' interests adequately protected, by another attorney.

    Pursuant to Rule 17 of the Uniform Superior Court rules, I am notifying the various courts and opposing attorneys of the aforementioned conflict, and that on the basis of the type of proceeding and/or ages of these cases, I hereby assert that **State of Georgia v. Karen D. Emerson,** Dougherty County Superior Court, **Case No. : 2014 R 1018,** has priority due to it being, as listed above, a criminal case.

    To the extent that **State of Georgia v. Karen D. Emerson** is disposed of before 2:00 p.m., the undersigned will proceed to the federal courthouse in Albany in order to attend a hearing in **Kenneth Johnson, et al. v. Brandon Bell, et al.,** a civil case which is older than **State of Georgia v. Kimberly Pickett**.

    If there is any additional information which you are in need of, please do not hesitate to contact me. In the absence of any opposition or directives from any of the Courts, it is my intention to proceed in the manner and order set forth above.

                               Sincerely,

                               THE C.B. KING LAW FIRM

                               Chevene B. King, Jr.

CBK,jr/

**NOTICE OF CONFLICT**
December 19, 2016
Page 3 of 3

c:      Gregory Edwards, DA/ Dougherty County (229/431-2167 fax)
        J. Bennett Threlkeld, ADA /Lowndes County (229/245-5281 fax)
        Evonne Mull, Clerk / Dougherty County (229/^878-3155 fax)
        Beth Greene, Clerk /Lowndes County (229/333-7637 fax)
        David W. Bunt, Clerk, U.S. District Court (478/752-3496)
        Theodore Freeman (*via* tfreeman@fmglaw.com & CM ECF)
        James L. Elliott (*via* jelliott@ebbglaw.com & CM ECF)
        Patrick O'Connor (*via* pto@olivermaner.com & CM ECF)
        Davon Orland (*via* dorland@law.ga.gov & CM ECF)
        Paul H. Threlkeld (*via* pht@olivermaner.com & CM ECF)
        John Gee Edwards (*via* johngeeedwards@gmail.com & CM ECF)
        Wayne Melnick (*via* wmelnick@fmglaw.com & CM ECF)
        Timothy M. Tanner (*via* tim.tanner@colemantalley.com & CM ECF)