IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., | : : : | |
| Plaintiffs, | : : | CASE NO.: 7:16-CV-141 (WLS) |
| v. | : : | |
| BRIAN BELL, et al., | : : | |
| Defendants. | : : | |

## **ORDER**

Before the Court is Plaintiffs Kenneth Johnson and Jacquelyn Johnson's Notice of Conflict (Doc. 59). Plaintiffs' counsel provided notice to the Court of two other matters in state court he is scheduled to attend tomorrow. The first, *State of Georgia v. Karen D. Emerson*, No. 2014 R 1018 is a probation revocation hearing in front of the Honorable Judge Stephen S. Goss in Dougherty County Superior Court scheduled for 10:30 A.M. The second, *State of Georgia v. Kimberly Pickett*, No. 2016 CV 1416 is a motion hearing scheduled for 9:30 A.M. in Lowndes County Superior Court. Counsel has informed the Court that he intends to attend the hearing in *Emerson* and, "[t]o the extent that *State of Georgia v. Karen D. Emerson* is disposed of before 2:00 p.m., [counsel] will proceed to the federal courthouse in Albany" to attend the hearing scheduled in the instant case for 2:00 P.M. (Doc. 59.)

Document 59 is styled a "Notice of Conflict" and cites a Uniform Superior Court rule regarding such notices. To the extent counsel is requesting a continuance, he must file a proper motion. *See* M.D. Ga. L.R. 6.1.

However, upon notice from the Plaintiffs, the Court followed up with Judge Goss and confirmed that the hearing in *Emerson* will be completed well before 2:00 P.M.

1

Accordingly, the Plaintiffs remain **ORDERED** to appear for the scheduled hearing in this matter at **2:00 PM on Tuesday, December 20, 2016**

**SO ORDERED**, this 19th day of December, 2016.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**