IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs | | |
| v. | ) | Civil Action |
| | | File No. **7:16-CV-00141-(WLS)** |
| BRANDEN BELL; et al., | ) | |
| Defendants. | ) | |

## CLARIFICATION REGARDING PLAINTIFFS' NOTICE OF CONFLICT

NOW COMES Plaintiffs KENNETH JOHNSON and JACQUELYN JOHNSON, by and through their undersigned attorney of record, in connection with the undersigned's Notice of Conflict pursuant to Rule 17 of the Uniform Superior Court Rules (Doc. 59) and the Order of this Court (Doc. 61) directing the undersigned to appear at a hearing scheduled for 2:00 PM on December 20, 2016. In the foregoing regard, the undersigned wishes to clarify that his intent in preparing the aforementioned notice of conflict, though perhaps inartfully worded, was not for the purpose of requesting a continuance of the aforesaid hearing. With all due respect to the Court, subsection ( C ) of Rule 17 provides in relevant part, the following:

"Conflict resolution shall not require the continuance of the other matter or matters not having priority. In the event any matter listed in the letter notice is disposed of prior to the scheduled time set for any other matter listed *or subsequent to the scheduled time set but prior to the end of the calendar*, the attorney shall immediately notify all affected parties, including the court affected, of the disposal and shall, absent good cause shown to the court, *proceed with the remaining case or cases in which the conflict was resolved by the disposal in the order of*

*priorities as set forth heretofore."*

To the extent that the rule gives no consideration to the distance between courts and, thus, how it is factored in, the plaintiffs' conflict notice was intended to suggest to the Superior Court Judge in Lowndes County the impracticality, if not impossibility, of having the undersigned traveled to Valdosta after the probation revocation hearing in Albany and then return to Albany by 2:00 PM for the hearing before this Court. This arguable construction of Rule 17 is what prompted the issuance of the aforementioned conflict notice.

While the undersigned is constrained to offer the foregoing explanation out of concern that to do so may be misinterpreted as a response to the Court's order, the plaintiffs are also concerned that due to the nature and subject matter of the Plaintiffs' Motion for Extension of Time to Complete Service of Process (Doc.42) that any failure to clarify the undersigned's perceived dilemma may unfavorably impact the Court's view of said motion. Accordingly, plaintiffs were never desirous of a continuance or anything more than a prompt ruling upon their motion. The undersigned apologizes for any confusion that may have arisen in the foregoing regard.

Respectfully submitted this 20th day of December, 2016.

THE C. B. KING LAW FIRM

Chevene B. King, Jr.
Attorney for Plaintiffs
Ga. State Bar #420105

Prepared by:
Chevene B King, Jr.
Post Office Box 3468
Albany, GA 31706
(229) 436-0524
(229) 883-6382