IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs | | |
| v. | ) | Civil Action<br>File No. **7:16-CV-00141-(WLS)** |
| BRANDEN BELL; et al., | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2016, I electronically filed the foregoing letter informing the various courts of the undersigned's CLARIFICATION REGARDING PLAINTIFFS' NOTICE OF CONFLICT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

      Theodore Freeman (*via* tfreeman@fmglaw.com & CM ECF)
      James L. Elliott (*via* jelliott@ebbglaw.com & CM ECF)
      Patrick O'Connor (*via* pto@olivermaner.com & CM ECF)
      Davon Orland (*via* dorland@law.ga.gov & CM ECF)
      Paul H. Threlkeld (*via* pht@olivermaner.com & CM ECF)
      John Gee Edwards (*via* johngeeedwards@gmail.com & CM ECF)
      Wayne Melnick (*via* wmelnick@fmglaw.com & CM ECF)
      Timothy M. Tanner (*via* tim.tanner@colemantalley.com & CM ECF)

      THE C.B. KING LAW FIRM
      BY: /s/Chevene B. King, Jr.
      Chevene B. King, Jr.,
      Attorney for Plaintiffs

Post Office Drawer 3468
Albany, GA 31706
(229) 436-0524
Ga. State Bar #420105