IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION
AT ALBANY, GEORGIA



## MINUTE SHEET OF COURT PROCEEDING  *[UNCONTESTED]*

Date:  DEC. 20, 2016                               Hearing Type: MOTION HRG

Judge:  W. LOUIS SANDS                    Court Reporter:  Sally Gray
                                                                Interpreter:
Courtroom Deputy:  Joan B. King         Staff Attorney: TPB

Case Number:   7:16cv141      (WLS)

**KENNETH JOHNSON,** *et al.,*              Counsel:  Chevene King

vs.

**BRIAN BELL,** *et al.*                         Counsel:  Paul Threlkeld, James Elliott,
                                                     Timothy Tanner, George Talley, Wayne Melnick,
                                                     Devon Orland, Ron Boyter, John Edwards

Agents/Experts in Attendance: n/a

---

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

---

**IN COURT Time:     1 hr 13 mins**

***In re:  Plaintiff's Motion for Extension of Time to File Complete Service of Process (Doc. 42)***

The Court addressed counsel as to the suggestion of consolidation of all related cases to be heard before one Judge in the District.  After discussions, the Court advised this matter would continue before this Court.

Plaintiff argument.
Dfts joint argument and argument as to particular defendant(s).
Pla rebuttal.

The Court will allow supplemental briefing of no more than 5 pages (pertinent exhibits to be attached).  No reply/cross briefing.  Deadline for filing 1/06/2017.