IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., | : : : | |
| Plaintiffs, | : : | CASE NO.: 7:16-CV-141 (WLS) |
| v. | : : | |
| BRIAN BELL, et al., | : : | |
| Defendants. | : : | |

## ORDER

The Court held a hearing today on Plaintiffs' Motion for Extension of Time to Complete and Perfect Service of Process (Doc. 42). As discussed at the hearing, each party may submit a supplemental brief summarizing their position and addressing any arguments raised at the hearing. Each brief is limited to **five pages**, not including pertinent attachments. No responses or replies will be permitted. The briefs must be submitted no later than **Friday, January 6, 2017**. No extensions to that deadline will be granted except to prevent manifest injustice upon timely written motion for good cause shown upon grounds not reasonably foreseeable or avoidable by the moving Party or Parties.

**SO ORDERED**, this 21st day of December, 2016.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**