IN THE SUPERIOR COURT OF LOWNDES COUNTY
STATE OF GEORGIA

LOWNDES COUNTY, GEORGIA
FILED IN OFFICE
2016 DEC 19 PM 4:0*

Beth C. Greene

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, | * * * | CIVIL ACTION FILE #: 2015CV706 |
| Plaintiffs, | * | |
| vs. | * * | |
| BRANDON BELL, et al. | * * | |
| Defendants. | * * | |

## NOTICE OF FILING

Defendant Steve Owens hereby gives notice of filing of the attached:

1. Plaintiff Kenneth Johnson's Responses to the First Interrogatories of Defendant Steve Owens d/b/a Owens Transport Service, and;

2. Plaintiff Jacquelyn Johnson's Responses to the First Interrogatories of Defendant Steve Owens d/b/a Owens Transport Service.

This the 19th day of December, 2016.

John Gee Edwards
Attorney for Defendant Steve Owens
State Bar #: 241298

108 East Valley Street
Valdosta, GA 31601
(229) 242-1790

LOWNDES COUNTY, GEORGIA
I certify this to be a true and correct copy of the original on file and of record in my office this 19th day of Dec, 2016.
Beth C. Greene,
Clerk of Superior, State and Juvenile Courts
By: _____ Deputy Clerk

# IN THE SUPERIOR COURT OF LOWNDES COUNTY
## STATE OF GEORGIA

LOWNDES COUNTY, GEORGIA
FILED IN OFFICE

2016 DEC 19 PM 4: 07

Beth C. Greene
CLERK OF SUPERIOR STATE
JUVENILE COURTS

KENNETH JOHNSON and JACQUELYN JOHNSON, )
)
Plaintiffs, )
) CIVIL ACTION FILE
Vs. ) NO: 2015-CV-706
)
BRANDON BELL, et al. )
)
Defendants. )

## PLAINTIFF KENNETH JOHNSON'S RESPONSES TO THE FIRST INTERROGATORIES OF DEFENDANT STEVE OWENS D/B/A OWENS TRANSPORT SERVICE

NOW COMES Plaintiff KENNETH JOHNSON in response to Defendant STEVE OWENS D/B/A OWENS TRANSPORT SERVICE's First Interrogatories submits the following:

### INTERROGATORY NUMBER 1.

Identify and describe each act or omission of Steve Owens and/or Owens Transport Service which you contend entitles you to recover from Steve Owens and/or Owens Transport Service under the Second Cause of Action for Intentional Infliction of Emotional Distress alleged in your Complaint.

RESPONSE: a) Plaintiff contends that this defendant was a part of a conspiracy to intentionally interfere with the investigation into the death of Kendrick Johnson; b) Plaintiff contends that this defendant participated in the conspiracy by failing to properly handle the remains of Kendrick Johnson; c) Plaintiff contends that this defendant mishandled the remains of Kendrick Johnson; d) interfered with plaintiff's attempt to obtain the truth about how his child, Kendrick Johnson, died.

INTERROGATORY NUMBER 2.

For each act or omission identified in response to the preceding interrogatory, state or identify:

    a) the date of the act or omission or time frame during which the act or omission occurred;

    b) each person with personal knowledge of the act or omission; and

    c) any and all documents which evidence the act or omission.

RESPONSE: a) January 14, 2013; b) Sheriff Chris Prine, Antonio Harrington, and Rick Bell; c) Georgia Bureau of Investigation receipt of evidence log sheet.

INTERROGATORY NUMBER 3.

Please state whether you contend that Steve Owens and/or Owens Transport Service is liable under the Complaint's fourth cause of action. If you do contend Steve Owens and/or Owens Transport Service is liable under the fourth cause of action, identify and describe each act or omission of Steve Owens and/or Owens Transport Service which you contend entitles you to recover from Steve Owens and/or Owens Transport Service under the Fourth Cause of Action for Violation of Right to Due Process and Equal Protection Under State Constitution alleged in your Complaint.

RESPONSE: To the extent that this defendant was erroneously identified in the complaint as a government actor, currently the plaintiff does not contend that this defendant is liable under the the Fourth Cause of Action for Violation of Right to Due Process and Equal Protection Under State Constitution.

INTERROGATORY NUMBER 4

For each act or omission identified in response to the preceding interrogatory, state or identify:

    a) the date of the act or omission or time frame during which the act or omission occurred;

    b) each person with personal knowledge of the act or omission; and

    c) any and all documents which evidence the act or omission.

RESPONSE: To the extent that this defendant was erroneously identified in the complaint as a government actor, currently the plaintiff does not contend that this defendant is liable under the the Fourth Cause of Action for Violation of Right to Due Process and Equal

Protection Under State Constitution.

This 26th day of August, 2015

                THE C.B. KING LAW FIRM

                By: _____
                    Chevene B. King, Jr.
                    Attorney for Plaintiffs

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(229)436-0524
State Bar No.: 420105

LOWNDES COUNTY, GEORGIA
I certify this to be a true and correct
copy of the original on file and of
record in my office this
19 day of Dec, 2016
Beth C. Greene,
Clerk of Superior, State
and Juvenile Courts
By: Stacy Bauett
Deputy Clerk

## VERIFICATION

STATE OF GEORGIA

COUNTY OF

PERSONALLY APPEARED before me, an officer duly authorized by law to administer oaths, Kenneth Johnson, who after first being duly sworn, states that the foregoing responses to discovery requests are true and correct to the best of his/her knowledge and belief. The word usage and sentence structure may be that of the attorney assisting in the preparation of the responses and does not necessarily purport to be the precise language of the executing party.

Sworn to and subscribed before me
this 23 day of August, 20 15.

NOTARY PUBLIC
MY COMMISSION EXPIRES

Notary Public, Lowndes County, Georgia
My Commission Expires May 13, 2017

[NOTARIAL SEAL]

# IN THE SUPERIOR COURT OF LOWNDES COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, | )<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION FILE<br>) NO: 2015-CV-706 |
| Vs. | )<br>) |
| BRANDON BELL, et al. | )<br>) |
| Defendants. | |

### PLAINTIFF JACQUELYN JOHNSON'S RESPONSES TO THE FIRST INTERROGATORIES OF DEFENDANT STEVE OWENS D/B/A OWENS TRANSPORT SERVICE

NOW COMES Plaintiff JACQUELYN JOHNSON in response to Defendant STEVE OWENS D/B/A OWENS TRANSPORT SERVICE's First Interrogatories submits the following:

### INTERROGATORY NUMBER 1.

Identify and describe each act or omission of Steve Owens and/or Owens Transport Service which you contend entitles you to recover from Steve Owens and/or Owens Transport Service under the Second Cause of Action for Intentional Infliction of Emotional Distress alleged in your Complaint.

RESPONSE: a) Plaintiff contends that this defendant was a part of a conspiracy to intentionally interfere with the investigation into the death of Kendrick Johnson; b) Plaintiff contends that this defendant participated in the conspiracy by failing to properly handle the remains of Kendrick Johnson; c) Plaintiff contends that this defendant mishandled the remains of Kendrick Johnson; d) interfered with plaintiff's attempt to obtain the truth about how her child, Kendrick Johnson, died.

INTERROGATORY NUMBER 2.

For each act or omission identified in response to the preceding interrogatory, state or identify:

a) the date of the act or omission or time frame during which the act or omission occurred;

b) each person with personal knowledge of the act or omission; and

c) any and all documents which evidence the act or omission.

RESPONSE: a) January 14, 2013; b) Sheriff Chris Prine, Antonio Harrington, and Rick Bell; c) Georgia Bureau of Investigation receipt of evidence log sheet.

INTERROGATORY NUMBER 3.

Please state whether you contend that Steve Owens and/or Owens Transport Service is liable under the Complaint's fourth cause of action. If you do contend Steve Owens and/or Owens Transport Service is liable under the fourth cause of action, identify and describe each act or omission of Steve Owens and/or Owens Transport Service which you contend entitles you to recover from Steve Owens and/or Owens Transport Service under the Fourth Cause of Action for Violation of Right to Due Process and Equal Protection Under State Constitution alleged in your Complaint.

RESPONSE: To the extent that this defendant was erroneously identified in the complaint as a government actor, currently the plaintiff does not contend that this defendant is liable under the the Fourth Cause of Action for Violation of Right to Due Process and Equal Protection Under State Constitution.

INTERROGATORY NUMBER 4

For each act or omission identified in response to the preceding interrogatory, state or identify:

a) the date of the act or omission or time frame during which the act or omission occurred;

b) each person with personal knowledge of the act or omission; and

c) any and all documents which evidence the act or omission.

RESPONSE: To the extent that this defendant was erroneously identified in the complaint as a government actor, currently the plaintiff does not contend that this defendant is liable under the the Fourth Cause of Action for Violation of Right to Due Process and Equal

Protection Under State Constitution.

This 29th day of August, 2015

THE C.B. KING LAW FIRM

By: _____
Chevene B. King, Jr.
Attorney for Plaintiffs

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(229)436-0524
State Bar No.: 420105

LOWNDES COUNTY, GEORGIA
I certify this to be a true and correct copy of the original on file and of record in my office this 19th day of Dec, 2016
Beth C. Greene,
Clerk of Superior, State and Juvenile Courts
By: Stacy Bauett
Deputy Clerk

## VERIFICATION

STATE OF GEORGIA

COUNTY OF

PERSONALLY APPEARED before me, an officer duly authorized by law to administer oaths, Jacquelyn Johnson, who after first being duly sworn, states that the foregoing responses to discovery requests are true and correct to the best of his/her knowledge and belief. The word usage and sentence structure may be that of the attorney assisting in the preparation of the responses and does not necessarily purport to be the precise language of the executing party.

*/s/ Jacquelyn Johnson*

Sworn to and subscribed before me
this 23 day of August, 20 15.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES Notary Public, Lowndes County, Georgia
My Commission Expires May 13, 2017

_____
[NOTARIAL SEAL]

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon all parties to this action by depositing copies in the United States mail, first-class postage prepaid, as follows:

Chevene B. King, Jr.
The C.B. King Law Firm
Post Office Drawer 3468
Albany, Georgia 31706

This the 19th day of December, 2016.

_____
John Gee Edwards
Attorney for Defendant Steve Owens