IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., ) | |
| ) | |
| Plaintiffs | |
| v.     ) | Civil Action |
|        | File No. **7:16-CV-00141-(WLS**) |
| BRANDEN BELL; et al.,     ) | |
| Defendants.     ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2017, I electronically filed the foregoing **PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME IN WHICH TO COMPLETE AND PERFECT SERVICE OF PROCESS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

**James Elliott, George Talley, Paul Threlkeld
Patrick O'Connor, Brice Ladson, Wayne Melnick
L. Warren Turner, and Timothy Tanner**

                    THE C.B. KING LAW FIRM
                    BY: /s/Chevene B. King, Jr.
                        Chevene B. King, Jr.,
                        Attorney for Plaintiffs

Post Office Drawer 3468
Albany, GA 31706
(229) 436-0524
Ga. State Bar #420105