IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., ) | |
| ) | |
| Plaintiffs | |
| v.           ) | Civil Action |
| | File No. **7:16-CV-00141-(WLS**) |
| BRANDEN BELL; et al.,      ) | |
| Defendants.     ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2017, I electronically filed the foregoing

**PLAINTIFFS' COMPLAINT** with the Clerk of the Court using the CM/ECF system which

will send notification of such filing to:

James L. Elliott, Theodore Freeman, Devon Orland George Talley, Paul H. Threlkeld
Patrick T. O'Connor, Brice Ladson, Wayne S. Melnick Arash Ali Sabzevari,
John Gee Edwards and Timothy M. Tanner

THE C.B. KING LAW FIRM
BY: /s/Chevene B. King, Jr.
Chevene B. King, Jr.,
Attorney for Plaintiffs

Post Office Drawer 3468
Albany, GA 31706
(229) 436-0524
Ga. State Bar #420105