IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON, et al., | * |
| Plaintiffs, | * |
| v. | *  Civil Action |
| | *  File No. 7:16-CV-00141-WLS |
| BRANDEN BELL, et al.. | * |
| Defendants. | * |

## *SPECIAL APPEARANCE* MOTION TO DISMISS COMPLAINT AND AMENDED COMPLAINT OF DEFENDANTS MICHAEL ADAMS, STRYDE JONES, BRYCE WHITENER AND JACK WINNINGHAM

Defendants Michael Adams, Stryde Jones, Bryce Whitener and Jack Winningham file this Motion to Dismiss Complaint (Doc. 1) and Amended Complaint (Doc. 72) pursuant to FRCP 12(b)(4) and (5) and show the Court as follows.[1]

1. This case is a renewal action under Georgia law (OCGA § 9-2-61) of several cases previously pending and dismissed by Plaintiffs in the Superior Court of Lowndes County, Georgia.

2. Movants Michael Adams ("Adams"), Stryde Jones ("Jones"), Bryce Whitener ("Whitener") and Jack Winningham ("Winningham") are Lowndes County Sheriff's Deputies (Doc. 1, ¶¶ 30, 13, 35 and 17).

3. Lowndes County Sheriff Chris Prine is named as a defendant in this case. (Doc. 1, ¶ 9).

---

[1] Adams, Jones, Whitener and Winningham make this special appearance without waiving, and expressly preserving, any and all defenses available to them under applicable law.

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 1 of 4

4. On or after December 30, 2016 Plaintiffs caused a copy of a summons and the Complaint (Doc. 1) to be delivered to Adams, Jones, Whitener and Winningham. The Amended Complaint (Doc. 72) has not been delivered to Adams, Jones, Whitener or Winningham.

5. The copy of a summons and the Complaint that Plaintiffs caused to be delivered to Adams, Jones, Whitener and Winningham was delivered to each of them by Lowndes County Sheriff's Deputy James E. Rehberg.

6. The service upon Adams, Jones, Whitener and Winningham is not timely under Georgia law applicable to renewal actions, and the Complaint and Amended Complaint should therefore be dismissed.

7. The service upon Adams, Jones, Whitener and Winningham is not timely under Federal Rule of Civil Procedure 4, and the Complaint and Amended Complaint should therefore be dismissed.

8. Service by a Sheriff's Deputy is not permitted or proper when the Sheriff is a party to the case. Such service is void and the Complaint and Amended Complaint should therefore be dismissed.

9. In support of their Motion, Adams, Jones, Whitener and Winningham rely upon the forgoing and upon their Memorandum of Law filed contemporaneously herewith and all other matters of record properly before the Court.

Based on the foregoing, Defendants Adams, Jones, Whitener and Winningham respectfully request that the Court grant their Motion to Dismiss and enter an Order dismissing Plaintiffs' Complaint and Amended Complaint.

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 2 of 4

This 20th day of January, 2017.

                                               ELLIOTT, BLACKBURN & GOODING, PC

                                               /s/ James L. Elliott
                                               James L. Elliott
                                               GA Bar No. 244244

Elliott, Blackburn & Gooding, PC
Attorneys at Law
3016 North Patterson Street
Valdosta, GA 31602
Phone: (229) 242-3333
Fax: (229) 242-0696
jelliott@ebbglaw.com

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 3 of 4

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing the following by filing the same with the Court's CM/ECF electronic filing system:

CHEVENE B. KING, JR.
THE C.B. KING LAW FIRM
POST OFFICE DRAWER 3468
ALBANY, GA 31706

PATRICK T. O'CONNOR
PAUL THRELKELD
OLIVER MANER, LLP
P.O. BOX 10186
SAVANNAH, GA 31412

TIMOTHY M TANNER
910 N PATTERSON ST
VALDOSTA, GA 31601

THEODORE FREEMAN
WAYNE S. MELNICK
ARASH ALI SABZEVARI
661 FOREST PKWY
FOREST PARK, GA 30297

DEVON ORLAND
40 CAPITOL SQUARE, S.W.
ATLANTA, GA 30334-1300

JOHN GEE EDWARDS
108 E VALLEY ST
VALDOSTA, GA 31601

This 20th day of January, 2017.

                                  ELLIOTT, BLACKBURN & GOODING, PC

                                  /s/ James L. Elliott
                                James L. Elliott
                                GA Bar No. 244244

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 4 of 4