IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON et al, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIAN BELL, *et al.*, <br><br> Defendants. | <br><br><br><br><br><br><br><br> Civ. Case No. 7:16-cv-00141-WLS |

### SPECIAL APPEARANCE MOTION TO DISMISS
### ON BEHALF OF THE VALDOSTA DEFENDANTS

Come Now CITY OF VALDOSTA, GEORGIA, FRANK SIMONS, LARRY HANSON, and RAY McGRAW ("Valdosta Defendants"), making a special appearance, and filing their Motion to Dismiss requesting the Court to dismiss Plaintiffs' Complaint (Doc. 1) and Amended Complaint (Doc. 72) pursuant to Fed. R. Civ. P. 12(b)(4)(5) and (6). The Valdosta Defendants rely upon their contemporaneously filed *Special Appearance Brief In Support of Valdosta Defendants' Motion to Dismiss*, and all pleadings of record.

Respectfully submitted this 20th day of January, 2017

**COLEMAN TALLEY LLP**

**s/George T. Talley**
GEORGE T. TALLEY
Georgia Bar No. 696700

**s/Tim Tanner**
TIMOTHY M. TANNER
Georgia Bar No. 697683

910 North Patterson Street
Valdosta, Georgia 31601
(229) 242-7562
(229) 333-0885 *facsimile*
tim.tanner@colemantalley.com

[2030947/1]

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRANDON BELL, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>Case No. 15CV1313-6 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the *Special Appearance Motion to Dismiss on Behalf of the Valdosta Defendants* upon all parties in the above captioned case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing to the following:

    Chevene B. King, Jr.
    The C.B. King Law Firm
    Post Office Drawer 3648
    Albany, Georgia  31706

    Ronald S. Boyter, Jr.
    Kirsten S. Daughdril
    State of Georgia, Office of the Attorney General
    40 Capitol Square, SW
    Atlanta, Georgia  30334

    John Gee Edwards
    108 East Valley Street
    Valdosta, Georgia  31601

    James L. Elliott
    Elliott, Blackburn & Gooding, P.C.
    3016 North Patterson Street
    Valdosta, Georgia  31602

    M. Brice Ladson
    Ladson Law Firm, P.C.

[2030947/1]

Post Office Box 2819
Richmond Hill, Georgia  31324

Wayne S. Melnick
A. Ali Sabzevari
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia  30339

Patrick T. O'Connor
Paul H. Threlkeld
Oliver Maner LLP
218 West State Street
Savannah, Georgia  31401

L. Warren Turner, Jr.
Post Office Box 157
Valdosta, Georgia 31603-0157


Respectfully submitted, this 20th day of January, 2017.

              COLEMAN TALLEY LLP

               /s/*TIM TANNER*
              TIMOTHY M. TANNER

[2030947/1]