**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| KENNETH JOHNSON, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO.: 7:16-cv-00141-WLS |
| BRIAN BELL, ET AL. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS WILLIAM "WES" TAYLOR, THE LOWNDES COUNTY SCHOOL DISTRICT, AND FRED WETHERINGTON'S MOTION TO DISMISS BY WAY OF SPECIAL APPEARANCE**

COME NOW Defendants William "Wes" Taylor ("Taylor"), the Lowndes County School District (the "School District"), and Fred Wetherington ("Wetherington") (collectively "these defendants), by way of special appearance and without waiving and specifically reserving all defenses available to them, and file this motion pursuant to Federal Rule of Civil Procedure 12(b) and 4(m) and Local Rule 7.1, requesting that the Court dismiss plaintiffs' complaint (Doc. 1), as amended (Doc. 72), against them.

In support of this motion, these defendants rely on the arguments and citations to authority presented in the accompanying memorandum of law, which these defendants have filed contemporaneously with this motion. As shown in the memorandum of law, these defendants' motion should be granted.

                                          Respectfully submitted,

                                          **FREEMAN MATHIS & GARY, LLP**

                                          */s/ Wayne S. Melnick*
                                          Theodore Freeman
                                          Georgia Bar No. 276350
                                          tfreeman@fmglaw.com
                                          Wayne S. Melnick
                                          Georgia Bar No. 501267
                                          wmelnick@fmglaw.com
                                          A. Ali Sabzevari
                                          Georgia Bar No. 941527
                                          asabzevari@fmglaw.com

100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

                                          */s/ L. Warren Turner, Jr.*
                                          L. Warren Turner, Jr.
                                          Georgia Bar No. 719491
                                          warren@lwturnerlaw.com

P.O. Box 157
Valdosta, GA 31603
(229) 247-5005 (telephone)
(229) 247-6657 (facsimile)

                                          Attorneys for Defendants William "Wes" Taylor, the Lowndes County School District, and Fred Wetherington

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANTS WILLIAM "WES" TAYLOR, THE LOWNDES COUNTY SCHOOL DISTRICT, AND FRED WETHERINGTON'S MOTION TO DISMISS BY WAY OF SPECIAL APPEARANCE** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification to the following:

Chevene B. King, Jr.
The C.B. King Law Firm
PO Drawer 3468
Albany, Georgia 31706

Paul Threlkeld
Oliver Manner, LLP
P.O. Box 10186
Savannah, Georgia 31412

James L. Elliott
Elliott, Blackburn & Gooding, PC
3016 North Patterson Street
Valdosta, Georgia 31602

Timothy M. Tanner
Coleman Talley LLP
910 N. Patterson Street
Valdosta, Georgia 31602

This 24th day of January, 2017.

*/s/ Wayne S. Melnick*
Wayne S. Melnick
Georgia Bar No. 501267
wmelnick@fmglaw.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)