IN THE SUPERIOR COURT OF LOWNDES COUNTY
STATE OF GEORGIA

2016 MAR -1 PM 3:01

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| CABLE NEWS NETWORK, INC., | ) | CIVIL ACTION FILE |
| | ) | |
| Intervenor | ) | NO: 2013-CV-1230 |
| vs. | ) | |
| | ) | |
| CHRIS PRINE, as Sheriff of Lowndes County, Georgia, as well as, in his individual capacity capacity, and LOWNDES COUNTY SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendants. | ) | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby voluntarily dismiss the above styled action without prejudice.

This 1st day of March, 2016.

THE C.B. KING LAW FIRM

BY: _____
Chevene B. King, Jr.
Attorney for Plaintiffs
State Bar No.: 420105

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA  31706
(229)436-0524

EXHIBIT
A

229 333 7637          LOWNDES CLERK OF CO                          15:29:58   03-01-2016      12/12

## CERTIFICATE OF SERVICE

I hereby certify that I have served VOLUNTARY DISMISSAL WITHOUT PREJUDICE by U.S. Mail on the following counsel of record:

James L Elliott
Elliott, Blackburn & Gooding, PC
3016 N. Patterson Street
Valdosta, GA 31602

L. Warren Turner, Jr.
Post Office Box 157
Valdosta, GA 31603

Wayne S. Melnick
Freeman Mathis & Gary
100 Galleria Pkwy., S.E.
Suite 1600
Atlanta, GA 30339–5948

This 1st day of March, 2016.

THE C.B. KING LAW FIRM

BY: _____
Chevene B. King, Jr.
Attorney for Plaintiffs
State Bar No.: 420105

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(229)436-0524