## IN THE SUPERIOR COURT OF LOWNDES COUNTY
## STATE OF GEORGIA

LOWNDES COUNTY, GEORGIA
FILED IN OFFICE

2015 NOV -2 PM 1: 53

CLERK OF SUPERIOR STATE
JUVENILE COURTS

KENNETH JOHNSON and JACQUELYN JOHNSON,
as Personal Representatives of Kendrick Lamar
Johnson, et al.,

        Plaintiffs,

vs.

THE LOWNDES COUNTY SCHOOL DISTRICT; FRED
WETHERINGTON, individually and in his official
capacity; WES TAYLOR, individually and in his official
capacity as Superintendent; and JAY FLOYD, individually
and in his official capacity as Principal of Lowndes High
School,

        Defendants.

\*

CIVIL ACTION

\*

\*

FILE NO. :2014-CV-997

\*

\*

\*

\*

\*

\*

\*

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiffs, by and through their attorney of record, and dismiss their complaint

against each of the above-named defendants without prejudice.

This 2ⁿᵈ day of November , 2015.

THE C.B. KING LAW FIRM

BY:

Chevene B. King, Jr., Esq.
Attorney for Plaintiffs
State Bar No.: 420105

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(912) 436-0524

EXHIBIT

B

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served PLAINTIFFS' VOLUNTARY

DISMISSAL WITHOUT PREJUDICE to the following counsel of record, via email and

U.S. Mail to:

L. Warren Turner, Jr.                    Wayne S. Melnick
P.O. Box 157                             FREEMAN MATHIS & GARY
Valdosta, Ga 31603-0157                  100 Galleria Pkwy. S.E. Ste. 1600
                                         Atlanta, Ga 30339-5948


This _2nd_ day of _November_, 2015.


                                         _____
                                         Chevene B. King, Jr.
                                         Georgia Bar No. 420105
                                         Attorney for Plaintiffs
                                         Kenneth and Jacquelyn Johnson

THE C. B. KING LAW FIRM
P.O. Box 3468
Albany Ga 31706-3468
(229) 436-0524 / (229) 883-6382 (fax)
*thecbkinglawfirm@bellsouth.net*