# IN THE SUPERIOR COURT OF LOWNDES COUNTY
## STATE OF GEORGIA

KENNETH JOHNSON and JACQUELYN JOHNSON, )

    Plaintiffs, )

)

vs. )

    CIVIL ACTION
    FILE NO. 2015 CV 706

BRANDON BELL, et al., )

    Defendants. )

)

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby voluntarily dismiss the above styled action without prejudice.

This 1st day of March 2016.

THE C.B. KING LAW FIRM

BY: _____
Chevene B. King, Jr.
Attorney for Plaintiffs
State Bar No.: 420105

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(229)436-0524

**EXHIBIT D**

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the Voluntary Dismissal Without Prejudice to the following counsel of record, via United States Mail, properly addressed with sufficient postage affixed thereon:

Patrick T. O'Connor
Paul H. Threlkeld
Lauren E. H. Meadows
OLIVER MANER, LLP
P. O. Box 10186
Savannah, GA 31412
*pto@olivermaner.com*

Mark Glidewell
BRANNEN, SEARCY & SMITH LLP
P.O. Box 8002
Savannah, GA 31412
*mglidewell@brannenlaw.com*

L. Warren Turner, Jr.
P.O. Box 157
Valdosta, GA 31603-0157
*warren@lwturnerlaw.com*

James Elliott
ELLIOTT, BLACKBURN & GOODING, P.C.
3016 N. Patterson St.
Valdosta, GA 31602-1711
*jelliott@ebbglaw.com*

John Gee Edwards
108 East Valley St.
Valdosta, GA 31601
*johngeeedwards@gmail.com*

M. Brice Ladson
LADSON LAW FIRM, P.C
P.O. Box 2819
Richmond Hill, GA 31324
*mbrice@ladsonlaw.com*

George T. Talley
Timothy M. Tanner
COLEMAN TALLEY, LLP
P.O. Box 5437
Valdosta, GA 31603-5437
*george.talley@colemantalley.com*

Wayne S. Melnick
FREEMAN MATHIS & GARY
100 Galleria Pkwy. S.E. Ste. 1600
Atlanta, GA 30339-5948
*wmelnick@fmglaw.com*

Ronald S. Boyter, Jr.
OFFICE OF THE ATTORNEY
GENERAL, STATE OF GEORGIA
40 Capitol Square, SW
Atlanta, GA 30334
*rboyter@law.ga.gov*

This _1_ day of _March_ 2016.

Chevene B. King, Jr.
Georgia Bar No. 420105
Attorney for Plaintiffs

P.O. Box 3468
Albany Ga 31706-3468
(229) 436-0524 / (229) 883-6382 (fax)
*thecbkinglawfirm@bellsouth.net*