AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-137 (WLS)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Lowndes County School District__
was received by me on *(date)* __12-29-16__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __William "Wes" Taylor - Superintendent__, who is designated by law to accept service of process on behalf of *(name of organization)* __Lowndes County School District__ on *(date)* __1-6-17__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __01-06-17__

_____
Server's signature

__Captain James E Rellberg__
Printed name and title

__327 N. Ashley St. Valdosta, GA__
Server's address

Additional information regarding attempted service, etc:

**EXHIBIT E**

J 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-137 (WLS)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William "Wes" Taylor
was received by me on *(date)* 12-29-16 . William Wolf

☒ I personally served the summons on the individual at *(place)* 1552 Norman Dr.
William "Wes" Taylor    on *(date)* 1-6-17 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1-6-17

Captain James E R 2104
_____
Server's signature

Captain James E Rehberg
_____
Printed name and title

327 N. Ashley St. Valdosta, GA
_____
Server's address

Additional information regarding attempted service, etc:

J 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-137 (WLS)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Fred Wetherington__
was received by me on *(date)* __12-29-16__ .

☒ I personally served the summons on the individual at *(place)* __327 N. Ashley St.
Valdosta, GA__ on *(date)* __1-6-17__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __1-6-17__

Server's signature: __Captain Jim E Rehberg 2104__

Printed name and title: __Captain James E Rehberg__

Server's address: __327 N. Ashley St. Valdosta, GA__

Additional information regarding attempted service, etc: