229 333 7637          LOWNDES CLERK OF CO                                    15:29:47   03-01-2016      11 /12

## IN THE SUPERIOR COURT OF LOWNDES COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, | ) |
| Plaintiffs, | ) |
| CABLE NEWS NETWORK, INC., | ) |
| Intervenor | ) CIVIL ACTION FILE |
| vs. | ) NO: **2013-CV-1230** |
| CHRIS PRINE, as Sheriff of Lowndes County, Georgia, as well as, in his individual capacity capacity, and LOWNDES COUNTY SCHOOL DISTRICT, | ) |
| Defendants. | ) |

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby voluntarily dismiss the above styled action without prejudice.

This 1st day of March, 2016.

THE C.B. KING LAW FIRM

BY: _____
Chevene B. King, Jr.
Attorney for Plaintiffs
State Bar No.: 420105

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(229)436-0524



EXHIBIT
A

## CERTIFICATE OF SERVICE

I hereby certify that I have served VOLUNTARY DISMISSAL WITHOUT PREJUDICE

by U.S. Mail on the following counsel of record:

> James L Elliott
> Elliott, Blackburn & Gooding, PC
> 3016 N. Patterson Street
> Valdosta, GA 31602

> L. Warren Turner, Jr.
> Post Office Box 157
> Valdosta, GA 31603

> Wayne S. Melnick
> Freeman Mathis & Gary
> 100 Galleria Pkwy., S.E.
> Suite 1600
> Atlanta, GA 30339-5948

This 1st day of March, 2016.

THE C.B. KING LAW FIRM

BY: _____
Chevene B. King, Jr.
Attorney for Plaintiffs
State Bar No.: 420105

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(229)436-0524