IN THE SUPERIOR COURT OF LOWNDES COUNTY
STATE OF GEORGIA

LOWNDES COUNTY, GEORGIA
FILED IN OFFICE

2015 NOV -2 PM 1:53

KENNETH JOHNSON and JACQUELYN JOHNSON, as Personal Representatives of Kendrick Lamar Johnson, et al.,

    Plaintiffs,

vs.

THE LOWNDES COUNTY SCHOOL DISTRICT; FRED WETHERINGTON, individually and in his official capacity; WES TAYLOR, individually and in his official capacity as Superintendent; and JAY FLOYD, individually and in his official capacity as Principal of Lowndes High School,

    Defendants.

CIVIL ACTION

FILE NO. :2014-CV-997

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiffs, by and through their attorney of record, and dismiss their complaint against each of the above-named defendants without prejudice.

This 2nd day of November, 2015.

THE C.B. KING LAW FIRM

BY: _____
Chevene B. King, Jr., Esq.
Attorney for Plaintiffs
State Bar No.: 420105

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(912) 436-0524

**EXHIBIT B**

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE to the following counsel of record, via email and U.S. Mail to:

L. Warren Turner, Jr.
P.O. Box 157
Valdosta, Ga 31603-0157

Wayne S. Melnick
FREEMAN MATHIS & GARY
100 Galleria Pkwy. S.E. Ste. 1600
Atlanta, Ga 30339-5948

This 2nd day of November, 2015.

Chevene B. King, Jr.
Georgia Bar No. 420105
Attorney for Plaintiffs
Kenneth and Jacquelyn Johnson

THE C. B. KING LAW FIRM
P.O. Box 3468
Albany Ga 31706-3468
(229) 436-0524 / (229) 883-6382 (fax)
*thecbkinglawfirm@bellsouth.net*