IN THE SUPERIOR COURT OF LOWNDES COUNTY
STATE OF GEORGIA

LOWNDES COUNTY, GEORGIA
FILED IN OFFICE

2015 NOV -2 PM 3:18

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, | * | CIVIL ACTION |
| Plaintiffs, | * | |
| vs. | * | FILE NO.: 2014-CV-1592 |
| THE LOWNDES COUNTY SCHOOL DISTRICT; FRED WETHERINGTON, individually and in his official capacity; MIKE DAVIS, individually and in his official capacity; FRED DAVIS, individually and in his official capacity; BRIAN BROWNING, individually and in his official capacity; JASON WISENBAKER, individually and in his official capacity; DAVE CLARK, individually and in his official capacity; PHILIP POOLE, individually and in his official capacity; WES TAYLOR, individually and in his official capacity as Superintendent; and JAY FLOYD, individually and in his official capacity as Principal of Lowndes High School, | * | **JURY TRIAL DEMANDED** |
| Defendants. | | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiffs, by and through their attorney of record, and dismiss their complaint against each of the above-named defendants without prejudice.

This 2nd day of November, 2015.

THE C.B. KING LAW FIRM

BY: _____
Chevene B. King, Jr., Esq.
Attorney for Plaintiffs


EXHIBIT C

Prepared by:

Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(912) 436-0524
State Bar No.: 420105

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE to the following counsel of record, via email and U.S. Mail to:

L. Warren Turner, Jr.  
P.O. Box 157  
Valdosta, Ga 31603-0157

Wayne S. Melnick  
FREEMAN MATHIS & GARY  
100 Galleria Pkwy. S.E. Ste. 1600  
Atlanta, Ga 30339-5948

This 2nd day of November, 2015.

_____  
Chevene B. King, Jr.  
Georgia Bar No. 420105  
Attorney for Plaintiffs  
Kenneth and Jacquelyn Johnson

THE C. B. KING LAW FIRM  
P.O. Box 3468  
Albany Ga 31706-3468  
(229) 436-0524 / (229) 883-6382 (fax)  
*thecbkinglawfirm@bellsouth.net*