,440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-137 (WLS)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Lowndes County School District

was received by me on *(date)*   12-29-16   .

☐ I personally served the summons on the individual at *(place)*
_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   William "Wes" Taylor - Superintendent, who is
designated by law to accept service of process on behalf of *(name of organization)*   Lowndes
County School District   on *(date)*   1-6-17   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   01-06-17

_____
Server's signature

Captain James E Rehberg
Printed name and title


327 N. Ashley St. Valdosta, Ga.
Server's address

Additional information regarding attempted service, etc:

EXHIBIT
E

J 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-137 (WLS)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    William "Wes" Taylor

was received by me on *(date)*    12-29-16        William Wolf

☒ I personally served the summons on the individual at *(place)*    1552 Norman Dr.

William "Wa" Taylor                                      on *(date)*    1-6-17        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00        .

I declare under penalty of perjury that this information is true.

Date:    1-6-17

_____
*Server's signature*

Captain James E. Rehberg
*Printed name and title*

327 N. Ashley St. Valdosta, GA
*Server's address*

Additional information regarding attempted service, etc:

J 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:15-CV-137 (WLS)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Fred Wetherington

was received by me on *(date)*  12-29-16

☒ I personally served the summons on the individual at *(place)*  327 N. Ashley St.
Voldsta, GA                                                                on *(date)*  1-6-17          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____                         on *(date)* _____   ; or

☐ I returned the summons unexecuted because _____  ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 1-6-17 _____

_____
Server's signature

Captain James E Rehberg
Printed name and title


327 N. Ashley St. Valdota, GA
Server's address

Additional information regarding attempted service, etc: