IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH JOHNSON, et al. | : | |
| Plaintiffs, | : | Case No.: 7:16-cv-00141-WLS |
| vs. | : | |
| BRIAN BELL, et al. | : | |
| Defendants. | : | |

### DEFENDANT STEVE OWENS', D/B/A OWENS TRANSPORT, MOTION TO DISMISS BY WAY OF SPECIAL APPEARANCE

COMES NOW Defendant Steve Owens, d/b/a Owens Transport, by and through his undersigned counsel and files this Motion to Dismiss by way of Special Appearance and without waiving and specifically reserving all defenses available to him, files this motion pursuant to Rules 12(b) and 4(m) of the Federal Rules of Civil Procedure and Local Rule 7.1, requesting the Court dismiss plaintiffs' complaint (Doc. 1), and amended complaint (Doc. 72).

In support of this motion, Mr. Owens relies on the arguments and citations to authority presented in the accompanying Memorandum of Law, which is filed contemporaneously with this motion. As shown in the Memorandum of Law, Mr. Owens' motion should be granted.

Respectfully submitted, this the 9th day of February, 2017.

/s/ John Gee Edwards
John Gee Edwards
Attorney for Mr. Owens
State Bar No.: 241298

Address of Counsel:

108 East Valley Street
Valdosta, Georgia 31601
Phone: 229-242-1790
Fax: 229-242-5257
Email: johngeeedwards@gmail.com

<u>Certificate of Service</u>

I hereby certify that I have this day served a copy of the foregoing on the following by filing the same with the Court's CM/ECF electronic filing system which will automatically send notice of filing to the attorneys of record.

This the 9th day of February, 2017.

<u>/s/ John Gee Edwards</u>
John Gee Edwards
Attorney for Mr. Owens
State Bar No.: 241298

Address of Counsel:

108 East Valley Street
Valdosta, Georgia 31601
Phone: 229-242-1790
Fax: 229-242-5257
Email: johngeeedwards@gmail.com