*The*
# C. B. King Law Firm

510 W. Broad Avenue, Suite C
Albany, Georgia 31701
Telephone (229) 436-0524
Telecopier (229) 883-6382
*thecbkinglawfirm@bellsouth.net*

|  |  |
|---|---|
| **C. B. King (1924-1988)** | *Mailing Address:* |
| **Chevene B. King, Jr.** | Post Office Drawer 3468 |
|  | Albany, Georgia 31706-3468 |

February 13, 2017

U. S. District Clerk,
U. S. District Court/Valdosta Division
Federal Courthouse
401 North Patterson St.
Valdosta, GA 31601

Re:     **Request for 14-Day Extension of Time
to Respond to Defendants' Motions to Dismiss**
<u>Kenneth Johnson, et al. v. Brandon Bell, et al.</u>
U.S. District Court, Middle District of Georgia
Valdosta Division
Case Number: 07:16 CV 0141

Dear Mdm. Clerk:

    On behalf of plaintiffs, we are requesting a 14-day extension of time in which to respond to three (3) motions to dismiss which have been filed by various defendants and which are denominated as document numbers 73, 74, and 75 on the docket in the above referenced matter. Each of these motions to dismiss were filed on January 20, 2017 and in which plaintiffs were due to file their responses by February 13, 2017. As a result of plaintiffs' receipt of a 14-day extension, the new deadline for filing plaintiffs' response to the aforementioned motions to dismiss will be February 27, 2017.

    Thank you for your kind consideration of the foregoing request, and if you are in need of additional information, please do not hesitate to contact the undersigned.

    Respectfully yours,


    /s/Chevene B. King, Jr.
    Chevene B. King, Jr.


CBK/