AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | | |
|---|---|---|
| KENNETH JOHNSON and<br>JACQUELYN JOHNSON, et al.,<br><br>*Plaintiff(s)*<br>v.<br><br>BRANDON BELL, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 7:16-CV-00141-WLS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        TROY BLACK, Defendant
        Lowndes County Sheriff's Department
        120 Prison-Farm Road
        Valdosta, GA

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        CHEVENE B. KING, JR.
        P. O. Box 3468
        Albany, GA 31706-3468

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   2/16/2017                               s/S.B. DeCesare

                                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., <br><br> *Plaintiff(s)* <br> v. <br><br> BRANDON BELL, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 7:16-CV-00141-WLS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    WES HORNE, Defendant
    Georgia Bureau of Investigation
    396 S. Pinetree Blvd.
    Thomasville, GA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    CHEVENE B. KING, JR.
    P. O. Box 3468
    Albany, GA 31706-3468

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/16/2017

s/S.B. DeCesare

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 7:16-CV-00141-WLS |
| BRANDON BELL, et al. | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> MIKE CALLAHAN, Defendant
> Georgia Bureau of Investigation
> 396 S. Pinetree Blvd.
> Thomasville, GA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> CHEVENE B. KING, JR.
> P. O. Box 3468
> Albany, GA 31706-3468

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 2/16/2017

s/S.B. DeCesare

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al.,<br><br>*Plaintiff(s)*<br>v.<br><br>BRANDON BELL, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 7:16-CV-00141-WLS<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        KRISTEN PERRY, Defendant
        Georgia Bureau of Investigation
        396 S. Pinetree Blvd.
        Thomasville, GA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        CHEVENE B. KING, JR.
        P. O. Box 3468
        Albany, GA 31706-3468

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/16/2017    s/S.B. DeCesare

                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| KENNETH JOHNSON and<br>JACQUELYN JOHNSON, et al.,<br><br>*Plaintiff(s)*<br>v.<br><br>BRANDON BELL, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 7:16-CV-00141-WLS<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    LINDSAY MARCHANT, Defendant
    Georgia Bureau of Investigation
    396 S. Pinetree Blvd.
    Thomasville, GA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    CHEVENE B. KING, JR.
    P. O. Box 3468
    Albany, GA 31706-3468

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/16/2017

s/S.B. DeCesare

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | | |
|---|---|---|
| KENNETH JOHNSON and<br>JACQUELYN JOHNSON, et al.,<br><br>*Plaintiff(s)*<br>v.<br><br>BRANDON BELL, et al.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 7:16-CV-00141-WLS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> AMY BRASWELL, Defendant
> Georgia Bureau of Investigation
> 396 S. Pinetree Blvd.
> Thomasville, GA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> CHEVENE B. KING, JR.
> P. O. Box 3468
> Albany, GA 31706-3468

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 2/16/2017

s/S.B. DeCesare

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

KENNETH JOHNSON and
JACQUELYN JOHNSON, et al.,

*Plaintiff(s)*

v.

BRANDON BELL, et al.

*Defendant(s)*

Civil Action No. 7:16-CV-00141-WLS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

STEVE TURNER, Defendant
Georgia Bureau of Investigation
396 S. Pinetree Blvd.
Thomasville, GA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CHEVENE B. KING, JR.
P. O. Box 3468
Albany, GA 31706-3468

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 2/16/2017

s/S.B. DeCesare

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | | |
|---|---|---|
| KENNETH JOHNSON and<br>JACQUELYN JOHNSON, et al., | )<br>)<br>)<br>) | |
| _Plaintiff(s)_ | )<br>) | |
| v. | )<br>) | Civil Action No. 7:16-CV-00141-WLS |
| BRANDON BELL, et al. | )<br>)<br>)<br>) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

        CITY OF VALDOSTA, Defendant
        C/O LARRY HANSON, City Manager
        216 E. Central Avenue
        Valdosta, GA

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        CHEVENE B. KING, JR.
        P. O. Box 3468
        Albany, GA 31706-3468

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 2/16/2017                             s/S.B. DeCesare
                                                       _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., <br><br> *Plaintiff(s)* <br> v. <br><br> BRANDON BELL, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 7:16-CV-00141-WLS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    LARRY HANSON, Defendant
    City of Valdosta
    216 E. Central Avenue
    Valdosta, GA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    CHEVENE B. KING, JR.
    P. O. Box 3468
    Albany, GA 31706-3468

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/16/2017

s/S.B. DeCesare

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | | |
|---|---|---|
| KENNETH JOHNSON and<br>JACQUELYN JOHNSON, et al.,<br><br>*Plaintiff(s)*<br>v.<br><br>BRANDON BELL, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 7:16-CV-00141-WLS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        JAY FLOYD, Defendant
        Lowndes County School District
        1592 Norman Drive
        Valdosta, GA

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        CHEVENE B. KING, JR.
        P. O. Box 3468
        Albany, GA 31706-3468

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                       CLERK OF COURT

Date: 2/16/2017                                                            s/S.B. DeCesare
                                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., <br><br> *Plaintiff(s)* <br> v. <br><br> BRANDON BELL, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 7:16-CV-00141-WLS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

       FRED WETHERINGTON, Defendant
       Lowndes County School District
       1592 Norman Drive
       Valdosta, GA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       CHEVENE B. KING, JR.
       P. O. Box 3468
       Albany, GA 31706-3468

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/16/2017

s/S.B. DeCesare

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., <br><br> *Plaintiff(s)* <br> v. <br><br> BRANDON BELL, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 7:16-CV-00141-WLS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        LOWNDES COUNTY SCHOOL DISTRICT, Defendant
        C/O Wes Taylor
        1592 Norman Drive
        Valdosta, GA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        CHEVENE B. KING, JR.
        P. O. Box 3468
        Albany, GA 31706-3468

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 2/16/2017

s/S.B. DeCesare

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., <br><br> *Plaintiff(s)* <br> v. <br><br> BRANDON BELL, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 7:16-CV-00141-WLS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> WILLIAM "WES" TAYLOR, Defendant
> Lowndes County School District
> 1592 Norman Drive
> Valdosta, GA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> CHEVENE B. KING, JR.
> P. O. Box 3468
> Albany, GA 31706-3468

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/16/2017

CLERK OF COURT

s/S.B. DeCesare

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

KENNETH JOHNSON and
JACQUELYN JOHNSON, et al.,

*Plaintiff(s)*

v.

BRANDON BELL, et al.

*Defendant(s)*

Civil Action No. 7:16-CV-00141-WLS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

RICK BELL, Defendant
30 Willow Park Way
Ponte Vedra, FL 32081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CHEVENE B. KING, JR.
P. O. Box 3468
Albany, GA 31706-3468

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 2/16/2017

s/S.B. DeCesare

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the  
Middle District of Georgia

| | |
|---|---|
| KENNETH JOHNSON and<br>JACQUELYN JOHNSON, et al.,<br><br>*Plaintiff(s)*<br>v.<br><br>BRANDON BELL, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 7:16-CV-00141-WLS<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        BRIAN BELL, Defendant  
        30 Willow Park Way  
        Ponte Vedra, FL 32081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        CHEVENE B. KING, JR.  
        P. O. Box 3468  
        Albany, GA 31706-3468

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/16/2017

s/S.B. DeCesare

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | | |
|---|---|---|
| KENNETH JOHNSON and<br>JACQUELYN JOHNSON, et al.,<br><br>*Plaintiff(s)*<br>v.<br><br>BRANDON BELL, et al.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 7:16-CV-00141-WLS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

        BRANDEN BELL, Defendant
        30 Willow Park Way
        Ponte Vedra, FL 32081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        CHEVENE B. KING, JR.
        P. O. Box 3468
        Albany, GA 31706-3468

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 2/16/2017

s/S.B. DeCesare

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| KENNETH JOHNSON and<br>JACQUELYN JOHNSON, et al.,<br><br>*Plaintiff(s)*<br>v.<br><br>BRANDON BELL, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 7:16-CV-00141-WLS<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    RYAN HALL, Defendant
    4139 Knights Academy Road
    Valdosta, GA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    CHEVENE B. KING, JR.
    P. O. Box 3468
    Albany, GA 31706-3468

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/16/2017

s/S.B. DeCesare
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| KENNETH JOHNSON and<br>JACQUELYN JOHNSON, et al.,<br><br>*Plaintiff(s)*<br>v.<br><br>BRANDON BELL, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 7:16-CV-00141-WLS<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    STEVE OWENS, D/B/A OWENS TRANSPORT, Defendant
    4659 Wheeler Road
    Quitman, GA

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    CHEVENE B. KING, JR.
    P. O. Box 3468
    Albany, GA 31706-3468

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 2/16/2017

s/S.B. DeCesare

*Signature of Clerk or Deputy Clerk*