**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| KENNETH JOHNSON, ET AL. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO.: 7:16-cv-141 (WLS) |
| BRIAN BELL, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

<u>**DEFENDANTS WILLIAM "WES" TAYLOR, THE LOWNDES COUNTY SCHOOL
DISTRICT, AND FRED WETHERINGTON'S NOTICE OF FILING**</u>

COME NOW Defendants William "Wes" Taylor ("Taylor"), the Lowndes County
School District (the "School District"), and Fred Wetherington ("Wetherington") (collectively
"these defendants"), by way of special appearance and without waiving and specifically
reserving all defenses available to them, and hereby file this Notice of Filing in response to the
Court's February 9, 2017 Order (Doc. 79 at 10) and as additional evidence in support of these
defendants' motion to dismiss (Doc. 77). These defendants file herewith the following:

1. Superior Court of Lowndes County's docket report in the matter of <u>Johnson v.
   Prine</u>, Civil Action No. 2013 CV 1230, which shows that plaintiffs never filed a
   motion pursuant to O.C.G.A. § 9-11-21 or obtained the required order to add the
   School District as a party in that action;

2. Plaintiffs' complaint against Chris Prine filed in in the matter of <u>Johnson v. Prine</u>,
   Civil Action No. 2013 CV 1230 and all amendments thereto, which shows that
   plaintiffs never asserted any substantive claims against the School District; and

- 1 -

3.    Declaration of William Wesley Taylor, which shows that neither Taylor nor the School District were ever served with legal process in Civil Action No. 2013 CV 1230.

Additionally, plaintiffs' deadline to respond to these defendants' motion to dismiss (Doc. 77) expired on Tuesday, February 21, 2017.  Plaintiffs did not file a response and the motion stands unopposed.  For the Court's convenience a proposed order granting these defendants' unopposed motion to dismiss (Doc. 77) is attached hereto.

FREEMAN MATHIS & GARY, LLP

*/s/ Wayne S. Melnick*
Theodore Freeman
Georgia Bar No. 276350
tfreeman@fmglaw.com
Wayne S. Melnick
Georgia Bar No. 501267
wmelnick@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

100 Galleria Parkway, Suite 1600
Atlanta, Georgia  30339-5948
(770) 818-0000 (telephone)

*/s/ L. Warren Turner, Jr.*
L. Warren Turner, Jr.
Georgia Bar No. 719491
warren@lwturnerlaw.com

P.O. Box 157
Valdosta, GA 31603
(229) 247-5005 (telephone)

Attorneys for Defendants William "Wes" Taylor, the Lowndes County School District, Fred Wetherington, and Jay Floyd

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANTS WILLIAM "WES" TAYLOR, THE LOWNDES COUNTY SCHOOL DISTRICT, AND FRED WETHERINGTON'S NOTICE OF FILING** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification to the following:

Chevene B. King, Jr.
The C.B. King Law Firm
PO Drawer 3468
Albany, Georgia 31706

Paul Threlkeld
Oliver Manner, LLP
P.O. Box 10186
Savannah, Georgia 31412

James L. Elliott
Elliott, Blackburn & Gooding, PC
3016 North Patterson Street
Valdosta, Georgia 31602

Timothy M. Tanner
Coleman Talley LLP
910 N. Patterson Street
Valdosta, Georgia 31602

This 22nd day of February, 2017.

*/s/ Wayne S. Melnick*
Wayne S. Melnick
Georgia Bar No. 501267
wmelnick@fmglaw.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)