```
02/22/2017  14:17 LOWNDES SUPERIOR STATE/JUV COURT        (FAX)229 333 5125        P.002/009
LOSCR672                    LOWNDES CLERK FO SUPERIOR COURT         8/05/16
LOCHCCW21A                         Filing Data                      09:26:41

Case No. 2013 CV 1230         Style Case VIOLATION OPEN RECORD ACT
        Plaintiff                       Defendant
    JOHNSON, KENNETH                  PRINE, CHRIS
    AND                               AS SHERIFF OF LOWNDES COUNTY
    JOHNSON, JACQUELYN                GEORGIA, AS WELL AS, IN HIS
                                      INDIVIDUAL CAPACITY

Date Of Filing         Papers For Plaintiff           Papers For Defendant
6-10-2013   4:57 PM    COMPLAINT, SER TO BE ACK
6-14-2013   1:29 PM                                   ACKNOWLEDGMENT OF SERVICE
7-12-2013  10:50 AM                                   ANSWER TO COMPLAINT
8-05-2013   2:18 PM                                   NOTICE OF HEARING:
8-05-2013   2:18 PM                                     8/28/2013, 9:30, ROOM 5-D
8-20-2013  11:31 AM                                   AMENDED NOTICE OF HEARING:
8-20-2013  11:31 AM                                     10/30/2013, 9:30, ROOM 5-D
10-21-2013 10:53 AM    MOTION FOR LEAVE TO
10-21-2013 10:53 AM      INTERVENE BY CNN
10-21-2013 10:54 AM    MEMORANDUM OF LAW IN SUPPORT
10-21-2013 10:54 AM      OF MOTION FOR LEAVE TO
10-21-2013 10:54 AM      INTERVENE BY CNN
10-30-2013 11:51 AM    ORDER: RELEASE FULL
10-30-2013 11:51 AM      INVESTIGATIVE FILE IN
10-30-2013 11:51 AM      RESPONSE TO OPEN RECORDS
10-30-2013 11:51 AM      ACT
10-30-2013 11:51 AM      (ALTMAN 10/30/2013)
11-26-2013  9:02 AM    VERIFIED APPLICATION FOR
11-26-2013  9:02 AM      ADMISSION PRO HAC VICE:
11-26-2013  9:02 AM      BENJAMIN CRUMP
11-27-2013 11:23 AM    MOTION FOR LEAVE TO ADD
11-27-2013 11:23 AM      ADDITIONAL PARTY DEFT
11-27-2013 11:23 AM    AMENDED COMPLAINT OF CABLE
11-27-2013 11:23 AM      NEWS NETWORK INC
12-02-2013  8:55 AM    AMENDED COMPLAINT
12-02-2013 11:44 AM    NOTICE OF FILING FL BAR
12-02-2013 11:44 AM      CERTIFICATE OF GOOD
12-02-2013 11:44 AM      STANDING FOR ADMISSION
12-02-2013 11:44 AM      PRO HAC VICE:
12-02-2013 11:44 AM      BENJAMIN L CRUMP
1-10-2014   9:20 AM    CASE PRINTED ON CALENDAR-S
1-13-2014   2:45 PM                                   MOTION TO DISMISS
3-24-2014   2:55 AM    CASE PRINTED ON CALENDAR-S
5-16-2014   9:01 AM    CASE PRINTED ON CALENDAR-S
7-18-2014   1:22 AM    CASE PRINTED ON CALENDAR-S
9-22-2014   8:37 AM    CASE PRINTED ON CALENDAR-S
11-18-2014  1:12 AM    CASE PRINTED ON CALENDAR-S
11-20-2014 10:23 AM    CABLE NEW NETWORKS NOTICE
11-20-2014 10:23 AM      OF FILING
1-08-2015  10:35 AM    ORDER OF RECUSAL OF ALL
1-08-2015  10:35 AM      SOUTHERN JUDICIAL CIRCUIT
1-08-2015  10:35 AM      JUDGES
1-08-2015  10:35 AM      (ALTMAN 01/07/2015)
1-08-2015  10:35 AM    LETTER TO ATTY RE: FAILED
1-08-2015  10:35 AM      MEDIATION AND RECUSAL
1-08-2015  10:35 AM      FROM JUDGE ALTMAN
1-09-2015  11:42 AM    AMENDED COMPLAINT OF
1-09-2015  11:42 AM      KENNETH JOHNSON AND
1-09-2015  11:42 AM      JACQUELYN JOHNSON
1-15-2015   1:31 AM    CASE PRINTED ON CALENDAR-S
```

```
02/22/2017  14:18 LOWNDES SUPERIOR STATE/JUV COURT           (FAX)229 333 5125      P.003/009
LOSCK872                  LOWNDES CLERK TO SUPERIOR COURT                 8/05/16
LOCHCCW21A                         Filing Data                           09:26:41
```

Case No. 2013 CV 1230          Style Case VIOLATION OPEN RECORD ACT

| Plaintiff | Defendant |
|---|---|
| JOHNSON, KENNETH AND JOHNSON, JACQUELYN | PRINE, CHRIS AS SHERIFF OF LOWNDES COUNTY GEORGIA, AS WELL AS, IN HIS INDIVIDUAL CAPACITY |

| Date Of Filing | Papers For Plaintiff | Papers For Defendant |
|---|---|---|
| 1-16-2015 11:22 AM | ORDER APPT & DESIGNATING A PRESIDING JUDGE: J RICHARD PORTER III (JUDGE A WALLACE CATO) | |
| 1-16-2015 11:22 AM | | |
| 1-16-2015 11:22 AM | | |
| 1-16-2015 11:22 AM | | |
| 1-20-2015  2:11 PM | | COPY OF LETTER TO PLTF ATTY MR KING FROM DEFT ATTY MR ELLIOTT |
| 1-20-2015  2:11 PM | | NOTICE OF FILING |
| 1-20-2015  2:11 PM | | LETTER FROM DEFT ATTY JIM ELLIOTT TO PLTFS ATTY |
| 1-29-2015 10:08 AM | | |
| 1-29-2015 10:08 AM | | CHEVENE KING RE ATTY FEES |
| 1-29-2015 10:08 AM | | ANSWER TO AMENDED COMPLAINT |
| 1-29-2015 10:08 AM | | EOA: L WARREN TURNER JR |
| 2-12-2015  1:20 PM | | |
| 2-20-2015 10:56 AM | | |
| 3-31-2015  5:01 AM | CASE PRINTED ON CALENDAR-S | |
| 5-21-2015  4:48 AM | CASE PRINTED ON CALENDAR-S | |
| 5-27-2015  3:55 PM | | RULE 5.2 CET OF SERVING DISCOVERY MATERIALS |
| 5-27-2015  3:55 PM | | |
| 6-04-2015 10:09 AM | NOTICE OF DISMISSAL W/OUT PREJUDICE BY CNN | |
| 6-04-2015 10:09 AM | | |
| 7-06-2015 12:39 PM | RULE 5.2 CERT OF SERVICE X2 | |
| 7-13-2015  3:44 PM | | SHERIFF CHRIS PRINES MOTION FOR MORE DEFINITE STATEMENT |
| 7-13-2015  3:44 PM | | BRIEF IN SUPPORT OF MOTION |
| 7-13-2015  3:44 PM | | |
| 7-15-2015 12:33 AM | CASE PRINTED ON CALENDAR-S | |
| 7-23-2015  3:31 PM | MOTION FOR SANCTIONS OR IN T ALTERNATIVE TO COMPEL RESPONSES TO DISCOVERY | |
| 7-23-2015  3:31 PM | | |
| 7-23-2015  3:31 PM | | |
| 8-12-2015 11:16 AM | | COPY OF LETTER TO CHEVEN B KING ESQ FROM JAMES ELLIOTT ESQ |
| 8-12-2015 11:16 AM | | |
| 8-12-2015 11:16 AM | | |
| 8-12-2015 11:16 AM | | COPY OF LETTER TO JACQUELYN JOHNSON FROM JAMES ELLIOTT ESQ |
| 8-12-2015 11:16 AM | | |
| 8-12-2015 11:16 AM | | |
| 8-12-2015 11:16 AM | | COPY OF LETTER TO KENNETH JOHNSON FROM JAMES ELLIOTT ESQ |
| 8-12-2015  2:03 PM | | COPY OF LETTER TO JUDGE PORTER FROM JAMES ELLIOTT ESQ |
| 8-12-2015  2:03 PM | | |
| 8-12-2015  2:03 PM | | RULE 5.2 CERT OF SERVING DISCOVERY MATERIALS |
| 8-13-2015 12:50 PM | | |
| 8-13-2015 12:50 PM | | |
| 8-25-2015  1:42 PM | PLAINTIFF JACQUELYN JOHNSON MOTION FOR ORDER EXTENDING THE TIME | |
| 8-25-2015  1:42 PM | | |
| 8-25-2015  1:42 PM | | |
| 8-25-2015  1:42 PM | PLAINTIFF KENNETH JOHNSON S MOTION FOR ORER EXTENDING THE TIME | |
| 8-25-2015  1:42 PM | | |
| 8-25-2015  1:42 PM | | |
| 9-14-2015  4:34 PM | PLTFS BRIEF & RESPONSE IN OPPOSITION TO DEFT CHRIS PRINES MOTION FOR SANCTIONS | |
| 9-14-2015  4:34 PM | | |
| 9-14-2015  4:34 PM | | |

```
02/22/2017   14:16 LOWNDES SUPERIOR STATE/JUV COURT        (FAX)229 333 5125         P.004/009
L09CR672                  LOWNDES CLERK FO SUPERIOR COURT           11/15/16
L0CHCC14                         Filing Data                        12:53:40

Case No. 2013 CV   1230          Style Case VIOLATION OPEN RECORD ACT
         Plaintiff                     Defendant
         JOHNSON, KENNETH              PRINE, CHRIS
         AND                           AS SHERIFF OF LOWNDES COUNTY
         JOHNSON, JACQUELYN            GEORGIA, AS WELL AS, IN HIS
                                       INDIVIDUAL CAPACITY


Date of Filing          Papers For Plaintiff        Papers For Defendant
 9-17-2015   4:12 AM      CASE PRINTED ON CALENDAR-S
 9-29-2015   4:15 PM
 9-29-2015   4:15 PM                                UNIFORM RULE 5.2 CERTIFICATE
10-06-2015   3:33 PM                                OF SERVING DISCOVERY MATERIA
10-06-2015   3:33 PM                                RULE 5.2 CERT OF SERVING
10-19-2015  11:44 AM    NOTICE OF CONFLICT FOR      DISCOVERY MATERIALS
10-19-2015  11:44 AM     10/29/2015 BY CHEVENE KING
11-24-2015  12:38 AM      CASE PRINTED ON CALENDAR-S
 1-11-2016   1:19 AM      CASE PRINTED ON CALENDAR-S
 1-12-2016  11:42 AM                                MOTION FOR SUMMARY JUDGMEN +

 1-12-2016  11:42 AM                                OF SHERIFF CHRIS PRINE &
 1-12-2016  11:42 AM                                THE LCSO DEFTS
 2-15-2016   3:04 PM    PLTFS RESPONSE TO MSJ OF
 2-15-2016   3:04 PM     SHERIFF CHRIS PRINE & THE
 2-15-2016   3:04 PM     LCSO DEFTS
 2-29-2016   4:55 PM    SECOND AMENDED COMPLAINT OF
 2-29-2016   4:55 PM    KENNETH JOHNSON AND JACQUELY
 2-29-2016   4:55 PM    JOHNSON
 3-01-2016   2:50 PM    THIRD AMENDED COMPLAINT OF
 3-01-2016   2:50 PM    KENNETH JOHNSON AND                                   +

 3-01-2016   2:50 PM    JACQUELYN JOHNSON
 3-01-2016   3:01 PM    VOLUNTARY DISMISSAL W/O
 3-01-2016   3:01 PM    PREJUDICE
 3-03-2016   2:29 PM                                MOTION FOR DEFT CHRIS PRINE
 3-03-2016   2:29 PM                                AND LCSO DEFTS FOR ATTY
 3-03-2016   2:29 PM                                FEES & MEMORANDUM OF
 3-03-2016   2:29 PM                                AUTHORITIES
 3-03-2016   2:29 PM                                AFFIDAVIT OF JAMES L ELLIOTT
 3-03-2016   2:29 PM                                IN SUPPORT OF MOTION OF
 3-03-2016   2:29 PM                                CHRIS PRINE & THE LCSO DE +

 3-03-2016   2:29 PM                                FOR ATTY FEES
 3-03-2016   3:46 PM                                COPY OF LETTER TO JUDGE
 3-03-2016   3:46 PM                                PORTER FROM JAMES ELLIOTT
 3-22-2016   2:32 AM      CASE PRINTED ON CALENDAR-S
 4-04-2016   4:17 PM    PLTFS RESPONSE TO DEFTS
 4-04-2016   4:17 PM    SHERIFF CHRIS PRINE &
 4-04-2016   4:17 PM    THE OTHERS NAMED MEMBERS
 4-04-2016   4:17 PM    OF LCSD MOTION FOR
 4-04-2016   4:17 PM    LITIGATION COSTS & ATTY
 4-04-2016   4:17 PM    FEES
                                                                              +
```

```
02/22/2017   14:10 LOWNDES SUPERIOR STATE/JUV COURT        (FAX)229 333 5125        P.005/009
    LOSCR672              LOWNDES CLERK FO SUPERIOR COURT              11/15/16
    LOCHCC14                       Filing Date                         12:53:40

Case No. 2013 CV  1230            Style Case VIOLATION OPEN RECORD ACT
        Plaintiff                         Defendant
        JOHNSON, KENNETH                  PRINE, CHRIS
        AND                               AS SHERIFF OF LOWNDES COUNTY
        JOHNSON, JACQUELYN                GEORGIA, AS WELL AS, IN HIS
                                          INDIVIDUAL CAPACITY

Date Of Filing          Papers For Plaintiff           Papers For Defendant
 4-22-2016  11:14 AM    NOTICE OF HEARING:
 4-22-2016  11:14 AM    04/29/2016, 9:20, 5TH FLOOR
 4-22-2016  11:14 AM    (SR JUDGE PORTER 4/19/16)
 4-22-2016   4:47 PM    LETTER FROM PLTFS ATTY TO
 4-22-2016   4:47 PM    JUDGE PORTER WITH MOTION
 4-22-2016   4:47 PM    FOR LEAVE OR TO EXTEND
 4-22-2016   4:47 PM    TIME IN WHICH TO FILE
 4-22-2016   4:47 PM    AFFIDAVITS
 4-27-2016   4:59 PM    AFFIDAVIT OF HAROLD L LEE
 4-28-2016   4:58 PM    PLTFS MOTION FOR TESTIMONY
 4-28-2016   4:58 PM    BY TELEPHONE
 4-28-2016   4:59 PM    NOTICE OF FILING
 4-28-2016   5:00 PM    AFFIDAVIT OF PAUL C KING
 5-10-2016   2:34 PM                                   NOTICE OF LEAVE OF ABSENCE:
 5-10-2016   2:34 PM                                   JAMES L ELLIOTT
 5-11-2016   1:37 PM                                   NOTICE OF FILING: ATTACHED
 5-11-2016   1:37 PM                                   CORRESPONDENCE
 5-26-2016  11:54 AM    CASE PRINTED ON CALENDAR-S
 7-05-2016  11:10 AM    MOTION FOR ATTY FEES &
 7-05-2016  11:10 AM    EXPENSES HEARING TO BE HELD
 7-05-2016  11:10 AM    AUGUST 8-9 2016, 9:30
 7-05-2016  11:10 AM    (PORTER 06/30/2016)
 7-21-2016   4:15 PM    SUBPOENA TO:
 7-21-2016   4:15 PM    LINDSAY MARCHANT/GBI
 7-21-2016   4:16 PM    SUBPOENA TO:
 7-21-2016   4:16 PM    MIKE CALLAHAN/GBI
 7-21-2016   4:18 PM    SUBPOENA TO:
 7-21-2016   4:18 PM    AMY BRASWELL/GBI
 7-21-2016   4:19 PM    SUBPOENA TO:
 7-21-2016   4:19 PM    STEVE OWENS
 7-21-2016   4:20 PM    SUBPOENA TO:
 7-21-2016   4:20 PM    TROY BLACK/LCSO
 7-21-2016   4:21 PM    SUBPOENA WITH NOTICE TO
 7-21-2016   4:21 PM    PRODUCE TO:
 7-21-2016   4:21 PM      CHRISTOPHER BURKE/LCSO
 7-21-2016   4:23 PM    SUBPOENA WITH NOTICE TO
 7-21-2016   4:23 PM    PRODUCE TO:
 7-21-2016   4:23 PM      JACK PRIDDY/LCSO
 7-21-2016   4:24 PM    SUBPOENA WITH NOTICE TO
 7-21-2016   4:24 PM    PRODUCE TO:
 7-21-2016   4:24 PM      KERRY QUINN/LCSO
 7-21-2016   4:25 PM    SUBPOENA WITH NOTICE TO
 7-21-2016   4:25 PM    PRODUCE TO:
 7-21-2016   4:25 PM      CHRISTI GRIFFIN/LCSO
 7-21-2016   4:27 PM    SUBPOENA WITH NOTICE TO
 7-21-2016   4:27 PM    PRODUCE TO:
 7-21-2016   4:27 PM      BRYCE WHITENER/LCSO
 7-21-2016   4:31 PM    SUBPOENA WITH NOTICE TO
 7-21-2016   4:31 PM    PRODUCE TO:
 7-21-2016   4:31 PM      RANDY LIGHTSEY/LCSO
```

```
02/22/2017  14:18 LOWNDES SUPERIOR STATE/JUV COURT        (FAX)229 333 5125        P.006/009
LOSCR672                LOWNDES CLERK FO SUPERIOR COURT              11/15/16
LOCHCC14                         Filing Data                         12:53:40

Case No. 2013 CV 1230           Style Case VIOLATION OPEN RECORD ACT
        Plaintiff                         Defendant
        JOHNSON, KENNETH                  PRINE, CHRIS
        AND                               AS SHERIFF OF LOWNDES COUNTY
        JOHNSON, JACQUELYN                GEORGIA, AS WELL AS, IN HIS
                                          INDIVIDUAL CAPACITY

Date Of Filing         Papers For Plaintiff           Papers For Defendant
 7-21-2016   4:32 PM   SUBPOENA WITH NOTICE TO
 7-21-2016   4:32 PM    PRODUCE TO:
 7-21-2016   4:32 PM     MICHAEL ADAMS/LCSO
 7-21-2016   4:34 PM   SUBPOENA WITH NOTICE TO
 7-21-2016   4:34 PM    PRODUCE TO:
 7-21-2016   4:34 PM     RAY MCGRAW/LCSO
 7-21-2016   4:35 PM   SUBPOENA WITH NOTICE TO
 7-21-2016   4:35 PM    PRODUCE TO:
 7-21-2016   4:35 PM     SHANNON SALTERS/LCSO
 7-21-2016   4:36 PM   SUBPOENA WITH NOTICE TO
 7-21-2016   4:36 PM    PRODUCE TO:
 7-21-2016   4:36 PM     WANDA EDWARDS/LCSO
 7-21-2016   4:38 PM   SUBPOENA WITH NOTICE TO
 7-21-2016   4:38 PM    PRODUCE TO:
 7-21-2016   4:38 PM     MARK MASKULE/LCSO
 7-21-2016   4:39 PM   SUBPOENA WITH NOTICE TO
 7-21-2016   4:39 PM    PRODUCE TO:
 7-21-2016   4:39 PM     ROY HART/LCSO
 7-21-2016   4:40 PM   SUBPOENA WITH NOTICE TO
 7-21-2016   4:40 PM    PRODUCE TO:
 7-21-2016   4:40 PM     JAMES D THORNTON/LCSO
 7-21-2016   4:41 PM   SUBPOENA WITH NOTICE TO
 7-21-2016   4:41 PM    PRODUCE TO:
 7-21-2016   4:41 PM     JACK WINNINGHAM/LCSO
 7-21-2016   4:43 PM   SUBPOENA WITH NOTICE TO
 7-21-2016   4:43 PM    PRODUCE TO:
 7-21-2016   4:43 PM     AARON PRITCHETT/LCSO
 7-21-2016   4:45 PM   SUBPOENA WITH NOTICE TO
 7-21-2016   4:45 PM    PRODUCE TO:
 7-21-2016   4:45 PM     LOGAN HENDERSON/LCSO
 7-21-2016   4:46 PM   SUBPOENA WITH NOTICE TO
 7-21-2016   4:46 PM    PRODUCE TO:
 7-21-2016   4:46 PM     STRYDE JONES/LCSO
 7-21-2016   4:47 PM   SUBPOENA WITH NOTICE TO
 7-21-2016   4:47 PM    PRODUCE TO:
 7-21-2016   4:47 PM     CHRIS PRINE/LCSO
 7-26-2016   4:05 PM   SUBPOENA TO:
 7-26-2016   4:05 PM     LARRY HANSON/CITY MGR
 7-26-2016   4:06 PM   SUBPOENA WITH NOTICE TO
 7-26-2016   4:06 PM    PRODUCE TO:
 7-26-2016   4:06 PM     LARRY HANSON/CITY MGR
 7-26-2016   4:07 PM   SUBPOENA TO:
 7-26-2016   4:07 PM     MARYANNE GAFFNEY KRAFT/ GBI
 7-26-2016   4:07 PM     CRIME LAB
 7-26-2016   4:08 PM   SUBPOENA TO:
 7-26-2016   4:08 PM     RODNEY BRYAN/GBI CRIME LAB
 7-26-2016   4:09 PM   SUBPOENA WITH NOTICE TO
 7-26-2016   4:09 PM    PRODUCE TO:
 7-26-2016   4:09 PM     FRANK SIMMONS/ VPD
 7-26-2016   4:10 PM   SUBPOENA WITH NOTICE TO
```

```
LOSCR672                    LOWNDES CLERK FO SUPERIOR COURT              11/15/16
LOCHCC14                              Filing Date                        12:53:40

Case No. 2013 CV   1230          Style Case VIOLATION OPEN RECORD ACT
         Plaintiff                            Defendant
         JOHNSON, KENNETH                     PRINE, CHRIS
         AND                                  AS SHERIFF OF LOWNDES COUNTY
         JOHNSON, JACQUELYN                   GEORGIA, AS WELL AS, IN HIS
                                              INDIVIDUAL CAPACITY

Date Of Filing          Papers For Plaintiff        Papers For Defendant
 7-26-2016   4:10 PM     PRODUCE TO:
 7-26-2016   4:10 PM      SCOTT FORTHE/COUNTY SCHOOL
 7-26-2016   4:10 PM      BRIAN CHILDRESS/ VPD
 7-26-2016   4:12 PM     SUBPOENA TO:
 7-26-2016   4:12 PM      BILL WATSON/CORONERS OFFICE
 7-26-2016   4:13 PM     SUBPOENA WITH NOTICE TO
 7-26-2016   4:13 PM      PRODUCE TO:
 7-26-2016   4:13 PM      JAY FLOYD/COUNTY SCHOOLS
 7-26-2016   4:14 PM     SUBPOENA WITH NOTICE TO
 7-26-2016   4:14 PM      PRODUCE TO:                                          +

 7-26-2016   4:14 PM      WES TAYLOR/SUPERINTENDENT
 7-27-2016   4:28 PM     SUBPOENA TO:
 7-27-2016   4:28 PM      KRISTEN PERRY/GBI
 7-27-2016   4:28 PM     SUBPOENA WITH NOTICE TO
 7-27-2016   4:28 PM      PRODUCE TO:
 7-27-2016   4:28 PM      JOHN MARION/LCSO
 7-28-2016   8:29 AM                                NOTICE OF LEAVE OF ABSENCE:
 7-28-2016   8:29 AM                                JAMES L ELLIOTT
 7-29-2016   3:27 PM     PLTFS MOTION TO INTRODUCE
 7-29-2016   3:27 PM     WITNESSES AT HEARING VIA                              +

 7-29-2016   3:27 PM     SKYPE
 8-02-2016   9:42 AM                                RESPONSE OF DEFT CHRIS PRINE
 8-02-2016   9:42 AM                                & THE LCSO DEFTS TO PLTFS
 8-02-2016   9:42 AM                                MOTION TO INTRODUCE
 8-02-2016   9:42 AM                                WITNESSES AT HEARING VIA
 8-02-2016   9:42 AM                                SKYPE
 8-03-2016   4:16 PM     AMENDED CERT OF SERVICE
 8-04-2016   8:02 AM     NOTICE OF CONFLICT FOR
 8-04-2016   8:02 AM     08/08/2016
 8-08-2016   9:21 AM     THE AMENDED SUPPLEMENTAL                               +
 8-08-2016   9:21 AM     AFFIDAVIT OF CHEVENE B
 8-08-2016   9:21 AM     KING JR
 8-18-2016  11:29 AM                                NOTICE OF FILING:
 8-18-2016  11:29 AM                                EMAIL FROM JUDGE PORTER
 8-18-2016   5:08 PM     FAXED COPY OF NOTICE OF
 8-18-2016   5:08 PM     CONFLICT FOR 8/22/16
 9-09-2016  11:17 AM                                SUPPLEMENTAL AFFIDAVIT OF
 9-09-2016  11:17 AM                                JAMES L ELLIOTT IN
 9-09-2016  11:17 AM                                SUPPORT OF MOTION OF CHRIS
 9-09-2016  11:17 AM                                PRINE & THE LCSO DEFTS FO  +
```

```
02/22/2017  14:19 LOWNDES SUPERIOR STATE/JUV COURT         (FAX)229 333 5125        P.008/009

    LOSCR672              LOWNDES CLERK FO SUPERIOR COURT            11/15/16
    LOCHCC14                      Filing Date                        12:53:40

Case No. 2013 CV  1230        Style Case VIOLATION OPEN RECORD ACT
         Plaintiff                         Defendant
         JOHNSON, KENNETH                  PRINE, CHRIS
         AND                               AS SHERIFF OF LOWNDES COUNTY
         JOHNSON, JACQUELYN                GEORGIA, AS WELL AS, IN HIS
                                           INDIVIDUAL CAPACITY


Date Of Filing         Papers For Plaintiff          Papers For Defendant
 9-09-2016  11:17 AM                                 ATTY FEES
 9-09-2016   4:24 PM   SUBPOENA DUCES TECUM/NOTICE
 9-09-2016   4:24 PM   TO PRODUCE TO:
 9-09-2016   4:24 PM   L WARREN TURNER JR
 9-09-2016   4:24 PM   JAMES L ELLIOTT
 9-12-2016   9:30 AM   ORDER INCORPORATING RULINGS
 9-12-2016   9:30 AM   RE: HEARINGS ON ATTY FEES
 9-12-2016   9:30 AM   (SR JUDGE J RICHARD PORTER
 9-12-2016   9:30 AM    09/08/2016)
 9-20-2016  12:45 PM   NOTICE OF HEARING:

 9-20-2016  12:45 PM   OCT 3 - OCT 6, 2016
 9-20-2016  12:45 PM   (PORTER 06/30/2016)
 9-27-2016   3:49 PM   NOTICE OF CONFLICT OF
 9-27-2016   3:49 PM   CHEVENE B KING
10-04-2016  10:35 AM                                 NOTICE OF FILING
10-04-2016  10:35 AM                                 AFFIDAVIT OF COURT REPORTER
10-04-2016  10:35 AM                                 RE HEARING TIMES
10-04-2016   3:13 PM                                 2ND SUPPLEMENTAL AFFIDAVIT
10-04-2016   3:13 PM                                 OF JAMES ELLIOTT IN SUPPORT
10-04-2016   3:13 PM                                 OF MOTION OF CHRIS PRINE
                                                     & THE LCSO DEFTS FOR ATTY
10-04-2016   3:13 PM                                 FEES
10-04-2016   3:13 PM
10-04-2016   3:29 PM   NOTICE OF CONFLICT FOR
10-04-2016   3:29 PM   10/05/2016

11-18-2016   4:30 PM   NOTICE OF CONFLICT:
11-18-2016   4:30 PM   C B KING LAW FIRM
 1-30-2017  11:45 AM   NOTICE OF HEARING:
 1-30-2017  11:45 AM   FEBRUARY 15 & 16, 2017. 9AM
 1-30-2017  11:45 AM   (JUDGE PORTER 10/19/2016)
 2-06-2017   4:43 PM   PLTFS MOTION FOR
 2-06-2017   4:43 PM   DISQUALIFICATION &/OR
 2-06-2017   4:43 PM   RECUSAL OF JUDGE
 2-07-2017   4:28 PM                                 LETTER TO JUDGE PORTER
 2-07-2017   4:28 PM                                 FROM ATTY JAMES L ELLIOTT
 2-08-2017   4:56 PM   PLTFS AMENDED & SUPPLEMENTAL
 2-08-2017   4:56 PM   MOTION FOR DISQUALIFICATION
 2-08-2017   4:56 PM   &/OR RECUSAL OF JUDGE
 2-10-2017   8:55 AM   PLTFS 2ND AMENDED & SUPP
 2-10-2017   8:55 AM   MOTION FOR DISQUALIFICATION
 2-10-2017   8:55 AM   &/OR RECUSAL OF JUDGE
```

```
LOSCR672                LOWNDES CLERK FO SUPERIOR COURT         2/22/17
LOCHCC12A                       Filing Data                    14:03:16

Case No. 2013 CV  1230          Style Case VIOLATION OPEN RECORD ACT
      Plaintiff                       Defendant
      JOHNSON, KENNETH                PRINE, CHRIS
      AND                             AS SHERIFF OF LOWNDES COUNTY
      JOHNSON, JACQUELYN              GEORGIA, AS WELL AS, IN HIS
                                      INDIVIDUAL CAPACITY

Date Of Filing          Papers For Plaintiff           Papers For Defendant
 2-10-2017  9:04 AM     CERT OF SERVICE TO AMENDED
 2-10-2017  9:04 AM     & SUPP MOTION FOR
 2-10-2017  9:04 AM     DISQUALIFICATION &/OR
 2-10-2017  9:04 AM     RECUSAL FO JUDGE
 2-13-2017 10:31 AM     ORDER ON PLTFS MOTION FOR
 2-13-2017 10:31 AM     DISQUALIFICATION &/OR
 2-13-2017 10:31 AM     RECUSAL FO JUDGE: DENIED
 2-13-2017 10:31 AM     (PORTER 02/09/2017)
 2-17-2017 11:03 AM     NOTICE OF HEARING:
 2-17-2017 11:03 AM     MARCH 7-9, 2017  /  9:00 AM
 2-17-2017 11:03 AM     (PORTER 02/16/2017)
 2-20-2017  8:33 AM     PLTFS MOTION FOR
 2-20-2017  8:33 AM     RECONSIDERATION OF FULING
 2-20-2017  8:33 AM     IN RE PLTFS MOTION FOR
 2-20-2017  8:33 AM     DISQUALIFICATION &/OR
 2-20-2017  8:33 AM     RECUSAL OF JUDGE OR IN THE
 2-20-2017  8:33 AM     ALT MOTION FOR A CERT OF
 2-20-2017  8:33 AM     IMMEDIATE REVIEW
```