IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON, ET AL. | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION |
| | ) NO.: 7:16-cv-141 (WLS) |
| BRIAN BELL, ET AL. | ) |
| Defendants. | ) |

**DECLARATION OF WILLIAM WESLEY TAYLOR**

1.

My name is William Wesley Taylor. I am over the age of eighteen (18) years and am suffering under no legal disability that would prevent me from providing this declaration made pursuant to 28 U.S.C. § 1746. I make this declaration having personal knowledge of the facts stated herein, and with the understanding that it will be used in the above-styled action.

2.

I was appointed Superintendent of the Lowndes County School System effective July 1, 2012, after being sworn in on June 11, 2012.

3.

I was never served with a summons and complaint in the matter of Johnson v. Prine, Civil Action File No. 2013-CV-1230 (Sup. Ct. Lowndes Cnty.).

1

4.

The Lowndes County School District was never served with a summons and complaint in the matter of Johnson v. Prine, Civil Action File No. 2013-CV-1230 (Sup. Ct. Lowndes Cnty.).

Executed under penalty of perjury on this 22nd day of February, 2017.

WILLIAM WESLEY TAYLOR