## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH JOHNSON, ET AL. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO.: 7:16-cv-141 (WLS) |
| BRIAN BELL, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendants William "Wes" Taylor ("Taylor"), the Lowndes County School District (the "School District"), and Fred Wetherington's ("Wetherington") Motion to Dismiss. (Doc. 77.)  Plaintiffs Kenneth Johnson and Jacquelyn Johnson did not file a response, and the Motion stands unopposed.  Upon consideration of the motion and accompanying memorandum of law, as well as the evidence in the record and applicable law, the Motion to Dismiss (Doc. 77) is **GRANTED**.

**SO ORDERED** this ___ day of _____, 2017.

_____
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**