IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON, et al., | * |
| Plaintiffs, | * |
| v. | *  Civil Action |
| | *  File No. 7:16-CV-00141-WLS |
| BRANDEN BELL, et al.. | * |
| Defendants. | * |

### *SPECIAL APPEARANCE* MOTION TO DISMISS COMPLAINT AND AMENDED COMPLAINT OF DEFENDANTS TROY BLACK, CHRISTOPHER BURKE, WANDA EDWARDS, CHRISTI GRIFFIN, LOGAN HENDERSON, JOHN MARION, AARON PRITCHETT, CHRIS PRINE AND JAMES THORNTON

Defendants Troy Black, Christopher Burke, Wanda Edwards, Christi Griffin, Logan Henderson, John Marion, Aaron Pritchett, Chris Prine and James Thornton (collectively "these Defendants") file this Motion to Dismiss Complaint (Doc. 1) and Amended Complaint (Doc. 72) pursuant to FRCP 12(b)(4) and (5) and show the Court as follows.[1]

1. This case is a renewal action under Georgia law (OCGA § 9-2-61) of several cases previously pending and dismissed by Plaintiffs in the Superior Court of Lowndes County, Georgia.

2. None of these Defendants have been served with a summons, the Complaint (Doc. 1) or the Amended Complaint (Doc. 72) within the time required by applicable law or the Order

---

[1] These Defendants make this special appearance without waiving, and expressly preserving, any and all defenses available to them under applicable law.

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 1 of 3

(Doc. 79) of the Court granting Plaintiffs an extension of time to complete and perfect service of process by February 23, 2017.

3. In support of their Motion, these Defendants rely upon the forgoing and upon their Memorandum of Law filed contemporaneously herewith and all other matters of record properly before the Court.

Based on the foregoing, these Defendants respectfully request that the Court grant their Motion to Dismiss and enter an Order dismissing Plaintiffs' Complaint and Amended Complaint against each of them.

This 24th day of February, 2017.

                                            ELLIOTT, BLACKBURN & GOODING, PC

                                            /s/ James L. Elliott
                                            James L. Elliott
                                            GA Bar No. 244244

Elliott, Blackburn & Gooding, PC
Attorneys at Law
3016 North Patterson Street
Valdosta, GA 31602
Phone: (229) 242-3333
Fax: (229) 242-0696
jelliott@ebbglaw.com

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 2 of 3

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing the following by filing the same with the Court's CM/ECF electronic filing system:

CHEVENE B. KING, JR.
THE C.B. KING LAW FIRM
POST OFFICE DRAWER 3468
ALBANY, GA 31706

PATRICK T. O'CONNOR
PAUL THRELKELD
OLIVER MANER, LLP
P.O. BOX 10186
SAVANNAH, GA 31412

TIMOTHY M TANNER
910 N PATTERSON ST
VALDOSTA, GA 31601

THEODORE FREEMAN
WAYNE S. MELNICK
ARASH ALI SABZEVARI
661 FOREST PKWY
FOREST PARK, GA 30297

DEVON ORLAND
40 CAPITOL SQUARE, S.W.
ATLANTA, GA 30334-1300

JOHN GEE EDWARDS
108 E VALLEY ST
VALDOSTA, GA 31601

This 24th day of February, 2017.

                                            ELLIOTT, BLACKBURN & GOODING, PC

                                             /s/ James L. Elliott
                                            James L. Elliott
                                            GA Bar No. 244244

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 3 of 3