IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   Civil Action |
| | *   File No. 7:16-CV-00141-WLS |
| BRANDEN BELL, et al.. | * |
| | * |
| Defendants. | * |

**<u>MEMORANDUM OF LAW IN SUPPORT OF *SPECIAL APPEARANCE* MOTION TO DISMISS COMPLAINT AND AMENDED COMPLAINT OF DEFENDANTS TROY BLACK, CHRISTOPHER BURKE, WANDA EDWARDS, CHRISTI GRIFFIN, LOGAN HENDERSON, JOHN MARION, AARON PRITCHETT, CHRIS PRINE AND JAMES THORNTON</u>**

Defendants Troy Black, Christopher Burke, Wanda Edwards, Christi Griffin, Logan Henderson, John Marion, Aaron Pritchett, Chris Prine and James Thornton (collectively "these Defendants") file this Memorandum of Law in Support of Motion to Dismiss Complaint (Doc. 1) and Amended Complaint (Doc. 72) and show the Court as follows.

<u>Statement of the Case, Argument and Authorities</u>

This case is a renewal action under Georgia law (OCGA § 9-2-61) of several cases previously pending and dismissed by Plaintiffs in the Superior Court of Lowndes County, Georgia. It was filed on August 17, 2016 (Doc. 1). It is undisputed, and Plaintiffs have admitted in open court and in their pleadings, that none of the Defendants, including these Defendants, were timely served with a summons, the Complaint (Doc. 1) or the Amended Complaint (Doc. 72).

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 1 of 3

On the ninetieth day after suit was filed, Plaintiffs filed a motion to extend the time to perfect service of process on the Defendants. On February 9, 2017 the Court entered an Order (Doc. 72) which required Plaintiffs to complete and perfect service of process on Defendants by February 23, 2017. None of these Defendants have been served with a summons, the Complaint (Doc. 1) or the Amended Complaint (Doc. 72) within the time required by applicable law or the Order (Doc. 79) of the Court granting Plaintiffs an extension of time to complete and perfect service of process by February 23, 2017. It has been 191 days since this suit was filed and none of these Defendants have been served. These Defendants should be dismissed from this case.

Based on the foregoing, these Defendants respectfully request that the Court grant their Motion to Dismiss and enter an Order dismissing Plaintiffs' Complaint and Amended Complaint against each of them.

This 24th day of February, 2017.

ELLIOTT, BLACKBURN & GOODING, PC

/s/ James L. Elliott
James L. Elliott
GA Bar No. 244244

Elliott, Blackburn & Gooding, PC
Attorneys at Law
3016 North Patterson Street
Valdosta, GA 31602
Phone: (229) 242-3333
Fax: (229) 242-0696
jelliott@ebbglaw.com

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 2 of 3

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing the following by filing the same with the Court's CM/ECF electronic filing system:

CHEVENE B. KING, JR.
THE C.B. KING LAW FIRM
POST OFFICE DRAWER 3468
ALBANY, GA 31706

PATRICK T. O'CONNOR
PAUL THRELKELD
OLIVER MANER, LLP
P.O. BOX 10186
SAVANNAH, GA 31412

TIMOTHY M TANNER
910 N PATTERSON ST
VALDOSTA, GA 31601

THEODORE FREEMAN
WAYNE S. MELNICK
ARASH ALI SABZEVARI
661 FOREST PKWY
FOREST PARK, GA 30297

DEVON ORLAND
40 CAPITOL SQUARE, S.W.
ATLANTA, GA 30334-1300

JOHN GEE EDWARDS
108 E VALLEY ST
VALDOSTA, GA 31601

This 24th day of February, 2017.

ELLIOTT, BLACKBURN & GOODING, PC

/s/ James L. Elliott
James L. Elliott
GA Bar No. 244244

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 3 of 3