IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON, et al., * | |
| * | |
| Plaintiffs, * | |
| * | |
| v. * | Civil Action |
| * | File No. 7:16-CV-00141-WLS |
| BRANDEN BELL, et al.. * | |
| * | |
| Defendants. * | |

## *SPECIAL APPEARANCE* NOTICE OF DEFENDANTS MICHAEL ADAMS, STRYDE JONES, BRYCE WHITENER AND JACK WINNINGHAM

Defendants Michael Adams, Stryde Jones, Bryce Whitener and Jack Winningham ("these Defendants") file this Notice that their pending Motion to Dismiss Complaint and Amended Complaint (Doc. 73) stands unopposed show the Court as follows.[1]

1. These Defendants filed their Motion to Dismiss Complaint and Amended Complaint on January 20, 2017.

2. Plaintiffs' response to that motion was due on or before February 13, 2017. (See Doc. 80).

3. Plaintiffs requested a 14 day extension of time (until February 27, 2017) to respond to the motion. (See Doc. 80).

4. Plaintiffs have not responded to the motion.

---

[1] Adams, Jones, Whitener and Winningham make this special appearance without waiving, and expressly preserving, any and all defenses available to them under applicable law.

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 1 of 3

5. These Defendants' Motion to Dismiss Complaint and Amended Complaint stands unopposed and should therefore be granted.

Based on the foregoing, Defendants Adams, Jones, Whitener and Winningham respectfully request that the Court grant their Motion to Dismiss and enter the proposed Order dismissing Plaintiffs' Complaint and Amended Complaint filed herewith.

This 28th day of February, 2017.

                                                ELLIOTT, BLACKBURN & GOODING, PC

                                                /s/ James L. Elliott
                                                James L. Elliott
                                                GA Bar No. 244244

Elliott, Blackburn & Gooding, PC
Attorneys at Law
3016 North Patterson Street
Valdosta, GA 31602
Phone: (229) 242-3333
Fax: (229) 242-0696
jelliott@ebbglaw.com

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 2 of 3

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing the following by filing the same with the Court's CM/ECF electronic filing system:

CHEVENE B. KING, JR.
THE C.B. KING LAW FIRM
POST OFFICE DRAWER 3468
ALBANY, GA 31706

PATRICK T. O'CONNOR
PAUL THRELKELD
OLIVER MANER, LLP
P.O. BOX 10186
SAVANNAH, GA 31412

TIMOTHY M TANNER
910 N PATTERSON ST
VALDOSTA, GA 31601

THEODORE FREEMAN
WAYNE S. MELNICK
ARASH ALI SABZEVARI
661 FOREST PKWY
FOREST PARK, GA 30297

DEVON ORLAND
40 CAPITOL SQUARE, S.W.
ATLANTA, GA 30334-1300

JOHN GEE EDWARDS
108 E VALLEY ST
VALDOSTA, GA 31601

This 28th day of February, 2017.

                                                 ELLIOTT, BLACKBURN & GOODING, PC

                                                 /s/ James L. Elliott
                                                 James L. Elliott
                                                 GA Bar No. 244244

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 3 of 3