IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON, et al., | * |
| Plaintiffs, | * |
| v. | * Civil Action |
| | * File No. 7:16-CV-00141-WLS |
| BRANDEN BELL, et al.. | * |
| Defendants. | * |

## ORDER

Before the Court is Defendants' Michael Adams, Stryde Jones, Bryce Whitener and Jack Winningham's Motion to Dismiss Complaint and Amended Complaint (Doc. 73). Plaintiffs Kenneth Johnson and Jacquelyn Johnson did not file a response, and the Motion stands unopposed. Upon consideration of the Motion and accompanying memorandum of law, as well as the evidence of record and applicable law, the Motion to Dismiss (Doc. 73) is hereby granted.

**SO ORDERED** this ___ day of _____, 2017

**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**