IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO.: 7:16-cv-141 (WLS) |
| BRIAN BELL, ET AL. ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF JAY FLOYD

1.

My name is Jay Floyd. I am over the age of eighteen (18) years and am suffering under no legal disability that would prevent me from providing this declaration made pursuant to 28 U.S.C. § 1746. I make this declaration having personal knowledge of the facts stated herein, and with the understanding that it will be used in the above-styled action.

2.

To date, I have never been served with a summons and complaint in the above-styled action.

3.

I have never authorized anyone to accept service of a summons and complaint in the above-styled action.

Executed under penalty of perjury on this 28th day of February, 2017.

_____
JAY FLOYD

1