IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON, et al., | * |
| Plaintiffs, | * |
| v. | *  Civil Action |
| | *  File No. 7:16-CV-00141-WLS |
| BRANDEN BELL, et al.. | * |
| Defendants. | * |

## *SPECIAL APPEARANCE* MOTION TO DISMISS COMPLAINT AND AMENDED COMPLAINT OF DEFENDANTS BRIAN BELL, BRANDEN BELL, AND RICK BELL

Defendants Brian Bell, Branden Bell, and Rick Bell (collectively "the Bell Defendants") file this Motion to Dismiss Complaint (Doc. 1) and Amended Complaint (Doc. 72) pursuant to FRCP 4(m) and 12(b)(2), (4) and (5) and show the Court as follows.[1]

1. This case is a renewal action under Georgia law (OCGA § 9-2-61) of several cases previously pending and dismissed by Plaintiffs in the Superior Court of Lowndes County, Georgia. The case against the Bell Defendants was Civil Action No. 15-CV-706.

2. None of the Bell Defendants have been served with a summons, the Complaint (Doc. 1) or the Amended Complaint (Doc. 72) within the time required by applicable law or the Order (Doc. 79) of the Court granting Plaintiffs an extension of time to complete and perfect service of process by February 23, 2017.

---

[1] These Defendants make this special appearance without waiving, and expressly preserving, any and all defenses available to them under applicable law.

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 1 of 3

3. On February 21, 2017, an attorney, Pierre L. Ifill, acting as a process server, left copies of the complaint, amended complaint, and summonses with Patrick T. O'Connor. Mr. O'Connor does not have authority from any of the Bell Defendants to accept or waive service of process.

4. Of note, the undersigned counsel states in his place, as an officer of the Court, that Plaintiffs attempted to have Rick Bell served on February 25, 2017, by serving his wife at their residence. When informed that Rick Bell was not home, the process server threw 125 pages of documents attached with a binder clip at Mrs. Bell, cutting her foot.

5. In support of their Motion, the Bell Defendants rely upon the forgoing and upon their Memorandum of Law filed contemporaneously herewith and all other matters of record properly before the Court.

Based on the foregoing, the Bell Defendants respectfully request that the Court grant their Motion to Dismiss and enter an Order dismissing Plaintiffs' Complaint and Amended Complaint against each of them.

This 1st day of March, 2017.

**/s/ Paul H. Threlkeld**
PAUL H. THRELKELD
Georgia Bar No. 710731
PATRICK T. O'CONNOR
Georgia Bar No. 548425

OLIVER MANER LLP
Post Office Box 10186
Savannah, Georgia 31412
(912) 236-3311
pht@olivermaner.com

*Attorneys for Bell Defendants*

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 2 of 3

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing the following by filing the same with the Court's CM/ECF electronic filing system:

CHEVENE B. KING, JR.
THE C.B. KING LAW FIRM
POST OFFICE DRAWER 3468
ALBANY, GA 31706

JAMES L. ELLIOTT
ELLIOTT BLACKBURN & GOODING, PC
3016 NORTH PATTERSON STREET
VALDOSTA, GA 31602

TIMOTHY M TANNER
910 N PATTERSON ST
VALDOSTA, GA 31601

THEODORE FREEMAN
WAYNE S. MELNICK
ARASH ALI SABZEVARI
661 FOREST PKWY
FOREST PARK, GA 30297

DEVON ORLAND
40 CAPITOL SQUARE, S.W.
ATLANTA, GA 30334-1300

JOHN GEE EDWARDS
108 E VALLEY ST
VALDOSTA, GA 31601

This 1st day of March, 2017.

                                                   **/s/ Paul H. Threlkeld**
                                                   PAUL H. THRELKELD
                                                   *Counsel for Bell Defendants*

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 3 of 3