IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH JOHNSON, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action |
| | * | File No. 7:16-CV-00141-WLS |
| BRANDEN BELL, et al.. | * | |
| | * | |
| Defendants. | * | |

## MEMORANDUM OF LAW IN SUPPORT OF *SPECIAL APPEARANCE* MOTION TO DISMISS COMPLAINT AND AMENDED COMPLAINT OF DEFENDANTS BRIAN BELL, BRANDEN BELL AND RICK BELL

Defendants Brian Bell, Branden Bell, and Rick Bell (collectively "the Bell Defendants")

file this Memorandum of Law in Support of Motion to Dismiss Complaint (Doc. 1) and

Amended Complaint (Doc. 72) and show the Court as follows.

Statement of the Case, Argument and Authorities

This case is a renewal action under Georgia law (OCGA § 9-2-61) of several cases

previously pending and dismissed by Plaintiffs in the Superior Court of Lowndes County,

Georgia.  It was filed on August 17, 2016 (Doc. 1).  It is undisputed, and Plaintiffs have admitted

in open court and in their pleadings, that none of the Defendants, including the Bell Defendants,

were timely served with a summons, the Complaint (Doc. 1) or the Amended Complaint (Doc.

72).

On the ninetieth day after suit was filed, Plaintiffs filed a motion to extend the time to

perfect service of process on the Defendants.  On February 9, 2017 the Court entered an Order

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 1 of 4

(Doc. 72) which required Plaintiffs to complete and perfect service of process on Defendants by February 23, 2017.   None of the Bell Defendants have been served with a summons, the Complaint (Doc. 1) or the Amended Complaint (Doc. 72) within the time required by applicable law or the Order (Doc. 79) of the Court granting Plaintiffs an extension of time to complete and perfect service of process by February 23, 2017.

Plaintiffs' attempt to serve defense counsel on February 21, 2017, was ineffectual since no lawyer for any Bell Defendant has authority to accept service for any of them.  Moreover, the attempted service on Rick Bell, on February 25, 2017 - two days late - by throwing clipped documents at his wife is, likewise, ineffectual service. It has been 196 days since this suit was filed and none of the Bell Defendants have been served. The Federal Rules require that this case be dismissed.  Pursuant to Fed. R. Civ. P. 4 (b)(2), (4) and (5), the Bell Defendants should be dismissed from this case. *See Pullins v. BI-LO Holdings, LLC et.al.*, 2016 WL 7217279 (S.D. Ga. Dec. 12, 2016) (holding that dismissal under Rule 4(m) for failure to serve defendants within applicable time period is appropriate even when the dismissal is effectually "with prejudice" because of the running of the statute of limitations).

Accordingly, the Bell Defendants respectfully request that the Court grant their Motion to Dismiss and enter an Order dismissing Plaintiffs' Complaint and Amended Complaint against each of them.

This 1st day of March, 2017.

**/s/ Paul H. Threlkeld**
PAUL H. THRELKELD
Georgia Bar No. 710731
PATRICK T. O'CONNOR
Georgia Bar No. 548425

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 2 of 4

OLIVER MANER LLP
Post Office Box 10186
Savannah, Georgia 31412
(912) 236-3311
pht@olivermaner.com

*Attorneys for Bell Defendants*

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 3 of 4

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing the following by filing the same with the Court's CM/ECF electronic filing system:

CHEVENE B. KING, JR.
THE C.B. KING LAW FIRM
POST OFFICE DRAWER 3468
ALBANY, GA 31706

JAMES L. ELLIOTT
ELLIOTT BLACKBURN & GOODING, PC
3016 NORTH PATTERSON STREET
VALDOSTA, GA 31602

TIMOTHY M TANNER
910 N PATTERSON ST
VALDOSTA, GA 31601

THEODORE FREEMAN
WAYNE S. MELNICK
ARASH ALI SABZEVARI
661 FOREST PKWY
FOREST PARK, GA 30297

DEVON ORLAND
40 CAPITOL SQUARE, S.W.
ATLANTA, GA 30334-1300

JOHN GEE EDWARDS
108 E VALLEY ST
VALDOSTA, GA 31601

This 1st day of March, 2017.

**/s/ Paul H. Threlkeld**
PAUL H. THRELKELD
*Counsel for Bell Defendants*

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 4 of 4