IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

KENNETH JOHNSON et al,

    Plaintiffs,

vs.

BRIAN BELL, *et al.*,

    Defendants.

Civ. Case No. 7:16-cv-00141-WLS

**SPECIAL APPEARANCE NOTICE OF VALDOSTA DEFENDANTS
THAT THEIR PREVIOUSLY FILED MOTION TO DISMISS STANDS UNOPPOSED**

Come Now CITY OF VALDOSTA, GEORGIA, LARRY HANSON, FRANK SIMONS and RAY McGRAW[1], ("Valdosta Defendants"), making a special appearance, and providing the Court notice that their Motion to Dismiss (Doc. 74) requesting the Court to dismiss Plaintiffs' Complaint (Doc. 1) and Amended Complaint (Doc. 72) stands unopposed and respectfully showing the Court as follows:

1. The Valdosta Defendants filed their Motion to Dismiss on January 20, 2007;

2. Plaintiffs Response to said Motion was due on or before February 13, 2017. (Doc. 80);

3. Plaintiffs requested and were granted a fourteen-day extension of time to respond to said motion. As such, their Response was due on or before February 27, 2017;

4. Plaintiffs have not responded to the motion despite the extension; and

5. The Valdosta Defendants Motion to Dismiss Complaint and Amended Complaint stands unopposed and should be granted.

---

[1] Defendants Simons and McGraw still have not been served as of the date of this filing despite the extension granted by the Court. See Doc. 79.

[2062905/1]

Respectfully submitted this 1st day of March, 2017

                                **COLEMAN TALLEY LLP**

                                <u>**s/George T. Talley**</u>
                                GEORGE T. TALLEY
                                Georgia Bar No. 696700

                                <u>**s/Tim Tanner**</u>
910 North Patterson Street         TIMOTHY M. TANNER
Valdosta, Georgia 31601           Georgia Bar No. 697683
(229) 242-7562
(229) 333-0885 *facsimile*
<u>tim.tanner@colemantalley.com</u>

[2062905/1]

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

KENNETH JOHNSON et al,

    Plaintiffs,

vs.

BRIAN BELL, *et al.*,

    Defendants.    Civ. Case No. 7:16-cv-00141-WLS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has this day mailed a copy of the foregoing *Special Appearance Notice of the Valdosta Defendants That Their Previously Fled Motion to Dismiss Stands Unopposed u*pon all parties in the above captioned case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing to the following:

Chevene B. King, Jr.
The C.B. King Law Firm
Post Office Drawer 3648
Albany, Georgia  31706

Ronald S. Boyter, Jr.
Kirsten S. Daughdril
State of Georgia, Office of the
Attorney General
40 Capitol Square, SW
Atlanta, Georgia  30334

John Gee Edwards
108 East Valley Street
Valdosta, Georgia  31601

James L. Elliott
Elliott, Blackburn & Gooding, P.C.
3016 North Patterson Street
Valdosta, Georgia  31602

M. Brice Ladson
Ladson Law Firm, P.C.
Post Office Box 2819
Richmond Hill, Georgia  31324

Wayne S. Melnick
A. Ali Sabzevari
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia  30339

Patrick T. O'Connor
Paul H. Threlkeld
Oliver Maner LLP
218 West State Street
Savannah, Georgia  31401

[2062905/1]

L. Warren Turner, Jr.
Post Office Box 157
Valdosta, Georgia 31603-0157

This 1st day of March, 2017.

/s/ TIM TANNER_____
TIM TANNER