IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON et al, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIAN BELL, *et al.*, <br><br> Defendants. | <br><br><br><br><br><br><br><br> Civ. Case No. 7:16-cv-00141-WLS |

## ORDER

Defendants City of Valdosta, Georgia, Larry Hanson, Frank Simons and Ray McGraw (collectively referred to as the "Valdosta Defendants") filed their Motion to Dismiss (Doc. 74) on January 20, 2017. Plaintiffs have failed to respond to said motion in a timely manner. As the motion stands unopposed, and having considered the motion and arguments contained therein, and for other good cause shown,

IT IS HEREBY ORDERED that the Valdosta Defendants' Motion to Dismiss (Doc. 74) be granted in its entirety.

SO ORDERED this _____ day of _____, 2017.

_____
**Hon. W. Louis Sands, Sr.
Judge, U.S. District Court
Middle District of Georgia**

[2062905/1]