*The*

# C. B. KING LAW FIRM

**510 W. BROAD AVENUE, SUITE C**
**ALBANY, GEORGIA 31701**
**TELEPHONE (229) 436-0524**
**TELECOPIER (229) 883-6382**
*thecbkinglawfirm@bellsouth.net*

March 1, 2017

U. S. District Clerk,
U. S. District Court / Valdosta
    Division
Federal Courthouse
401 North Patterson St.
Valdosta, GA 31601

    Re:    **Request for 14-Day Extension of Time to**
               **Respond to Defendants' Motions to Dismiss**
               <u>Kenneth Johnson, et al. v. Brandon Bell, et al.</u>
               U.S. District Court, Middle District of Georgia
               Valdosta Division
               Case Number: 07:16 CV 0141

Dear Mdm. Clerk:

      On behalf of plaintiffs, we are requesting a 14-day extension of time in which to respond to motions to dismiss which have been filed by defendant Steve Owens d/b/a Owen's Transport Service and which is denominated as document number 78 on the docket in the above referenced matter. This motion to dismiss was filed on February 9, 2017 and in which plaintiffs were due to file their responses by March 1, 2017. As a result of plaintiffs' receipt of a 14-day extension, the new deadline for filing plaintiffs' response to the aforementioned motion to dismiss will be March 15, 2017.

      Thank you for your kind consideration of the foregoing request, and if you are in need of additional information, please do not hesitate to contact the undersigned.

                                                                                Respectfully

                                                                    <u>/s/Chevene B. King, Jr.</u>
                                                                      Chevene B. King, Jr.

CBK/
Cc: All Opposing Counsel