IN THE SUPERIOR COURT OF LOWNDES COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| KENNETH JOHNSON And JACQUELYN JOHNSON | * * * | |
| Plaintiffs vs. | * * | CIVIL ACTION FILE NO. 2015CV706 |
| BRANDON BELL, ET AL | * * * | |
| Defendants | * * | |

---

IN THE SUPERIOR COURT OF LOWNDES COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON | * * * * | |
| Plaintiffs, vs. | * * * * | CIVIL ACTION FILE NO. 2013CV1230 |
| CHRIS PRINE, as Sheriff of Lowndes County | * * * * | |
| Defendants. | * | |

**NOTICE OF FILING**

Sheriff Chris Prine ("Sheriff Prine") and Michael Adams, Troy Black, Christopher Burke, Wanda Edwards, Howard Fisher, Christi Griffin, Roy Hart, Logan Henderson, Stryde Jones, Randy Lightsey, John Marion, Mark Maskule, Jack Priddy, Aaron Pritchett, Kerry Quinn, James D. Thornton, Bryce Whitener and Jack Winningham (collectively, the "LCSO Defendants") hereby give notice of filing of the attached email from the Honorable J. Richard Porter, III

communicating the Court's decision on the Defendants' Motions for Attorneys' Fees in these cases.

This 18th day of August, 2016.

ELLIOTT, BLACKBURN & GOODING, PC

*[signature]*

James L. Elliott
GA Bar No. 244244

Elliott, Blackburn & Gooding, PC
Attorneys at Law
3016 North Patterson Street
Valdosta, GA 31602
Phone: 229-242-3333
Fax: 229-242-0696
jelliott@ebbglaw.com

## Jim Elliott

**From:** Judge Richard Porter <judgejrp@syrupcity.net>
**Sent:** Thursday, August 18, 2016 10:58 AM
**To:** Chevene King; Jim Elliott; Pat O'Connor; Paul Threlkeld; George T. Talley; Wayne S. Melnick; John Gee Edwards; Warren Turner; Timothy M. Tanner; Mark Glidewell; Brice Ladson; Ron Boyter; Byron Watson
**Subject:** Re: Rulings in the attorneys fees motions

Gentlemen:

I have spent considerable time reviewing my file, the various motions (for an award of attorneys fees & expenses) and the responses, the submissions in court last week, and the proposed orders as submitted. I have concluded that the motions should be granted and that some amount would be awarded in each motion. Under the circumstances, the hearings on the motions will resume on Monday, August 22, 2016 at 9 AM in Courtroom 5-A of the Lowndes County courthouse to determine the amounts to be awarded. We have that Courtroom for the week. If we are unable to finish by Friday, I will have to continue the hearing to another date.

Judge Porter

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon all parties to this action by depositing copies in the United States mail, first-class postage prepaid, as follows:

Chevene B. King, Jr.
The C.B. King Law Firm
Post Office Drawer 3468
Albany, GA 31706

Brice Ladson
Ladson Law Firm, PC
P.O. Box 2819
Richmond Hill, GA 31324

Patrick O'Conner
Paul Threlkeld
Oliver Maner, LLP
P.O. Box 10186
Savannah, GA 31412

George T. Talley
Timothy M. Tanner
Coleman Talley LLP
P.O. Box 5437
Valdosta, GA 31603-5437

L. Warren Turner, Jr.
P.O. Box 157
Valdosta, GA 31603-0157

Wayne S. Melnick
Freeman, Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339

Kirsten Daughdril
Ronald S. Boyter, Jr.
Office of the Attorney General
40 Capital Square SW
Atlanta, GA 30334

John Gee Edwards
Attorney At Law
108 East Valley Street
Valdosta, Georgia 31601

Mark Glidewell
Brennan Searcy & Smith
P.O. Box 8002
Savannah, GA 31412

This 18th day of August, 2016.

_/s/ James L. Elliott_
James L. Elliott
GA Bar No. 244244