

IN THE SUPERIOR COURT OF LOWNDES COUNTY
Calender of Judge J. Richard Porter
March 7, 8, & 9, 2017

Location: A Superior Court Courtroom in the Lowndes County Courthouse

Motions for Attoneys Fees and Expenses hearing to be heard:

1. Sheriff Prine and the LCSO Defendants in CA # 15CV706 and in CA# 13CV1230;

2. Superintendent Taylor and the Lowndes Schools Defendants in CA # 15CV706, CA # 14 CV 997, and in CA # 14 CV 1592;

3. City of Valdosta Defendants in CA # 15CV706;

4. The Bell Defendants/Plaintiffs in Counterclaim CA # 15CV706; and

5. Steve Owens d/b/a Owens Transport in CA # 15CV706.

The hearing is limited to the issues as to the reasonableness and necessity of the attorney's fees and expenses requested by Attorneys for Defendants pursuant to O. C. G. A. 9-15-16 (b);

Date & Time: March 7, 8, & 9, 2017 at 9:00AM.

CONFLICTS: Conflicts, if any, shall be determined pursuant to Uniform Superior Court Rule 17, and shall promptly be provided to the Court if and when one or more develops.

After filing, the Clerk is to provide copies of this calender to all Counsel and the Sheriff's office.

SO ORDERED this 16th day of February, 2017.

_____
J. Richard Porter, Senior Judge
Sitting by designation

Copies provided to all attorneys by the Court via email