# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, individually, as personal Representative of Kendrick Lamar Johnson, and as administrators for and on behalf of the Estate of Kendrick Lamar Johnson, <br><br> Plaintiffs, <br><br> v. <br><br> BRANDON BELL, et al., <br><br> Defendants. | CIVIL CASE No. <br><br> 7:16-CV-00141-WLS |

**RODNEY BRYAN, AMY BRASWELL, STEVE TURNER, DR. MARYANNE GAFFNEY-KRAFT, MIKE CALLAHAN, KRISTEN PERRY, WES HORNE, AND LINDSAY MARCHANT'S[1] MOTION TO DISMISS FOR FAILURE TO PERFECT SERVICE**

Come Now the State Defendants and file this pursuant to Fed. R. Civ. Pro. 12 (b)(5) and hereby move to dismiss Plaintiffs' case for their failure to timely perfect service as required under Fed. R. Civ. Pro. 4 (m). Defendants contemporaneously submit their brief in support of this Motion.

---

[1] Hereinafter "State Defendants"

Respectfully submitted,

        CHRISTOPHER M. CARR    112505
        Attorney General

        KATHLEEN M. PACIOUS    558555
        Deputy Attorney General

        LORETTA L. PINKSTON    580385
        Senior Assistant Attorney General

        s/Devon Orland    554301
        Senior Assistant Attorney General

        s/Ron S. Boyter    073553
        Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Devon Orland
Senior Assistant Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
Telephone: (404) 463-8850
dorland@law.ga.gov

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the within and foregoing **RODNEY BRYAN, AMY BRASWELL, STEVE TURNER, DR. MARYANNE GAFFNEY-KRAFT, MIKE CALLAHAN, KRISTEN PERRY, WES HORNE, AND LINDSAY MARCHANT'S MOTION TO DISMISS FOR FAILURE TO PERFECT SERVICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to counsel of record:

Chevene King

Patrick O'Conner

Paul Threlkeld

James Elliott

George Talley

Timothy Tanner

Arash Sabzevari

Loyce Turner

Theordore Freeman

Wayne Melnick

This 10TH day of March, 2017.

/S/Devon Orland    554301