# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, individually, as personal Representative of Kendrick Lamar Johnson, and as administrators for and on behalf of the Estate of Kendrick Lamar Johnson, | * * * * * * * | |
| Plaintiffs, | * * | CIVIL CASE No. |
| v. | * * | 7:16-CV-00141-WLS |
| BRANDON BELL, et al., | * * | |
| Defendants. | * * | |

**RODNEY BRYAN, AMY BRASWELL, STEVE TURNER, DR. MARYANNE GAFFNEY-KRAFT, MIKE CALLAHAN, KRISTEN PERRY, WES HORNE, AND LINDSAY MARCHANT'S[1] BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS AS A RESULT OF PLAINTIFFS' FAILURE TO TIMELY PERFECT SERVICE**

Come Now the State Defendants and file this brief in support of their motion to dismiss based upon Plaintiffs' failure to timely perfect service as required under Fed. R. Civ. Pro. 4 (m).

---

[1] Hereinafter "State Defendants"

## PROCEDURAL POSTURE

Plaintiffs filed the instant action on August 17, 2016. (Doc. 1). Summons was issued on November 14, 2016 as to all of the State Defendants with the exception of Wes Horne for whom no summons has been issued. (Doc. 24-30). On November 15, 2016, Plaintiffs sought an extension of time for which to perfect service. (Doc. 42). The named parties objected. (Doc. 43, 44, 46, 47, 49). After a hearing and supplemental briefing, the Court granted Plaintiffs' motion for extension of time for which to perfect service granting them an additional fourteen (14) days to serve the parties from the date of the order, February 9, 2017. (Doc. 79). The fourteen days expired on February 23, 2017. As of the date of this pleading, March 10, 2017, Plaintiffs have not perfected service of the State Defendants.

## ARGUMENT AND CITATION OF AUTHORITY

Fed. R. Civ. Pro. 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1) or to service of a notice under Rule 71.1(d)(3)(A).

Plaintiffs undeniably failed to serve the Defendants within the 90 days provided for under Fed. R. Civ. Pro. 4 (m). Through the grace of this Court, over the objection of Defendants, they were provided additional time in which to perfect service. Inexplicably they have failed to effect service and this case should be dismissed. *Lepone-Dempsey v. Carrol Cnty. Com'rs*, 476 F.3d 1277, 1281-82 (11th Cir. 2007)

## CONCLUSION

For these reasons and the reasons previously stated, Defendants respectfully ask the Court dismiss the above styled action.

Respectfully submitted,

CHRISTOPHER M. CARR        112505
Attorney General

KATHLEEN M. PACIOUS        558555
Deputy Attorney General

LORETTA L. PINKSTON        580385
Senior Assistant Attorney General

s/Devon Orland             554301
Senior Assistant Attorney General

s/Ron S. Boyter            073553
Assistant Attorney General

CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the within and foregoing **RODNEY BRYAN, AMY BRASWELL, STEVE TURNER, DR. MARYANNE GAFFNEY-KRAFT, MIKE CALLAHAN, KRISTEN PERRY, WES HORNE, AND LINDSAY MARCHANT'S MOTION TO DISMISS FOR FAILURE TO PERFECT SERVICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to counsel of record:

Chevene King

Patrick O'Conner

Paul Threlkeld

James Elliott

George Talley

Timothy Tanner

Arash Sabzevari

Loyce Turner

Theordore Freeman

Wayne Melnick

This 10TH day of March, 2017.

/S/Devon Orland        554301