IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH JOHNSON, et al.<br>    Plaintiffs, | *<br>* | CASE NO. |
| | * | 7:16-CV-00141-WLS |
| vs. | * | |
| | * | |
| BRIAN BELL, et al.<br>    Defendants. | *<br>* | |

**DEFENDANT RYAN HALL'S MOTION TO DISMISS
INDICTMENT BY WAY OF SPECIAL APPEARANCE**

COMES NOW, Ryan Hall, Defendant in the above-styled case, by and through his undersigned counsel and files this Motion to Dismiss Indictment as to Defendant Ryan Hall by way of Special Appearance and without waiving and specifically reserving all defenses available to him, pursuant to Rules 12(b) and 4(m) of the Federal Rules of Civil Procedure and Local Rule 7.1, requesting the Court dismiss Plaintiff's Complaint (Doc. 1) and Amended Complaint (Doc. 72).

In support of this motion, Defendant Ryan Hall relies on the arguments and citations of authority presented in the accompanying Memorandum of Law, which is filed contemporaneously with this motion. As outlined in the accompanying Memorandum of Law, Defendant Ryan Hall's Motion to Dismiss should be granted.

Respectfully submitted, this 13th day of March, 2017.

/s/ Byron D. Watson
Georgia Bar No. 542470
Attorney for Ryan Hall

101 East Central Avenue, Fourth Floor
Post Office Box 40
Valdosta, Georgia 31603
Telephone: (229) 247-0207
Facsimile: (229) 245-0693
byron@byronwatsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing by filing the with the Court's CM/ECF electronic filing system and sending notice of filing to all attorneys of record.

This 13th day of March, 2017.

/s/ Byron D. Watson
Georgia Bar No. 542470
Attorney for Ryan Hall

101 East Central Avenue, Fourth Floor
Post Office Box 40
Valdosta, Georgia 31603
Telephone: (229) 247-0207
Facsimile: (229) 245-0693
byron@byronwatsonlaw.com