**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., ) | |
| ) | |
| Plaintiffs | |
| v.  ) | Civil Action |
| | File No. **7:16-CV-00141-(WLS**) |
| BRANDEN BELL; et al., ) | |
| Defendants.  ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2017, I electronically filed the foregoing PLAINTIFFS' RESPONSE TO STEVE OWENS' MOTION TO DISMISS the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

James L. Elliott, Theodore Freeman, Devon Orland George Talley, Paul H. Threlkeld
Patrick T. O'Connor, Brice Ladson, Wayne S. Melnick Arash Ali Sabzevari,
John Gee Edwards and Timothy M. Tanner

                                          THE C.B. KING LAW FIRM
                                          BY: /s/Chevene B. King, Jr.
                                             Chevene B. King, Jr.,
                                             Attorney for Plaintiffs

Post Office Drawer 3468
Albany, GA 31706
(229) 436-0524
Ga. State Bar #420105