*The*

# C. B. KING LAW FIRM

**510 W. BROAD AVENUE, SUITE C**
**ALBANY, GEORGIA 31701**
**TELEPHONE (229) 436-0524**
**TELECOPIER (229) 883-6382**
***thecbkinglawfirm@bellsouth.net***

| | |
|---|---|
| **C. B. KING (1924-1988)** | *Mailing Address:* |
| **CHEVENE B. KING, JR.** | **POST OFFICE DRAWER 3468** |
| | **ALBANY, GEORGIA 31706-3468** |

March 16, 2017

U. S. District Clerk,
U. S. District Court/Valdosta Division
Federal Courthouse
401 North Patterson St.
Valdosta, GA 31601

> Re:     **Request for 14-Day Extension of Time**
>          **to Respond to Defendants' Motions to Dismiss**
>          Kenneth Johnson, et al. v. Brandon Bell, et al.
>          U.S. District Court, Middle District of Georgia
>          Valdosta Division
>          Case Number: 07:16 CV 0141

Dear Mdm. Clerk:

On behalf of plaintiffs, we are requesting a 14-day extension of time in which to respond to a motion to dismiss which have been filed by various defendants belonging to the Lowndes County defendants and which are denominated as document number 87 on the docket in the above referenced matter. This motion to dismiss was filed on February 24, 2017 and in which plaintiffs were due to file their responses by March 16, 2017.As a result of plaintiffs' receipt of a 14-day extension, the new deadline for filing plaintiffs' response to the aforementioned motion to dismiss will be March 30, 2017.

Thank you for your kind consideration of the foregoing request, and if you are in need of additional information, please do not hesitate to contact the undersigned.

Respectfully yours,

 /s/Chevene B. King, Jr.
Chevene B. King, Jr.

CBK/