LOWNDES COUNTY, GEORGIA

2016 APR 29 AM 9:19

IN THE SUPERIOR COURT OF LOWNDES COUNTY

STATE OF GEORGIA

Beth C. Greene
CLERK OF SUPERIOR STATE

| | |
|---|---|
| JACQUELINE JOHNSON AND KENNETH JOHNSON,<br>Plaintiffs,<br><br>vs.<br><br>BRANDON BELL ET. AL.,<br>Defendants. | )<br>)<br>)<br>)  Civil Action File No.: **2015CV706**<br>)<br>)<br>)<br>)<br>) |

## AMENDED COMPLAINT FOR DAMAGES

Comes now, Plaintiffs in the above-captioned matter and files this Amended Complaint for Damages prior to the entry of any Pre-Trial Order and shows this Honorable Court the following:

-1-

Plaintiffs hereby strike any and all claims relating to wrongful death.

Respectfully submitted this 29th day of April, 2016.

THE DEBERRY LAW FIRM, LLC

_____
Chevene B. King, Jr.
Attorney for Plaintiffs
Georgia Bar No.: 420105

**The C.B. King Law Firm**
P.O. Box 3468
Albany, GA 31706

LOWNDES COUNTY, GEORGIA
I certify this to be a true and correct copy of the original on file and of record in my office this ___ day of March, 2017.
Beth C. Greene,
Clerk of Superior, State and Juvenile Courts
By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document by e-mail, hand and U. S. Mail on the following counsel of record:

Patrick O'Connor.
Oliver Maner, LLP
P. O. Box 10186
Savannah, GA 31412

George T. Talley
Coleman Talley, LLP
P. O. Box 5437
Valdosta, GA 31603 -5437

L. Warren Turner, Jr.
Post Office Box 157
Valdosta, GA 31603

Ron S. Boyter
Assistant Attorney General
40 Capitol Sq., S.W.
Atlanta, GA 30334 -1300

Wayne S. Melnick
Freeman Mathis & Gary
100 Galleria Pkwy., S.E.
Suite 1600
Atlanta, GA 30339–5948

James L. Elliott
Elliott, Blackburn & Gooding, P.C.
3016 N. Patterson Street
Valdosta, GA 31602

Paul Threlkeld
Oliver Manor, LLP
P. O. Box 10186
Savannah, GA 31412

Brice Ladson
Ladson Law Firm, P.C.
P. O. Box 2819
Richmond Hill, GA 31324

John Gee Edwards
108 Valley Street
Valdosta, GA 31601

Tim Tanner
Coleman Talley, LLP
P. O. Box 5437
Valdosta, GA 31603 -5437

Bryon D. Watson
Post Office Box 40
Valdosta, GA 31603

This 25th day of _____ 2016.

THE C. B. KING LAW FIRM

BY: _____
Chevene B. King, Jr.
Attorney for Plaintiffs
State Bar No.: 420105

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(229)436-0524