LOWNDES COUNTY, GEORGIA
FILED IN OFFICE
2015 JUN 29 AM 8: 19
Beth C. Greene
CLERK OF SUPERIOR STATE
JUVENILE COURTS

**IN THE SUPERIOR COURT OF LOWNDES COUNTY**
**STATE OF GEORGIA**

KENNETH JOHNSON and JACQUELYN JOHNSON, )

Plaintiffs, )

vs. )

BRANDON BELL, et al., )

Defendants. )

CIVIL ACTION
FILE NO. 2015 CV 706

**PLAINTIFFS' FIRST AMENDMENT TO COMPLAINT**

NOW, prior to any pretrial order, and in the above styled action, comes KENNETH JOHNSON and JACQUELYN JOHNSON, plaintiffs in such action, and amend their complaint as follows:

1.

By adding to their complaint as their FOURTH, FIFTH, SIXTH, SEVENTH and EIGHTH CAUSES OF ACTION **as against Defendants Vernon Keenan, Kristen Perry, Lindsay Marchant, Mike Callahan, Amy Braswell, Steve Turner, Dr. Maryanne Gaffney-Kraft, and Rodney Bryan only**, Paragraphs 111 through 125 the following:

**"FOURTH CAUSE OF ACTION**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**(Only As Against Defendants Vernon Keenan, Kristen Perry, Lindsay Marchant, Mike Callahan, Amy Braswell, Steve Turner, Dr. Maryanne Gaffney-Kraft, and Rodney Bryan pursuant to Title 42 U.S.C. §§1983 and 1985(3))**

. The Plaintiffs re-allege and incorporate herein, as if set forth in full, each and every allegation contained in the preceding paragraphs and further allege:

111. The Defendants VERNON KEENAN, KRISTEN PERRY, LINDSAY MARCHANT, MIKE CALLAHAN, AMY BRASWELL, STEVE TURNER, DR. MARYANNE GAFFNEY-KRAFT, and RODNEY BRYAN engaged in a conspiracy to cover up the misconduct of certain individuals, including but not limited to defendants BRANDON BELL, BRIAN BELL, and RICK BELL, and as a consequence, was directed toward the Plaintiffs, as described herein. As such, said defendants' conduct was intentional, unlawful, and malicious. It is so outrageous that it is not tolerated by civilized society.

112. As a direct and proximate result of said Defendants' conduct, the Plaintiffs suffered serious mental injuries and emotional distress that no reasonable person could be expected to endure or adequately cope with.

113. In their conduct, said Defendants acted intentionally, knowingly, with oppression, fraud and malice and in reckless and conscious disregard of the rights of the Plaintiffs. The Plaintiffs are, therefore, entitled to punitive and exemplary damages from each of the Defendants in such amount as shall be necessary and appropriate to punish the Defendants and to deter them and anyone else from ever committing similar indecencies and acts of corruption.

## FIFTH CAUSE OF ACTION

**FAILURE TO PROPERLY HIRE, TRAIN, AND SUPERVISE**

**(Only As Against Defendants Vernon Keenan, Kristen Perry, Lindsay Marchant, Mike Callahan, Amy Braswell, Steve Turner, Dr. Maryanne Gaffney-Kraft, and Rodney Bryan pursuant to Title 42 U.S.C. §1983)**

. The Plaintiffs re-allege and incorporate herein, as if set forth in full, each and every

allegation contained in the preceding paragraphs and further allege:

114. At all material times, the Defendants VERNON KEENAN, KRISTEN PERRY, LINDSAY MARCHANT, MIKE CALLAHAN, AMY BRASWELL, STEVE TURNER, DR. MARYANNE GAFFNEY-KRAFT, and RODNEY BRYAN owed a duty to the Plaintiffs to properly hire, train and supervise all individuals whom it placed in a position of responsibility relative to the proper execution of a criminal investigation.

115. The aforementioned duties include, but are not limited to: the hiring, retention, training and supervision of all agents, employees and representatives of said Defendants in connection with the criminal investigation; their association with other persons and entities to accomplish the performance of a proper investigation; the individual, proper and respectful performance of all steps of the related processes; and the ascertainment that all such duties were being fully and properly undertaken and performed.

116. Said Defendants' conduct, in their individual capacities, were so willful, wanton, and malicious that plaintiffs are entitled to punitive damages against them in their individual capacities.

**SIXTH CAUSE OF ACTION**
**CONSPIRACY TO COVER UP A FAILURE TO INVESTIGATE**
**(Only As Against Defendants Vernon Keenan, Kristen Perry, Lindsay Marchant, Mike Callahan, Amy Braswell, Steve Turner, Dr. Maryanne Gaffney-Kraft, and Rodney Bryan pursuant to Title 42 U.S.C. §§1983 and 1985(3))**

. The Plaintiffs re-allege and incorporate herein, as if set forth in full, each and every allegation contained in the preceding paragraphs and further allege:

117. At all material times, the Defendants VERNON KEENAN, KRISTEN PERRY, LINDSAY MARCHANT, MIKE CALLAHAN, AMY BRASWELL, STEVE TURNER, DR.

MARYANNE GAFFNEY-KRAFT, and RODNEY BRYAN owed a duty to intervene and prevent or report the failure of defendant members of the Lowndes County Sheriff's Department, including but not limited to Defendant CHRIS PRINE, to conduct a proper criminal investigation into the death of plaintiff's decedent, Kendrick Johnson.

118. To the extent that such failure on the part of said defendant members of the Lowndes County Sheriff's Department involved a conspiracy to hide or cover up the involvement of persons responsible for the death of Kendrick Johnson, Defendants VERNON KEENAN, KRISTEN PERRY, LINDSAY MARCHANT, MIKE CALLAHAN, AMY BRASWELL, STEVE TURNER, DR. MARYANNE GAFFNEY-KRAFT, and RODNEY BRYAN joined in said conspiracy, or, in the alternative, conspired amongst themselves to hide or cover up the failure of defendant members of the Lowndes County Sheriff's Department, including but not limited to Defendant CHRIS PRINE, to conduct a proper criminal investigation into the death of plaintiff's decedent, Kendrick Johnson.

119. Said Defendants' conduct, in their individual capacities, were so willful, wanton, and malicious that plaintiffs are entitled to punitive damages against them in their individual capacities.

**SEVENTH CAUSE OF ACTION**

**CONSPIRACY TO DEPRIVE PLAINTIFFS OF THEIR DUE PROCESS RIGHT TO ACCESS TO THE COURTS**

**(Only As Against Defendants Vernon Keenan, Kristen Perry, Lindsay Marchant, Mike Callahan, Amy Braswell, Steve Turner, Dr. Maryanne Gaffney-Kraft, and Rodney Bryan pursuant to Title 42 U.S.C. §§1983 and 1985(3))**

. The Plaintiffs re-allege and incorporate herein, as if set forth in full, each and every allegation contained in the preceding paragraphs and further allege:

120. At all material times, the Defendants VERNON KEENAN, KRISTEN PERRY, LINDSAY MARCHANT, MIKE CALLAHAN, AMY BRASWELL, STEVE TURNER, DR. MARYANNE GAFFNEY-KRAFT, and RODNEY BRYAN owed a duty to intervene and prevent or report the failure of defendant members of the Lowndes County Sheriff's Department, including but not limited to Defendant CHRIS PRINE, to conduct a proper criminal investigation into the death of plaintiffs' decedent, Kendrick Johnson.

121. To the extent that such failure on the part of said defendant members of the Lowndes County Sheriff's Department involved a conspiracy to deprive plaintiffs of their due process right to have access to the courts to litigate the underlying misconduct of not only those persons who were responsible for the death of plaintiffs' decedent, Kendrick Johnson, but also defendant members of the Lowndes County Sheriff's Department, including but not limited to Defendant CHRIS PRINE, for their conspiracy to prevent the proper prosecution of such individuals, Defendants VERNON KEENAN, KRISTEN PERRY, LINDSAY MARCHANT, MIKE CALLAHAN, AMY BRASWELL, STEVE TURNER, DR. MARYANNE GAFFNEY-KRAFT, and RODNEY BRYAN joined in said conspiracy, or, in the alternative, conspired amongst themselves deprive plaintiffs of their due process right to litigate the aforesaid misconduct.

122. Said Defendants' conduct, in their individual capacities, were so willful, wanton, and malicious that plaintiffs are entitled to punitive damages against them in their individual capacities.

**EIGHTH CAUSE OF ACTION**

**CONSPIRACY TO DEPRIVE PLAINTIFFS OF EQUAL PROTECTION OF THE LAWS OR OF EQUAL PRIVILEGES AND IMMUNITIES UNDER THE LAWS AND TO PROPERLY INVESTIGATE BASED UPON DISCRIMINATORY ANIMUS**

**(Only As Against Defendants Vernon Keenan, Kristen Perry, Lindsay Marchant, Mike**

**Callahan, Amy Braswell, Steve Turner, Dr. Maryanne Gaffney-Kraft, and Rodney Bryan pursuant to Title 42 U.S.C. §§1983 and 1985(3))**

. The Plaintiffs re-allege and incorporate herein, as if set forth in full, each and every allegation contained in the preceding paragraphs and further allege:

123. At all material times, the Defendants VERNON KEENAN, KRISTEN PERRY, LINDSAY MARCHANT, MIKE CALLAHAN, AMY BRASWELL, STEVE TURNER, DR. MARYANNE GAFFNEY-KRAFT, and RODNEY BRYAN owed a duty to conduct a proper criminal investigation into the death of plaintiffs' decedent, Kendrick Johnson, or more specifically, the misconduct of certain individuals, including but not limited to defendants BRANDON BELL, BRIAN BELL, and RICK BELL.

124. To the extent that plaintiffs are African-Americans, said defendants sought to engage in a conspiracy to hide or cover up the misconduct of persons responsible for the death of plaintiffs' decedent, as well as, the misconduct of deprive plaintiffs of defendant members of the Lowndes County Sheriff's Department, including but not limited to Defendant CHRIS PRINE, for their conspiracy to prevent the proper investigation and prosecution of any such individuals, Defendants VERNON KEENAN, KRISTEN PERRY, LINDSAY MARCHANT, MIKE CALLAHAN, AMY BRASWELL, STEVE TURNER, DR. MARYANNE GAFFNEY-KRAFT, and RODNEY BRYAN violated plaintiffs' right to equal protection of the laws or of equal privileges and immunities under the law based upon and motivated by plaintiffs' race.

125. Said Defendants' conduct, in their individual capacities, were so willful, wanton, and malicious that plaintiffs are entitled to punitive damages against them in their individual capacities."

This 29th day of June 2015.

THE C.B. KING LAW FIRM

BY:____________________________
Chevene B. King, Jr.
Attorney for Plaintiffs
State Bar No.: 420105

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(229)436-0524

## CERTIFICATE OF SERVICE

I hereby certify that I have served PLAINTIFFS' FIRST AMENDMENT TO COMPLAINT, by U.S. Mail on the following counsel of record:

Patrick O'Connor.
Oliver Maner, LLP
PO Box 10186
Savannah, GA 31412

James L Elliott
Elliott, Blackburn & Gooding, PC
3016 N. Patterson Street
Valdosta, GA 31602

George T. Talley
Coleman Talley, LLP
PO Box 5437
Valdosta, GA 31603 –5437

Paul Threlkeld
Oliver Manor, LLP
PO Box 10186
Savannah, GA 31412

L. Warren Turner, Jr.
Post Office Box 157
Valdosta, GA 31603

Brice Ladson
Ladson Law Firm, PC
PO Box 2819
Richmond Hill, GA 31324

Ron S. Boyter
Assistant Attorney General
40 Capitol Sq., S.W.
Atlanta, GA 30334 –1300

This 29th day of June 2015.

THE C.B. KING LAW FIRM

BY: ______________________
Chevene B. King, Jr.
Attorney for Plaintiffs
State Bar No.: 420105

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(229)436-0524