IN THE SUPERIOR COURT OF LOWNDES COUNTY
STATE OF GEORGIA

LOWNDES COUNTY, GA.
CLERK'S OFFICE
15 OCT -2 AM 11: 5'

Beth C. Greene
CLERK OF SUPERIOR COURT

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE |
| | ) | |
| | ) | NO: 2013-CV-706 |
| vs. | ) | |
| | ) | |
| BRANDON BELL, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' THIRD AMENDED COMPLAINT PURSUANT TO ORDER REQUIRING MORE DEFINITE STATEMENT

NOW COME Plaintiffs KENNETH JOHNSON and JACQUELYN JOHNSON, by and through the undersigned, prior to the entry of a pretrial order, and pursuant to O.C.G.A. §9-11-15, hereby amend their amended complaint, which was prepared pursuant to a court order entered on July 10, 2015 and signed by the undersigned on August 10, 2015, by striking paragraphs 9, 18, 19, 20, 21, 22, 23, and 41 in their entirety and substituting therewith the following paragraphs, respectively:

"9. At all times material to this Complaint, Defendant VERNON KEENAN was the Director of the Georgia Bureau of Investigation ("G.B.I."), who is being sued in his individual and official capacities, and is liable for the injuries set forth in each of the various counts appearing hereinafter because he acted with actual malice or with actual intent to cause said injuries, regardless of whether same were committed while in the

performance of his official function. This is to say, this defendant caused harm by maliciously inflicting emotional distress upon the plaintiffs as a result of engaging in a deliberate intention or premeditated design to do an unlawful act, i.e., engaging in a criminal conspiracy to obstruct justice by aiding or assisting in the cover-up of a homicide, as well as, the identities of the individuals connected with the commission of said homicide. Defendant VERNON KEENAN may be served with service of process at the headquarters of the G.B.I., located at 3121 Panthersville Road, Decatur, Georgia."

"18. At all times material to this Complaint, Defendant DR. MARYANNE GAFFNEY-KRAFT was the Medical Examiner of the Georgia Bureau of Investigation, who is being sued in her individual and official capacities, and is liable for the injuries set forth in each of the various counts appearing hereinafter because she acted with actual malice or with actual intent to cause said injuries, regardless of whether same were committed while in the performance of her official function. This is to say, this defendant caused harm by maliciously inflicting emotional distress upon the plaintiffs as a result of engaging in a deliberate intention or premeditated design to do an unlawful act, i.e., engage in a criminal conspiracy to obstruct justice. Defendant DR. MARYANNE GAFFNEY-KRAFT may be served with service of process at the headquarters of the G.B.I., located at 3121 Panthersville Road, Decatur, Georgia."

"19. At all times material to this Complaint, Defendant STEVE TURNER was the Special Agent in Charge of the Region 9 Office of the Georgia Bureau of Investigation, who is being sued in his individual and official capacities, and is liable for the injuries set forth in each of the various counts appearing hereinafter because he acted with actual malice or with actual intent to cause said injuries, regardless of whether same were

committed while in the performance of his official function. This is to say, this defendant caused harm by maliciously inflicting emotional distress upon the plaintiffs as a result of engaging in a deliberate intention or premeditated design to do an unlawful act, i.e., engaging in a criminal conspiracy to obstruct justice by aiding or assisting in the cover-up of a homicide, as well as, the identities of the individuals connected with the commission of said homicide. Defendant STEVE TURNER may be served with service of process at the headquarters of the G.B.I., located at 3121 Panthersville Road, Decatur, Georgia."

"20. At all times material to this Complaint, Defendant KRISTEN PERRY was an Agent of the Georgia Bureau of Investigation, who is being sued in her individual and official capacities, and is liable for the injuries set forth in each of the various counts appearing hereinafter because she acted with actual malice or with actual intent to cause said injuries, regardless of whether same were committed while in the performance of her official function. This is to say, this defendant caused harm by maliciously inflicting emotional distress upon the plaintiffs as a result of engaging in a deliberate intention or premeditated design to do an unlawful act, i.e., engage in a conspiracy to obstruct justice, i.e., engaging in a criminal conspiracy to obstruct justice by aiding or assisting in the cover-up of a homicide, as well as, the identities of the individuals connected with the commission of said homicide. Defendant KRISTEN PERRY may be served with service of process at the headquarters of the G.B.I., located at 3121 Panthersville Road, Decatur, Georgia."

"21. At all times material to this Complaint, Defendant LINDSAY MERCHANT was an Agent of the Georgia Bureau of Investigation, who is being sued in her individual and official capacities, and is liable for the injuries set forth in each of the various counts

appearing hereinafter because she acted with actual malice or with actual intent to cause said injuries, regardless of whether same were committed while in the performance of her official function. This is to say, this defendant caused harm by maliciously inflicting emotional distress upon the plaintiffs as a result of engaging in a deliberate intention or premeditated design to do an unlawful act, i.e., engage in a conspiracy to obstruct justice, i.e., engaging in a criminal conspiracy to obstruct justice by aiding or assisting in the cover-up of a homicide, as well as, the identities of the individuals connected with the commission of said homicide.   Defendant LINDSAY MERCHANT may be served with service of process at the headquarters of the G.B.I., located at 3121 Panthersville Road, Decatur, Georgia."

"22. At all times material to this Complaint, Defendant MIKE CALLAHAN was an Agent of the Georgia Bureau of Investigation, who is being sued in his individual and official capacities, and is liable for the injuries set forth in each of the various counts appearing hereinafter because he acted with actual malice or with actual intent to cause said injuries, regardless of whether same were committed while in the performance of his official function. This is to say, this defendant caused harm by maliciously inflicting emotional distress upon the plaintiffs as a result of engaging in a deliberate intention or premeditated design to do an unlawful act, i.e., engage in a criminal conspiracy to obstruct justice, i.e., engaging in a conspiracy to obstruct justice by aiding or assisting in the cover-up of a homicide, as well as, the identities of the individuals connected with the commission of said homicide.   Defendant MIKE CALLAHAN may be served with service of process at the headquarters of the G.B.I., located at 3121 Panthersville Road, Decatur, Georgia."

"23. At all times material to this Complaint, Defendant AMY BRASWELL was an Agent of the Georgia Bureau of Investigation, who is being sued in her individual and official capacities, and is liable for the injuries set forth in each of the various counts appearing hereinafter because she acted with actual malice or with actual intent to cause said injuries, regardless of whether same were committed while in the performance of her official function. This is to say, this defendant caused harm by maliciously inflicting emotional distress upon the plaintiffs as a result of engaging in a deliberate intention or premeditated design to do an unlawful act, i.e., engage in a criminal conspiracy to obstruct justice, by aiding or assisting in the cover-up of a homicide, as well as, the identities of the individuals connected with the commission of said homicide. Defendant AMY BRASWELL may be served with service of process at the headquarters of the G.B.I., located at 3121 Panthersville Road, Decatur, Georgia."

"41. At all times material to this Complaint, Defendant RODNEY BRYAN was a death investigator with the Georgia Bureau of Investigation, who is being sued in his individual and official capacities, and is liable for the injuries set forth in each of the various counts appearing hereinafter because he acted with actual malice or with actual intent to cause said injuries, regardless of whether same were committed while in the performance of his official function. This is to say, this defendant caused harm to the plaintiffs by maliciously inflicting emotional distress as a result of engaging in a deliberate intention or premeditated design to do an unlawful act, i.e., engaging in a criminal conspiracy to obstruct justice by aiding or assisting in the cover-up of a homicide, as well as, the identities of the individuals connected with the commission of

said homicide. Defendant RODNEY BRYAN may be served with service of process at the headquarters of the G.B.I., located at 3121 Panthersville Road, Decatur, Georgia."

This __1st__ day of October, 2015.

                                        THE C.B. KING LAW FIRM

                                        BY: _____
                                              Chevene B. King, Jr.
                                              Attorney for Plaintiffs

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(229)436-0524
State Bar No.: 420105

**RULE 5.2 CERTIFICATE OF SERVICE**

LOWNDES COUNTY, GA.
FILED IN OFFICE

I do hereby certify that I have this day served PLAINTIFFS' THIRD AMENDED 15 OCT -2 AM 11: 5!

COMPLAINT PURSUANT TO COURT REQUIRING MORE DEFINITE Beth C. Greene CLERK OF SUPERIOR COURT

STATEMENT to the following counsel of record:

Patrick T. O'Connor
Paul H. Threkeld
Lauren E. H. Meadows
OLIVER MANER, LLP
P. O. Box 10186
Savannah, GA 31412

Mark Glidewell
BRANNEN, SEARCY & SMITH LLP
P.O. Box 8002
Savannah, Ga 31412

L. Warren Turner, Jr.
P.O. Box 157
Valdosta, Ga 31603-0157

James Elliott
ELLIOTT, BLACKBURN & GOODING, P.C.
3016 N. Patterson St.
Valdosta, Georgia 31602-1711

M. Brice Ladson
LADSON LAW FIRM, P.C
P.O. Box 2819
Richmond Hill, Ga 31324

George T. Talley
Timothy M. Tanner
COLEMAN TALLEY, LLP
P.O. Box 5437
Valdosta, Ga 3 I 603-5437

Wayne S. Melnick
FREEMAN MATHIS & GARY
100 Galleria Pkwy. S.E. Ste. 1600
Atlanta, Ga 30339-5948

Ronald S. Boyter, Jr.
OFFICE OF THE ATTORNEY
GENERAL, STATE OF GEORGIA
40 Capitol Square, SW
Atlanta, Ga 30334

This 1st day of October, 2015.

Chevene B. King, Jr.
Georgia Bar No. 420105
Attorney for Plaintiffs
Kenneth and Jacquelyn Johnson

THE C. B. KING LAW FIRM
P.O. Box 3468
Albany Ga 31706-3468
(229) 436-0524 / (229) 883-6382 (fax)
thecbkinglawfirm@bellsouth.net

LOWNDES COUNTY, GEORGIA
I certify this to be a true and correct copy of the original on file and of record in my office this 16 day of March, 2017
Beth C. Greene,
Clerk of Superior, State and Juvenile Courts
By: [signature] Deputy Clerk