IN THE SUPERIOR COURT OF LOWNDES COUNTY
STATE OF GEORGIA

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | FILE NO. **2015 CV 706** |
| BRANDON BELL, et al., ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFFS' SIXTH AMENDED COMPLAINT

NOW COME KENNETH JOHNSON and JACQUELYN JOHNSON, plaintiffs in such action, prior to the entry of any pretrial order, and in the above styled action, comes and amend their complaint as follows:

1.

By adding to their complaint as their FOURTEENTH, FIFTEENTH, SIXTEENTH, SEVENTEENTH and EIGHTEENTH CAUSES OF ACTION as against Defendants FRANK SIMMONS, JAMES THORTON, SHANNON SALTERS, RAY MCGRAW, JACK WINNINGHAM, WANDA EDWARDS, STRYDE JONES, AARON PRITCHETT, LOGAN HENDERSON, RANDY LIGHTSEY, MICHAEL ADAMS, JACK PRIDDY, KERRY QUINN, CHRISTI GRIFFIN, BRYCE WHITENER, CHRISTOPHER BURKE, TROY BLACK, HOWARD FISHER, MARK MASKULE, ROY HART, JOHN MARION and WES TAYLOR , Paragraphs 172 through 186 the following:

## "FOURTEENTH CAUSE OF ACTION
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
(As Against Defendants Frank Simmons, James Thorton, Shannon Salters, Ray Mcgraw, Jack Winningham, Wanda Edwards, Stryde Jones, Aaron Pritchett, Logan Henderson, Randy Lightsey, Michael Adams, Jack Priddy, Kerry Quinn, Christi Griffin, Bryce Whitener, Christopher Burke, Troy Black, Howard Fisher, Mark Maskule, Roy Hart, John Marion and Wes Taylor pursuant to Title 42 U.S.C. "1983 and 1985(3))

The Plaintiffs re-allege and incorporate herein, as if set forth in full, each and every allegation contained in the preceding paragraphs and further allege:

172. The Defendants FRANK SIMMONS, JAMES THORTON, SHANNON SALTERS, RAY MCGRAW, JACK WINNINGHAM, WANDA EDWARDS, STRYDE JONES, AARON PRITCHETT, LOGAN HENDERSON, RANDY LIGHTSEY, MICHAEL ADAMS, JACK PRIDDY, KERRY QUINN, CHRISTI GRIFFIN, BRYCE WHITENER, CHRISTOPHER BURKE, TROY BLACK, HOWARD FISHER, MARK MASKULE, ROY HART, JOHN MARION and WES TAYLOR engaged in a conspiracy to cover up the misconduct of certain individuals, including but not limited to defendants BRANDON BELL, BRIAN BELL, and RICK BELL, and as a consequence, was directed toward the Plaintiffs, as described herein. As such, said defendants' conduct was intentional, unlawful, and malicious. It is so outrageous that it is not tolerated by civilized society.

173. As a direct and proximate result of said Defendants' conduct, the Plaintiffs suffered serious mental injuries and emotional distress that no reasonable person could be expected to endure or adequately cope with.

174. In their conduct, said Defendants acted intentionally, knowingly, with oppression, fraud and malice and in reckless and conscious disregard of the rights of the Plaintiffs. The Plaintiffs are, therefore, entitled to punitive and exemplary damages from each of the Defendants in such amount as shall be necessary and appropriate to punish the Defendants and to deter them

and anyone else from ever committing similar indecencies and acts of corruption, all of which is actionable pursuant to Title 42 U.S.C. Sec. 1983.

### FIFTEENTH CAUSE OF ACTION
### FAILURE TO PROPERLY HIRE, TRAIN, AND SUPERVISE
(As Against Defendants Frank Simmons, James Thorton, Shannon Salters, Ray Mcgraw, Jack Winningham, Wanda Edwards, Stryde Jones, Aaron Pritchett, Logan Henderson, Randy Lightsey, Michael Adams, Jack Priddy, Kerry Quinn, Christi Griffin, Bryce Whitener, Christopher Burke, Troy Black, Howard Fisher, Mark Maskule, Roy Hart, John Marion, and City of Valdosta, Georgia pursuant to Title 42 U.S.C. Sec. 1983)

. The Plaintiffs re-allege and incorporate herein, as if set forth in full, each and every allegation contained in the preceding paragraphs and further allege:

175. At all material times, the Defendants FRANK SIMMONS, and CITY Of VALDOSTA, GEORGIA owed a duty to the Plaintiffs to properly hire, train and supervise all individuals whom it placed in a position of responsibility relative to the proper execution of a criminal investigation, which they failed to do, and all of which is actionable pursuant to Title 42 U.S.C. Sec. 1983..

176. The aforementioned duties include, but are not limited to: the hiring, retention, training and supervision of all agents, employees and representatives of said Defendants in connection with the criminal investigation; their association with other persons and entities to accomplish the performance of a proper investigation; the individual, proper and respectful performance of all steps of the related processes; and the ascertainment that all such duties were being fully and properly undertaken and performed.

177. Said Defendants' conduct, in their individual and official capacities, were so willful, wanton, and malicious that plaintiffs are entitled to punitive damages against them in their individual capacities.

## SIXTEENTH CAUSE OF ACTION
## CONSPIRACY TO COVER UP A FAILURE TO INVESTIGATE
(As Against Defendants Frank Simmons, James Thorton, Shannon Salters, Ray Mcgraw, Jack Winningham, Wanda Edwards, Stryde Jones, Aaron Pritchett, Logan Henderson, Randy Lightsey, Michael Adams, Jack Priddy, Kerry Quinn, Christi Griffin, Bryce Whitener, Christopher Burke, Troy Black, Howard Fisher, Mark Maskule, Roy Hart, John Marion and Wes Taylor pursuant to Title 42 U.S.C. "1983 and 1985(3))

. The Plaintiffs re-allege and incorporate herein, as if set forth in full, each and every allegation contained in the preceding paragraphs and further allege:

178. At all material times, the Defendants FRANK SIMMONS, JAMES THORTON, SHANNON SALTERS, RAY MCGRAW, JACK WINNINGHAM, WANDA EDWARDS, STRYDE JONES, AARON PRITCHETT, LOGAN HENDERSON, RANDY LIGHTSEY, MICHAEL ADAMS, JACK PRIDDY, KERRY QUINN, CHRISTI GRIFFIN, BRYCE WHITENER, CHRISTOPHER BURKE, TROY BLACK, HOWARD FISHER, MARK MASKULE, ROY HART, JOHN MARION and WES TAYLOR owed a duty to intervene and prevent or report the failure of defendant members of the Lowndes County Sheriff's Department, including but not limited to CHRIS PRINE, to conduct a proper criminal investigation into the death of plaintiffs' decedent, Kendrick Johnson.

179. To the extent that such failure on the part of said defendant members of the Lowndes County Sheriff's Department involved a conspiracy to hide or cover up the involvement of persons responsible for the death of Kendrick Johnson, Defendants FRANK SIMMONS, JAMES THORTON, SHANNON SALTERS, RAY MCGRAW, JACK WINNINGHAM, WANDA EDWARDS, STRYDE JONES, AARON PRITCHETT, LOGAN HENDERSON, RANDY LIGHTSEY, MICHAEL ADAMS, JACK PRIDDY, KERRY QUINN, CHRISTI GRIFFIN, BRYCE WHITENER, CHRISTOPHER BURKE, TROY BLACK, HOWARD FISHER, MARK MASKULE, ROY HART, JOHN MARION and WES TAYLOR joined in said conspiracy, or, in the alternative, conspired amongst themselves to hide or cover

up the failure of defendant members of the Lowndes County Sheriff's Department, including but not limited to CHRIS PRINE, to conduct a proper criminal investigation into the death of plaintiffs' decedent, Kendrick Johnson, all of which is actionable pursuant to Title 42 U.S.C. Secs.1983 and 1985(3).

180. Said Defendants' conduct, in their individual capacities, were so willful, wanton, and malicious that plaintiffs are entitled to punitive damages against them in their individual capacities.

### SEVENEENTH CAUSE OF ACTION
### CONSPIRACY TO DEPRIVE PLAINTIFFS OF THEIR DUE PROCESS RIGHT TO ACCESS TO THE COURTS
(As Against Defendants Frank Simmons, James Thorton, Shannon Salters, Ray Mcgraw, Jack Winningham, Wanda Edwards, Stryde Jones, Aaron Pritchett, Logan Henderson, Randy Lightsey, Michael Adams, Jack Priddy, Kerry Quinn, Christi Griffin, Bryce Whitener, Christopher Burke, Troy Black, Howard Fisher, Mark Maskule, Roy Hart, John Marion and Wes Taylor pursuant to Title 42 U.S.C. "1983 and 1985(3))

. The Plaintiffs re-allege and incorporate herein, as if set forth in full, each and every allegation contained in the preceding paragraphs and further allege:

181. At all material times, the Defendants FRANK SIMMONS, JAMES THORTON, SHANNON SALTERS, RAY MCGRAW, JACK WINNINGHAM, WANDA EDWARDS, STRYDE JONES, AARON PRITCHETT, LOGAN HENDERSON, RANDY LIGHTSEY, MICHAEL ADAMS, JACK PRIDDY, KERRY QUINN, CHRISTI GRIFFIN, BRYCE WHITENER, CHRISTOPHER BURKE, TROY BLACK, HOWARD FISHER, MARK MASKULE, ROY HART, JOHN MARION and WES TAYLOR owed a duty to intervene and prevent or report the failure of defendant members of the Lowndes County Sheriff's Department, including but not limited to CHRIS PRINE, to conduct a proper criminal investigation into the death of plaintiffs' decedent, Kendrick Johnson.

182. To the extent that such failure on the part of said defendant members of the Lowndes County Sheriff's Department involved a conspiracy to deprive plaintiffs of their due process right to have access to the courts to litigate the underlying misconduct of not only those persons who were responsible for the death of plaintiffs' decedent, Kendrick Johnson, but also defendant members of the Lowndes County Sheriff's Department, including but not limited to Defendant CHRIS PRINE, for their conspiracy to prevent the proper prosecution of such individuals, Defendants FRANK SIMMONS, JAMES THORTON, SHANNON SALTERS, RAY MCGRAW, JACK WINNINGHAM, WANDA EDWARDS, STRYDE JONES, AARON PRITCHETT, LOGAN HENDERSON, RANDY LIGHTSEY, MICHAEL ADAMS, JACK PRIDDY, KERRY QUINN, CHRISTI GRIFFIN, BRYCE WHITENER, CHRISTOPHER BURKE, TROY BLACK, HOWARD FISHER, MARK MASKULE, ROY HART, JOHN MARION and WES TAYLOR joined in said conspiracy, or, in the alternative, conspired amongst themselves deprive plaintiffs of their due process right to litigate the aforesaid misconduct, all of which is actionable pursuant to Title 42 U.S.C. Sec. 1983.

183. Said Defendants' conduct, in their individual capacities, were so willful, wanton, and malicious that plaintiffs are entitled to punitive damages against them in their individual capacities.

### EIGHTEENTH CAUSE OF ACTION
**CONSPIRACY TO DEPRIVE PLAINTIFFS OF EQUAL PROTECTION OF THE LAWS OR OF EQUAL PRIVILEGES AND IMMUNITIES UNDER THE LAWS AND TO PROPERLY INVESTIGATE BASED UPON RACIAL ANIMUS**
(As Against Defendants Frank Simmons, James Thorton, Shannon Salters, Ray Mcgraw, Jack Winningham, Wanda Edwards, Stryde Jones, Aaron Pritchett, Logan Henderson, Randy Lightsey, Michael Adams, Jack Priddy, Kerry Quinn, Christi Griffin, Bryce Whitener, Christopher Burke, Troy Black, Howard Fisher, Mark Maskule, Roy Hart, John Marion and Wes Taylor pursuant to Title 42 U.S.C. "1983 and 1985(3))

. The Plaintiffs re-allege and incorporate herein, as if set forth in full, each and every

allegation contained in the preceding paragraphs and further allege:

184. At all material times, the Defendants FRANK SIMMONS, JAMES THORTON, SHANNON SALTERS, RAY MCGRAW, JACK WINNINGHAM, WANDA EDWARDS, STRYDE JONES, AARON PRITCHETT, LOGAN HENDERSON, RANDY LIGHTSEY, MICHAEL ADAMS, JACK PRIDDY, KERRY QUINN, CHRISTI GRIFFIN, BRYCE WHITENER, CHRISTOPHER BURKE, TROY BLACK, HOWARD FISHER, MARK MASKULE, ROY HART, JOHN MARION and WES TAYLOR owed a duty to conduct a proper criminal investigation into the death of plaintiffs' decedent, Kendrick Johnson, or more specifically, the misconduct of certain individuals, including but not limited to defendants BRANDON BELL, BRIAN BELL, and RICK BELL.

185. To the extent that plaintiffs are African-Americans, said defendants sought to engage in a conspiracy to hide or cover up the misconduct of persons responsible for the death of plaintiffs= decedent, as well as, the misconduct of deprive plaintiffs of defendant members of the Lowndes County Sheriff's Department, including but not limited to Defendant CHRIS PRINE, for their conspiracy to prevent the proper investigation and prosecution of any such individuals, Defendants CHRIS PRINE, FRANK SIMMONS, JAMES THORTON, SHANNON SALTERS, RAY MCGRAW, JACK WINNINGHAM, WANDA EDWARDS, STRYDE JONES, AARON PRITCHETT, LOGAN HENDERSON, RANDY LIGHTSEY, MICHAEL ADAMS, JACK PRIDDY, KERRY QUINN, CHRISTI GRIFFIN, BRYCE WHITENER, CHRISTOPHER BURKE, TROY BLACK, HOWARD FISHER, MARK MASKULE, ROY HART, JOHN MARION and WES TAYLOR violated plaintiffs' right to equal protection of the laws or of equal privileges and immunities under the law based upon and motivated by plaintiffs' race, all of which is actionable pursuant to Title 42 U.S.C. Sec. 1983.

186. Said Defendants' conduct, in their individual capacities, were so willful, wanton,

and malicious that plaintiffs are entitled to punitive damages against them in their individual capacities."

2.

Plaintiffs also amend each and every count and cause of action previously alleged by asserting that said causes of action are actionable claims pursuant to Title 42 U.S.C. Sec. 1983.

WHEREFORE, except as amended herein, plaintiffs reassert and reallege all allegations and prayers of their Complaint and the previous amendments thereto.

This 29th day of February 2016.

THE C.B. KING LAW FIRM

BY: _____
Chevene B. King, Jr.
Attorney for Plaintiffs
State Bar No.: 420105

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(229)436-0524

CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the Plaintiffs' Sixth Amended Complaint to the following counsel of record, via United States Mail, properly addressed with sufficient postage affixed thereon:

Patrick T. O'Connor
Paul H. Threlkeld
Lauren E. H. Meadows
OLIVER MANER, LLP
P. O. Box 10186
Savannah, GA 31412
*pto@olivermaner.com*

Mark Glidewell
BRANNEN, SEARCY & SMITH LLP
P.O. Box 8002
Savannah, GA 31412
*mglidewell@brannenlaw.com*

L. Warren Turner, Jr.
P.O. Box 157
Valdosta, GA 31603-0157
*warren@lwturnerlaw.com*

James Elliott
ELLIOTT, BLACKBURN & GOODING, P.C.
3016 N. Patterson St.
Valdosta, GA 31602-1711
*jelliott@ebbglaw.com*

John Gee Edwards
108 East Valley St.
Valdosta, GA 31601
*johngeeedwards@gmail.com*

M. Brice Ladson
LADSON LAW FIRM, P.C
P.O. Box 2819
Richmond Hill, GA 31324
*mbrice@ladsonlaw.com*

George T. Talley
Timothy M. Tanner
COLEMAN TALLEY, LLP
P.O. Box 5437
Valdosta, GA 3 I 603-5437
*george.talley@colemantalley.com*

Wayne S. Melnick
FREEMAN MATHIS & GARY
100 Galleria Pkwy. S.E. Ste. 1600
Atlanta, GA 30339-5948
*wmelnick@fmglaw.com*

Ronald S. Boyter, Jr.
OFFICE OF THE ATTORNEY GENERAL, STATE OF GEORGIA
40 Capitol Square, SW
Atlanta, GA 30334
*rboyter@law.ga.gov*

This 28th day of February, 2016.

Chevene B. King, Jr.
Georgia Bar No. 420105
Attorney for Plaintiffs

P.O. Box 3468
Albany Ga 31706-3468
(229) 436-0524 / (229) 883-6382 (fax)
*thecbkinglawfirm@bellsouth.net*

LOWNDES COUNTY, GEORGIA
I certify this to be a true and correct copy of the original on file and of record in my office this ___ day of March, 2017.

Clerk of Superior, State and Juvenile Courts

By: _____ Deputy Clerk