IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

KENNETH JOHNSON, et al.                  :

      Plaintiffs,                               :         Case No.: 7:16-cv-00141-WLS

vs.                                                       :

BRIAN BELL, et al.                              :

      Defendants.                            :

<u>DEFENDANT OWENS' NOTICE OF FILING EXHIBIT TO REPLY</u>

COMES NOW Defendant Steve Owens, d/b/a Owens Transport Service, by and through his undersigned counsel and hereby files a notice of filing exhibit to his previously filed reply to response to his motion to dismiss.  (Doc. 98).  Counsel for Mr. Owens inadvertently omitted an exhibit, namely the complaints relating to the Plaintiffs' action against Harrington's Funeral Home.  He hereby amends his response to include the attached exhibit.  Counsel for Mr. Owens also notes that a prior exhibit was mistakenly described as an "envelope" in his prior filing online. He asks that the Court accept this exhibit as an "exhibit" as it is not an "envelope", but is another amended complaint that was previously filed by the Plaintiffs in the state court action.

Respectfully submitted, this the 28th day of March, 2017.


/s/ John Gee Edwards
John Gee Edwards
Attorney for Mr. Owens
State Bar No.: 241298


Address of Counsel:

108 East Valley Street
Valdosta, Georgia 31601
Phone: 229-242-1790
Fax: 229-242-5257
Email: johngeeedwards@gmail.com

Certificate of Service

I hereby certify that I have this day served a copy of the foregoing on

counsel of record following by filing the same with the Court's CM/ECF electronic

filing system.

This the 28th day of March, 2017.


/s/ John Gee Edwards
John Gee Edwards
Attorney for Mr. Owens
State Bar No.: 241298


Address of Counsel:

108 East Valley Street
Valdosta, Georgia 31601
Phone: 229-242-1790
Fax: 229-242-5257
Email: johngeeedwards@gmail.com