IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON, et al., | * |
| Plaintiffs, | * |
| v. | *   Civil Action |
| | *   File No. 7:16-CV-00141-WLS |
| BRANDEN BELL, et al.. | * |
| Defendants. | * |

## *SPECIAL APPEARANCE* NOTICE OF UNOPPOSED MOTION TO DISMISS COMPLAINT AND AMENDED COMPLAINT OF DEFENDANTS TROY BLACK, CHRISTOPHER BURKE, WANDA EDWARDS, CHRISTI GRIFFIN, LOGAN HENDERSON, JOHN MARION, AARON PRITCHETT, CHRIS PRINE AND JAMES THORNTON

Defendants Troy Black, Christopher Burke, Wanda Edwards, Christi Griffin, Logan Henderson, John Marion, Aaron Pritchett, Chris Prine and James Thornton (collectively "these Defendants") Notice of Unopposed Motion to Dismiss Complaint and Amended Complaint and show the Court as follows.[1]

1. This case is a renewal action under Georgia law (OCGA § 9-2-61) of several cases previously pending and dismissed by Plaintiffs in the Superior Court of Lowndes County, Georgia.

---

[1] These Defendants make this special appearance without waiving, and expressly preserving, any and all defenses available to them under applicable law.

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 1 of 3

2. None of these Defendants have been served with a summons, the Complaint (Doc. 1) or the Amended Complaint (Doc. 72) within the time required by applicable law or the Order (Doc. 79) of the Court granting Plaintiffs an extension of time to complete and perfect service of process by February 23, 2017.

3. On February 24, 2017, these Defendants filed their Motion to Dismiss Complaint and Amended Complaint (Doc. 87).

4. On March 16, 2017, Plaintiffs requested an extension of time to respond (Doc. 97) until March 30, 2017 to respond to these Defendants' Motion to Dismiss.

5. Plaintiffs have not responded to the Motion to Dismiss.

6. These Defendants' Motion to Dismiss Complaint and Amended Complaint stands unopposed and should therefore be granted.

Based on the foregoing, these Defendants respectfully request that the Court grant their Motion to Dismiss and enter an Order dismissing Plaintiffs' Complaint and Amended Complaint against each of them.

This 31st day of March, 2017.

ELLIOTT, BLACKBURN & GOODING, PC

/s/ James L. Elliott
James L. Elliott
GA Bar No. 244244

Elliott, Blackburn & Gooding, PC
Attorneys at Law
3016 North Patterson Street
Valdosta, GA 31602
Phone: (229) 242-3333
Fax: (229) 242-0696
jelliott@ebbglaw.com

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 2 of 3

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing the following by filing the same with the Court's CM/ECF electronic filing system:

CHEVENE B. KING, JR.
THE C.B. KING LAW FIRM
POST OFFICE DRAWER 3468
ALBANY, GA 31706

PATRICK T. O'CONNOR
PAUL THRELKELD
OLIVER MANER, LLP
P.O. BOX 10186
SAVANNAH, GA 31412

TIMOTHY M TANNER
910 N PATTERSON ST
VALDOSTA, GA 31601

THEODORE FREEMAN
WAYNE S. MELNICK
ARASH ALI SABZEVARI
661 FOREST PKWY
FOREST PARK, GA 30297

DEVON ORLAND
40 CAPITOL SQUARE, S.W.
ATLANTA, GA 30334-1300

JOHN GEE EDWARDS
108 E VALLEY ST
VALDOSTA, GA 31601

This 31st day of March, 2017.

        ELLIOTT, BLACKBURN & GOODING, PC


        /s/ James L. Elliott
        James L. Elliott
        GA Bar No. 244244

In the United States District Court for the Middle District of Georgia Valdosta Division
Civil Action File No. 7:16-CV-00141-WLS

Page 3 of 3