IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON, ET AL.       ) | |
|                                ) | |
|     Plaintiffs,                   ) | |
|                                ) | |
| v.                               ) | CIVIL ACTION |
|                                ) | NO.: 7:16-cv-141 (WLS) |
| BRIAN BELL, ET AL.           ) | |
|                                ) | |
|     Defendants.                ) | |

## DEFENDANT JAY FLOYD'S NOTICE OF FILING BY WAY OF SPECIAL APPEARANCE

COMES NOW Defendant Jay Floyd ("Floyd"), by way of special appearance and without waiving and specifically reserving all defenses available to him, and hereby files this Notice of Filing together with a proposed order granting Floyd's unopposed Motion to Dismiss (Doc. 89). Plaintiffs' deadline to respond to Floyd's Motion to Dismiss expired on Friday, March 24, 2017. Plaintiffs did not file a response and the Motion therefore stands unopposed. For the Court's convenience, Floyd attaches herewith a proposed order granting his unopposed Motion to Dismiss.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Wayne S. Melnick*
Theodore Freeman
Georgia Bar No. 276350
tfreeman@fmglaw.com
Wayne S. Melnick
Georgia Bar No. 501267
wmelnick@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

- 2 -

100 Galleria Parkway, Suite 1600
Atlanta, Georgia  30339-5948
(770) 818-0000 (telephone)

/s/ L. Warren Turner, Jr.
L. Warren Turner, Jr.
Georgia Bar No. 719491
warren@lwturnerlaw.com

P.O. Box 157
Valdosta, GA 31603
(229) 247-5005 (telephone)

Attorneys for Defendant Jay Floyd

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANT JAY FLOYD'S NOTICE OF FILING BY WAY OF SPECIAL APPEARANCE** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification to the following:

Chevene B. King, Jr.
The C.B. King Law Firm
PO Drawer 3468
Albany, Georgia 31706

Paul Threlkeld
Oliver Manner, LLP
P.O. Box 10186
Savannah, Georgia 31412

James L. Elliott
Elliott, Blackburn & Gooding, PC
3016 North Patterson Street
Valdosta, Georgia 31602

Timothy M. Tanner
Coleman Talley LLP
910 N. Patterson Street
Valdosta, Georgia 31602

This 3rd day of April, 2017.

/s/ Wayne S. Melnick
Wayne S. Melnick
Georgia Bar No. 501267
wmelnick@fmglaw.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)