**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| KENNETH JOHNSON, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO.: 7:16-cv-141 (WLS) |
| BRIAN BELL, ET AL. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is Defendant Jay Floyd's Motion to Dismiss By Way of Special Appearance. (Doc. 89.) Plaintiffs Kenneth Johnson and Jacquelyn Johnson did not file a response, and the Motion stands unopposed. Upon consideration of the motion and accompanying memorandum of law, as well as the evidence in the record and applicable law, the Motion to Dismiss (Doc. 89) is **GRANTED**.

**SO ORDERED** this ___ day of _____, 2017.

_____
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**