IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., | : : : | |
| Plaintiffs, | : : | CASE NO.: 7:16-CV-141 (WLS) |
| v. | : : | |
| BRIAN BELL, et al., | : : | |
| Defendants. | : : | |

## ORDER

Before the Court are a number of pending motions to dismiss related to Plaintiffs' alleged failure to properly complete service by the February 23, 2017 deadline. (*See* Doc. 79.) All of the motions are now ripe. However, the Court notes that Plaintiffs have yet to provide any proof of service to the Court. (*See* Docket.) The federal rules require that proof be made by servers' affidavits. Fed. R. Civ. P. 4(l)(1). The affidavits "should disclose enough facts to demonstrate the validity of the service." 4B Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure*, § 1130 (4th ed.)

Accordingly, Plaintiffs are hereby **ORDERED** to make proof of service as to each defendant as required by the federal rules **not later than April 26, 2017.**

**SO ORDERED**, this 12th day of April, 2017.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**