IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, individually, as personal Representative of Kendrick Lamar Johnson, and as administrators for and on behalf of the Estate of Kendrick Lamar Johnson, | * * * * * * * | |
| Plaintiffs, | * * | CIVIL CASE No. |
| v. | * * | 7:16-CV-00141-WLS |
| BRANDON BELL, et al., | * * | |
| Defendants. | * * | |

NOTICE OF APPEARANCE

**COMES NOW** Kelly Campanella, Assistant Attorney General, and, pursuant to M.D. Ga. L.R. 83.1.3 and 83.1.2(A), hereby notices her appearance as lead counsel[1] on behalf of Defendants Horne, Perry, Marchant, Callahan, Braswell, Turner, Gaffney-Kraft, and Bryan. Assistant Attorney General Kelly Campanella will serve as lead counsel for the Defendants and may be contacted at:

Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
Telephone: (404) 463-8850
Facsimile: (404) 651-5304
Email: kcampanella@law.ga.gov

---

[1] Former lead counsel for Defendants, Devon Orland, will be submitting a motion to withdraw from this case in the next few business days.

Respectfully submitted this 18th day of April, 2017.

        Respectfully submitted,

| | |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| KATHLEEN M. PACIOUS<br>Deputy Attorney General | 558555 |
| KELLY E. CAMPANELLA<br>Assistant Attorney General | 360501 |

# CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the within and foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorney of record:

CHEVENE B. KING, JR.
THE C B KING LAW FIRM
PO BOX 3468
ALBANY GA 31706-3468
cbkingx916@aol.com

*Attorney for Plaintiffs,*
*Kenneth Johnson and Jacquelyn Johnson*

PATRICK O'CONNOR
OLIVER MANER LLP
PO BOX 10186
SAVANNAH GA 31412-0386
pto@olivermaner.com

*Attorney for Defendants,*
*Brandon Bell, Brian Bell, Rick Bell*

GEORGE T TALLEY
COLEMAN TALLEY LLP
PO BOX 5437
VALDOSTA GA 31603-5437
george.talley@colemantalley.com

*Attorney for Defendants,*
*City of Valdosta, Georgia, a municipal*
*corporation; Frank Simmons; Larry*
*Hanson; Shannon Salters; Ray McGraw*

BRICE LADSON
LADSON LAW FIRM PC
PO BOX 2819
RICHMOND HILL GA 31324-2819
mbrice@ladsonlaw.com

*Attorney for Defendants,*
*Brandon Bell, Brian Bell, Rick Bell*

PAUL THRELKELD
OLIVER MANER LLP
PO BOX 10186
SAVANNAH GA 31412-0386
pht@olivermaner.com

*Attorney for Defendants,*
*Brandon Bell, Brian Bell, Rick Bell*

TIMOTHY M TANNER
COLEMAN TALLEY LLP
PO BOX 5437
VALDOSTA GA 31603-5437
tim.tanner@colemantalley.com

*Attorney for Defendants,*
*City of Valdosta, Georgia, a municipal*
*corporation; Frank Simmons; Larry*
*Hanson; Shannon Salters; Ray McGraw*

| | |
|---|---|
| L WARREN TURNER JR<br>PO BOX 157<br>VALDOSTA GA 31603-0157<br>warren@lwturnerlaw.com<br><br>*Attorney for Defendant, Wes Taylor* | WAYNE S MELNICK<br>FREEMAN MATHIS & GARY LLP<br>100 GALLERIA PKWY SE STE 1600<br>ATLANTA GA 30339-5948<br>wmelnick@fmglaw.com<br><br>*Attorney for Defendant, Wes Taylor* |

JAMES ELLIOTT
ELLIOTT, BLACKBURN & GOODING, P.C.
3016 N PATTERSON ST
VALDOSTA GEORGIA 31602-1711
jelliott@ebbglaw.com
*Attorney for Defendants,*
*James D. Thornton;*
*Investigator Jack Winningham;*
*Cpt. Wanda Edwards; Lt. Stryde Jones;*
*Sgt. Aaron Pritchett; Maj. Logan*
*Henderson; Dep. Randy Lightsey; Dep.*
*Michael Plaintiffs; Investigator Jack*
*Priddy; Dep. Kerry Quinn; Dep. Christi*
*Griffin; Dep. Bryce Whitener; Dep.*
*Christopher Burke; Det. Troy Black,*
*Det. Howard Fisher; Det. Mark Maskule;*
*Det. Roy Hart; Det. John Marion*

This 18th day of April, 2017.
   */S/Kelly Campanella*   360501

PLEASE ADDRESS ALL COMMUNICATIONS TO:
Kelly Campanella
Assistant Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
Telephone: (404) 463-8850
dorland@law.ga.gov