**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, individually, as personal Representative of Kendrick Lamar Johnson, and as administrators for and on behalf of the Estate of Kendrick Lamar Johnson, | * * * * * * | |
| | * | |
| Plaintiffs, | * | CIVIL CASE No. |
| | * | |
| v. | * | 7:16-CV-00141-WLS |
| | * | |
| BRANDON BELL, et al., | * | |
| | * | |
| Defendants. | * | |
| _____ | * | |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

COMES NOW Senior Assistant Attorney General, Devon Orland, and moves this Court for withdrawal as counsel for **RODNEY BRYAN, AMY BRASWELL, STEVE TURNER, DR. MARYANNE GAFFNEY-KRAFT, MIKE CALLAHAN, KRISTEN PERRY, WES HORNE, AND LINDSAY MARCHANT**, in this action.  As of April 30, 2017, Devon Orland will no longer be employed by the Office of the Attorney General for the State of Georgia. Defendants' representation by the Office of the Attorney General will continue under Assistant Attorney General, and counsel of record, Kelly Campanella.

Respectfully submitted, this 19th day of April, 2017.

> CHRISTOPHER CARR  112505
> Attorney General
>
> KATHLEEN M. PACIOUS      558555
> Deputy Attorney General
>
> /s/ Devon Orland
> DEVON ORLAND              554301
> Senior Assistant Attorney General

Please Address All
Communications To:

Kelly Campanella
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304
Email: kcampanella@law.ga.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 19, 2017, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Chevene King
Patrick O'Conner
Paul Threlkeld
James Elliott
George Talley
Timothy Tanner
Arash Sabzevari
Loyce Turner
Theordore Freeman
Wayne Melnick


This 19th day of April, 2017.


s/Devon Orland
Sr. Assistant Attorney General