# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., | : : : |
| Plaintiffs, | : : |
| v. | : : |
| BRIAN BELL, et al., | : : |
| Defendants. | : : |

CASE NO.: 7:16-CV-141 (WLS)

## **ORDER**

Before the Court is Senior Assistant Attorney General Devon Orland's Motion to Withdraw as Counsel (Doc. 105.) Orland will no longer be employed by the Office of the Attorney General next month and seeks to withdraw his representation of Rodney Bryan, Amy Braswell, Steve Turner, Maryanne Gaffney-Kraft, Mike Callahan, Kristen Perry, Wes Horne, and Lindsay Marchant. The Parties will continue to be represented by Assistant Attorney General Kelly Campanella. For good cause shown, Orland's Motion to Withdraw as Counsel is **GRANTED**.

**SO ORDERED**, this 24th day of April, 2017.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**