IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, <br> KENNETH JOHNSON and JACQUELYN JOHNSON, as Personal Representatives of KENDRICK LAMAR JOHNSON, and JACQUELYN JOHNSON, as Administrator for and on Behalf of The Estate of, KENDRICK LAMAR JOHNSON, <br><br> Plaintiffs <br> v. <br><br> BRANDEN BELL; et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION <br> FILE NO.: **7: 16-cv-00141-WLS** |

**PLAINTIFFS' NOTICE OF THEIR WITHDRAWAL OF OPPOSITION
AND RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS**

NOW COME Plaintiffs in the above styled matter, by and through their undersigned counsel of record, and hereby withdraws their responses to defendants' motions dismiss for failure to timely serve process, pursuant to F.R.C.P. 4 for the following reasons:

1. Except as to the amended complaint, which alleged a cause of action for the loss of an unemancipated child's services pursuant to O.C.G.A. §19-7-1, the above styled matter is a renewal action which was brought pursuant to O.C.G.A. §9-2-61.

2. To the extent that service upon the defendants in the original state action was not properly accomplished, either in the original action or the renewal action, the renewal action is subject to dismissal.

3. The plaintiffs contend that the issue of whether any dismissal in this case should be without prejudice ought to be guided by two considerations:

    a) Dismissals under F.R.C.P. Rule 4 for failure to timely serve process are made without prejudice. See Betty K. Agencies, Ltd. v. M/V MONADA, 432 F.3d 1333, 1342 n.5 (11th Cir. 2005); and

    b) Plaintiffs intend to bring an action against these defendants pursuant to the Georgia Racketeer Influenced and Corrupt Organizations Act (O.C.G.A. §16-14-1), a cause of action which is not time-barred due to it having a 5-year statute of limitations.

4. If the Court finds that service of process is defective, plaintiffs contend that the Court, is without jurisdiction to reach a determination as to whether any of the other affirmative defenses raised by the defendants should be granted.

WHEREFORE, Plaintiffs hereby withdraw their opposition to the defendants' motions for failure to timely serve process upon the defendants, as well as, the entering of a dismissal without prejudice.

This 27th day of April, 2017.

                                      THE C.B. KING LAW FIRM

                                      BY: /s/ Chevene B. King, Jr.
                                              Chevene B. King, Jr.
                    Attorney for Plaintiffs

Prepared by:
Chevene B. King, Jr.
Post Office Drawer 3468
Albany, GA 31706
(229)436-0524
State Bar No.: 420105