## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, <br> KENNETH JOHNSON and JACQUELYN JOHNSON, as Personal Representatives of KENDRICK LAMAR JOHNSON, and JACQUELYN JOHNSON, as Administrator for and on Behalf of The Estate of, KENDRICK LAMAR JOHNSON, <br><br> Plaintiffs <br> v. <br><br> BRANDEN BELL; et al. <br><br> Defendants. | CIVIL ACTION <br> FILE NO.: **7: 16-cv-00141-WLS** |

## CERTIFICATE OF SERVICE

I hereby certify that I have served the **PLAINTIFFS' BRIEF IN SUPPORT OF THEIR AMENDED MOTION FOR RELIEF FROM DEFENDANTS' SPOLIATION OF EVIDENCE** by ❏ hand delivery, ❏ email, ❏ FedEx, ❏ CM/ECF, and ❏ U.S. Postal Service upon the following counsel of record:

Patrick O-Connor.
Oliver Maner, LLP
Post Office Box 10186
Savannah, GA 31412
❏ Hand Delivery
❏ email ,
❏ FedEx
❏ U.S. Mail
❏ CM/ECF✓

James L Elliott
Elliott, Blackburn & Gooding, PC
3016 N. Patterson Street
Valdosta, GA 31602
❏ Hand Delivery
❏ email ,
❏ FedEx
❏ U.S. Mail
❏ CM/ECF✓

George T. Talley
Coleman Talley, LLP
Post Office Box 5437
Valdosta, GA 31603 B5437
❏ Hand Delivery
❏ email ,
❏ FedEx

Paul Threlkeld
Oliver Manor, LLP
Post Office Box 10186
Savannah, GA 31412
❏ Hand Delivery
❏ email ,
❏ FedEx

| | |
|---|---|
| ❑ U.S. Mail<br>❑ CM/ECF✓ | ❑ U.S. Mail<br>❑ CM/ECF✓ |

L. Warren Turner, Jr.  
Post Office Box 157  
Valdosta, GA 31603  

❑ Hand Delivery  
❑ email ,  
❑ FedEx  
❑ U.S. Mail  
❑ CM/ECF✓  

Brice Ladson  
Ladson Law Firm, PC  
Post Office Box 281  
Richmond Hill, GA 31324  

❑ Hand Delivery  
❑ email ,  
❑ FedEx  
❑ U.S. Mail  
❑ CM/ECF✓  

Ron S. Boyter  
Assistant Attorney General  
40 Capitol Sq., S.W.  
Atlanta, GA 30334 B1300  
❑ Hand Delivery  
❑ email ,  
❑ FedEx  
❑ U.S. Mail  
❑ CM/ECF✓  

John Gee Edwards  
Attorney-at-Law  
108 Valley Street  
Valdosta, GA 31601  
❑ Hand Delivery  
❑ email ,  
❑ FedEx  
❑ CM/ECF✓  
❑ U.S. Mail  

Wayne S. Melnick  
Freeman Mathis & Gary  
100 Galleria Pkwy., S.E.  
Suite 1600  
Atlanta, GA 30339–5948  
❑ Hand Delivery  
❑ email ,  
❑ FedEx  
❑ U.S. Mail  
❑ CM/ECF✓  

Bryon D. Watson  
Post Office Box 40  
Valdosta, GA 31603  


❑ Hand Delivery  
❑ email ,  
❑ FedEx  
❑ U.S. Mail  
❑ CM/ECF✓  

This 27th day of April 2017.

                                            THE C.B. KING LAW FIRM  
                                            BY:/s/ Chevene B. King, Jr.  
                                                  Chevene B. King, Jr.  
                                                  Attorney for Plaintiffs  
                                                  State Bar No.:  420105  

Prepared by:  
Chevene B. King, Jr.  
Post Office Drawer 3468  
Albany, GA  31706  
(229)436-0524