IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON, et al., | * |
| | * |
| Plaintiffs, | Case No. 7:16-cv-141(WLS) |
| v. | * |
| BRIAN BELL, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 13, 2017, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 13th day of June, 2017.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk